IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CITIZENS INSURANCE COMPANY OF AMERICA )<br><br>    Plaintiff, )<br><br>v. )<br><br>BANYAN TREE MANAGEMENT, LLC; ALBANY DOWNTOWN HOTEL PARTNERS, LLC; and JANE DOE )<br><br>    Defendants. ) | Case No.: 1:19-cv-05292-MHC |

## MOTION TO FILE SUMMONS UNDER SEAL

COMES NOW Citizens Insurance Company of America ("Citizens") and respectfully moves this Honorable Court to enter an Order granting Citizens leave to file its Notice of Summons under seal and ordering that the Clerk of Court issue said summons under seal. As grounds for this motion, Citizens states as follows:

1. Citizens filed its Petition for Declaratory Judgment on November 11, 2019. [Doc. 1]. Through its Petition, Citizens seeks a declaration regarding coverage issues arising from an underlying civil action filed in the State Court of Gwinnett County, Georgia (the "Underlying Action."). [Doc. 1].

1

2. Defendant Jane Doe has proceeded under a pseudonym in the Underlying Action because she alleges privacy violations have caused her to suffer humiliation and substantial damages.

3. Because of those same confidentiality concerns, Citizens sought to maintain that confidentiality in the present case by only identifying Jane Doe anonymously by pseudonym.

4. In an attempt to perfect service on Jane Doe, Citizens has repeatedly contacted Jane Doe's counsel in the Underlying Action requesting that she waive service of the summons and complaint pursuant to Federal Rule of Civil Procedure 4(d). To date, Jane Doe's counsel has not consented to Citizens' request.

5. Therefore, in order to move the case forward and to perfect service on Jane Doe, Citizens wishes to serve Jane Doe directly.

6. Citizens seeks to file Notice of Summons for Jane Doe, which will identify her full name and address. In order to maintain the confidentiality of Jane Doe's identity, Citizens requests permission to file the Notice of Summons under seal.

7. Citizens also requests that this Court enter an Order instructing the Clerk of Court to file the summons under seal once it is issued to Citizens for service, in order to maintain the confidentiality for the reasons set out above.

WHEREFORE, PREMISES CONSIDERED, Citizens respectfully requests that this Honorable Court enter an Order granting Citizens leave to file Notice of Summons under seal and instructing the Clerk of Court to issue the summons under seal.

s/ Kenneth W. Boyles
Joel S. Isenberg (Ga. Bar No.: 108253)
Susan H. McCurry (Ga. Bar No.: 340555)
Kenneth W. Boyles (Ga. Bar No.: 183309)
*Counsel for Plaintiff*
*Citizens Insurance Company of America*

**OF COUNSEL:**
ELY & ISENBERG, LLC
2100-B SouthBridge Parkway
Suite 380
Birmingham, Alabama 35209
Phone: (205) 313-1200
Facsimile: (205) 313-1201
jisenberg@elylawllc.com
smcurry@elylawllc.com
kboyles@elylawllc.com

## **CERTIFICATE OF SERVICE**

I do hereby certify that a true and accurate copy of the foregoing has been filed with the Clerk of Court and served on all parties of record via the CM/ECF electronic filing system and/or U.S. Mail on this the 29th day of January, 2020.

Banyan Tree Management, LLC
10065 Emerald Coast Parkway, Suite C201-A
Miramar Beach, Florida 32550

Albany Downtown Hotel Partners, LLC
10065 Emerald Coast Parkway, Suite C201-A
Miramar Beach, Florida 32550

                                                  s/ Kenneth W. Boyles
                                                OF COUNSEL