IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CITIZENS INSURANCE COMPANY OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>BANYAN TREE MANAGEMENT, LLC, ALBANY DOWNTOWN HOTEL PARTNERS, LLC, and JANE DOE,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:19-CV-5292-MHC |

## ORDER

This matter is before the court on Plaintiff Citizens Insurance Company of America's Motion to File Summons Under Seal [Doc. 8]. Having reviewed and considered the matter,

It is hereby **ORDERED** that Plaintiff's Motion to File Summons Under Seal [Doc. 8] is **GRANTED**. The Clerk of the Court is **DIRECTED** to issue the Summons filed by Plaintiff under seal.

It is further **ORDERED** that Plaintiff shall serve the issued summons and Petition for Declaratory Judgment on Defendant Jane Doe and file proof of service under seal once served.

**IT IS SO ORDERED** this 11th day of February, 2020.

_____
MARK H. COHEN
United States District Judge

2