UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CITIZENS INSURANCE COMPANY OF AMERICA, | *<br>*<br>* |
| Plaintiff, | CIVIL ACTION FILE NO.<br>1:19-cv-05292-MHC |
| and, | |
| WESTFIELD INSURANCE COMPANY, | |
| Applicant for Intervention, | |
| vs. | |
| BANYAN TREE MANAGEMENT, LLC; ALBANY DOWNTOWN HOTEL PARTNERS, LLC and JANE DOE, | |
| Defendants. | |

## MOTION TO INTERVENE

COMES NOW, Westfield Insurance Company (hereinafter "Applicant"), applicant for intervention as Plaintiff/Intervenor in the above-styled action, and moves this Court pursuant to Federal Rule of Civil Procedure 24(a) for the right to intervene or in the alternative, permissively pursuant to Federal Rule of Civil Procedure 24(b). Applicant shows that the

intervention is proper by right or in the alternative that it will not unduly delay or prejudice the adjudication of Plaintiff's or Defendants' rights and that there are common questions of law or fact between Applicant and all Declaratory Defendants.

Attached hereto as Exhibit "1" is a copy of Applicant's proposed pleading setting forth its allegations for which intervention is sought.

In support of this Motion, Applicant submits herewith its Brief containing argument and citation of authorities.

WHEREFORE, Applicant prays that its Motion be granted and that it be allowed to intervene in this action as Plaintiff, and that it has such other and further relief as is just and proper.

Respectfully submitted this 20th day of February, 2020.

                              MABRY & McCLELLAND, LLP

                              /s/ Richard H. Hill, Jr.
                              Richard H. Hill, Jr., Esq.
                              Georgia Bar No. 354422
                              Amy M. Buzby
                              Georgia Bar No. 331349
                              Attorneys for Westfield Insurance Company

2200 Century Parkway, N.E.
Suite 1000
Atlanta, Georgia 30305
(404) 325-4800
(404) 325-0596

rhill@m-mlegal.com
abuzby@m-mlegal.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the within and foregoing MOTION TO INTERVENE upon all parties via certified mail by depositing same in the United States Mail in a properly addressed envelope with adequate postage affixed to:

**ATTORNEYS FOR PLAINTIFF
CITIZENS INSURANCE COMPANY OF AMERICA**

Joel Scott Isenberg, Esq.
Kenneth W. Boyles , Jr., Esq.
ELY & ISENBERG, LLC
2100-B Southbridge Parkway
Suite 380
Birmingham, AL 35209
jisenberg@elylawllc.com
kboyles@elylawllc.com

Susan Haygood McCurry, Esq.
ELY & ISENBERG, LLC
165 E. Magnolia Ave.
Suite 223
Auburn, AL 36830
smccurry@elylawllc.com

**REGISTERED AGENT FOR ALBANY HOTEL PARTNERS, LLC**

BlumbergExcelsior Corporate Services, Inc.
Registered Agent for Albany Hotel Partners, LLC
1013 Centre Road
Suite 403S
Wilmington, DE 19805

**REGISTERED AGENT FOR BANYAN TREE MANAGEMENT, LLC**

Paracorp Incorporated
Registered Agent for Banyan Tree Management, LLC
155 Office Plaza Drive
1st Floor
Tallahassee, FL 32301

This  20th day of February, 2020.

       Richard H. Hill, Jr.
       Richard H. Hill, Jr., Esq.