UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CITIZENS INSURANCE COMPANY OF AMERICA, | *<br>*<br>* |
| Plaintiff, | * CIVIL ACTION FILE NO.<br>* 1:19-cv-05292-MHC<br>* |
| and, | *<br>* |
| WESTFIELD INSURANCE COMPANY, | *<br>*<br>* |
| Plaintiff/Intervenor, | *<br>* |
| vs. | *<br>* |
| BANYAN TREE MANAGEMENT, LLC; ALBANY DOWNTOWN HOTEL PARTNERS, LLC and JANE DOE, | *<br>*<br>*<br>*<br>* |
| Defendants. | *<br>* |

**ORDER**

WHEREFORE Westfield Insurance Company's (hereinafter "Applicant") Motion to Intervene as Plaintiff/Intervenor, having been read and considered, and the Court having considered the full record and all submission and arguments of counsel, and having determined that Applicant is entitled to intervene as a matter of right pursuant to Federal Rule of Civil

- 2 -

Procedure 24(a) and having determined that Applicant's claims an interest in the transaction which is the subject matter of this action and that it is so situated that the disposition of this action may as a practical matter impair or impede its ability to protect that interest which is not adequately represented by the existing parties, or in the alternative determined that Applicant is entitled to intervene permissively pursuant to Federal Rule of Civil Procedure 24(b) having determined that Applicant's claims have a question of law or fact in common with the main action and in granting this intervention will neither unduly delay or prejudice the adjudication of the rights of the original parties.

**IT IS HEREBY ORDERED** that Applicant's Motion is granted as follows:

1. Applicant is hereby permitted to intervene in this action as a Plaintiff.

2. The Complaint of Intervenor, attached to their Motion to Intervene as a Plaintiff is hereby Ordered Filed, and this action shall continue with Applicant as Plaintiff/Intervenor under the style and caption shown above, and Defendants shall be required

- 2 -
Mabry & McClelland, LLP • Suite 1000, 2200 Century Parkway, N.E. • Atlanta, GA 30345 • 404-325-4800

- 3 -

to respond to such Complaint within thirty (30) days from the entry of this Order as required by law.

So Ordered this _____ day of _____, 2020.

_____
The Honorable Mark H. Cohen
Federal Court Judge

ORDER SUBMITTED BY:

MABRY & McCLELLAND, LLP

/s/ Richard H. Hill, Jr.
Richard H. Hill, Jr., Esq.
Georgia Bar No. 354422
Amy M. Buzby
Georgia Bar No. 331349
Attorneys for Westfield Insurance Company

2200 Century Parkway, N.E.
Suite 1000
Atlanta, Georgia 30305
(404) 325-4800
(404) 325-0596-FAX
rhill@m-mlegal.com
abuzby@m-mlegal.com