# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CITIZENS INSURANCE COMPANY OF AMERICA ) ) ) | |
| Plaintiffs, ) ) | |
| and ) ) | |
| WESTFIELD INSURANCE COMPANY, ) ) ) | |
| Plaintiff Intervenor, ) ) | |
| v. ) ) | Civil Action No. 1:19-cv-05292-MHC |
| BANYAN TREE MANAGEMENT, LLC; ALBANY DOWNTOWN HOTEL PARTNERS, LLC; and JANE DOE, ) ) ) ) ) | |
| Defendants/Counterclaim Plaintiffs. ) ) | |
| BANYAN TREE MANAGEMENT, LLC; ALBANY DOWNTOWN HOTEL PARTNERS, LLC ) ) ) ) | |
| Third-Party Plaintiffs, ) ) | |
| v. ) ) | |
| STARR INDEMNITY & LIABILITY COMPANY, ) ) ) | |
| Third-Party Defendant. ) | |

# **ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME FOR THIRD-PARTY DEFENDANT STARR INDEMNITY & LIABILITY COMPANY TO FILE A RESPONSIVE PLEADING TO THE THIRD-PARTY COMPLAINT FOR DECLARATORY JUDGMENT**

Before the Court is the Consent Motion for Extension of Time For Third-Party Defendant Starr Indemnity & Liability Company To File A Responsive Pleading To The Third-Party Complaint For Declaratory Judgment ("Motion"). Having considered the Motion, the Court hereby GRANTS the Motion.

Accordingly, the Court extends the deadline by which Third-Party Defendant Starr Indemnity & Liability Company must answer or otherwise respond to the Third-Party Complaint for Declaratory Judgment through and including August 19, 2020.

DONE and ORDERED this ___ day of August, 2020.

_____
Mark H. Cohen
United States District Judge