# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CITIZENS INSURANCE COMPANY OF AMERICA, et al., ) ) ) Plaintiffs, ) ) v. ) ) BANYAN TREE MANAGEMENT, LLC; et al., ) ) ) Defendants. ) ) BANYAN TREE MANAGEMENT, LLC; et al., ) ) ) Third-Party Plaintiffs, ) ) v. ) ) STARR INDEMNITY & LIABILITY COMPANY, ) ) ) Third-Party Defendant. ) | Civil Action No. 1:19-cv-05292-MHC |

**THIRD-PARTY DEFENDANT STARR INDEMNITY & LIABILITY COMPANY'S MOTION FOR SUMMARY JUDGMENT ON BANYAN TREE MANAGEMENT, LLC AND ALBANY DOWNTOWN HOTEL PARTNERS, LLC'S THIRD-PARTY COMPLAINT AND ITS THIRD-PARTY COUNTERCLAIM AND CROSSCLAIM AGAINST JANE DOE**

Third-Party Defendant Starr Indemnity & Liability Company ("Starr"), pursuant to Fed.R.Civ.P. 56, respectfully moves the Court for summary judgment

72289824-1

on Banyan Tree Management, LLC ("Banyan") and Albany Downtown Hotel Partners, LLC ("Albany") Third-Party Complaint and Its Third-Party Counterclaim and Crossclaim Against Jane Doe, finding that Starr is not obligated, as a matter of law, to defend and indemnify Banyan and Albany from the claims asserted by Jane Doe in the Complaint that Jane Doe filed against them in the civil action styled *Jane Doe v. Banyan Tree Management, LLC, et al*., Case No. 19-C-04673-S3, State Court Of Gwinnett County State of Georgia (the "Underlying Complaint"). Starr is entitled to a declaration that it has no duty to defend and indemnify Banyan and Albany because the allegations in the Underlying Complaint do not trigger coverage under the liability policy issued by Starr or are excluded.

Respectfully submitted this 23rd day of September, 2021.

**HALL BOOTH SMITH, P.C.**

 /s/Thomas K. Wingfield
C. Michael Johnson
Georgia Bar No. 392550
Thomas K. Wingfield
Georgia Bar No. 770653

191 Peachtree Street, NE
Suite 2900
Atlanta, GA  30303-1775
Phone:  404-954-5000
mjohnson@hallboothsmith.com
twingfield@hallboothsmith.com

*Counsel for Starr Indemnity & Liability Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this day I served the foregoing **THIRD-PARTY DEFENDANT STARR INDEMNITY & LIABILITY COMPANY'S MOTION FOR SUMMARY JUDGMENT ON BANYAN TREE MANAGEMENT, LLC AND ALBANY DOWNTOWN HOTEL PARTNERS, LLC'S THIRD-PARTY COMPLAINT AND ITS THIRD-PARTY COUNTERCLAIM AND CROSSCLAIM AGAINST JANE DOE** by serving all counsel of record via electronic filing through NextGen portal with the United States District Court for the Northern District of Georgia to the following:

| | |
|---|---|
| Joel Scott Isenberg, Esq.<br>Kenneth W. Boyles, Jr., Esq.<br>Susan Haygood McCurry, Esq.<br>**ELY & ISENBERG, LLC**<br>Suite 380, 2100B SouthBridge Parkway<br>Birmingham, AL  35209<br>jisenberg@elylawllc.com<br>kboyles@elylawllc.com<br>smccurry@elylawllc.com<br><br>*Counsel for Citizens Insurance Company of America – And – Massachusetts Bay Insurance Company* | Spencer McCartney Taylor, I, Esq.<br>**BARZE TAYLOR NOLES LOWTHER LLC**<br>2204 Lakeshore Drive<br>Suite 330<br>Birmingham, AL  35209<br>staylor@htnllaw.com<br><br><br><br>*Counsel for Banyan Tree Management, LLC – And – Albany Downtown Hotel Partners, LLC* |

3

Charles L. Clay, Jr., Esq.
**PRATT CLAY, LLC**
4401 Northside Parkway, N.W.
Suite 520
Atlanta, GA  30327
chuck@chuckclay.com


*Counsel for Jane Doe*


Richard Hoyle Hill, Jr., Esq.
**MABRY & MCCLELLAND**
2200 Century Parkway, N.E.
Tenth Floor
Atlanta, GA  30345-3105
rhill@m-mlegal.com


*Counsel for Westfield Insurance Company*

Shattuck Ely, Esq.
Derek Schwahn, Esq.
**FELLOWS LA BRIOLA, LLP**
225 Peachtree Street, N.E.
South Tower, Suite 2300
Atlanta, GA  30303-1731
dschwahn@fellab.com
tely@fellab.com

*Counsel for Banyan Tree Management, LLC – And – Albany Downtown Hotel Partners, LLC*

Micajah D. Boatright, Esq.
Roland T. Christensen, Esq.
**ARNOLD & ITKIN- TX**
6009 Memorial Drive
Houston, TX 77007
Cboatright@arnolditkin.com
Rchristensen@arnolditkin.com

*Counsel for Jane Doe*

This 23rd day of September 2021.

        **HALL BOOTH SMITH, P.C.**

        */s/Thomas K. Wingfield*
        Thomas K. Wingfield
        Georgia Bar No. 770653

        *Counsel for Starr Indemnity & Liability Company*

4