UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| CITIZENS INSURANCE COMPANY OF AMERICA and MASSACHUSETTS BAY INSURANCE COMPANY, | * * * * * | CIVIL ACTION NO. 1:19-cv-05292-MHC |
| Plaintiffs, | * | |
| and, | * | |
| WESTFIELD INSURANCE COMPANY, | * | |
| Plaintiff Intervenor, | * | |
| vs. | * | |
| BANYAN TREE MANAGEMENT, LLC; ALBANY DOWNTOWN HOTEL PARTNERS, LLC and JANE DOE, | * * * * | |
| Defendants. | * | |
| BANYAN TREE MANAGEMENT, LLC and ALBANY DOWNTOWN HOTEL PARTNERS, LLC, | * * * | |
| Third-Party Plaintiffs, | * | |
| vs. | * | |
| STARR INDEMNITY & LIABILITY COMPANY, | * * | |
| Third-Party Defendant. | * | |

**PLAINTIFF INTERVENOR WESTFIELD INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT**

- 1 -

Mabry & McClelland, LLP • Suite 1000, 2200  Century Parkway, N.E. • Atlanta, GA 30345 • 404-325-4800

COMES NOW, Westfield Insurance Company, and pursuant to Federal Rule of Civil Procedure 56, hereby moves for Summary Judgment on Plaintiff Intervenor Westfield Insurance Company's Complaint for Declaratory Judgment, and respectfully shows this Court as follows:

1) Westfield seeks a declaration that there is no duty to defend and/or indemnify Banyan Tree Management, LLC in the Underlying Action under Coverage A of the Westfield Insurance Policy, on the ground that Jane Doe's claimed injuries did not take place during the Westfield policy period;

2) Westfield seeks a declaration that there is no duty to defend and/or indemnify Banyan Tree Management, LLC in the Underlying Action under Coverage B of the Westfield Policy, on the ground that the claimed offense did not arise out of Banyan's business;

3) Westfield seeks a declaration that there is no duty to defend and/or indemnify Banyan Tree Management, LLC in the Underlying Action under Coverages A or B of the Westfield Policy, on the ground that the claimed illicit recording and distribution of videos violates a state statute and thus Exclusion "p. Recording and Distribution of Material or Information in Violation of Law" eliminates any purported coverage under the Westfield Policy.

This motion is based on the above as well as the reasoning and authority in the Memorandum of Law filed contemporaneously herewith, and Westfield's Statement of Undisputed Material Facts and Theories of Recovery, in addition to the following:

1. Complaint for Declaratory Judgment by Plaintiff Intervenor Westfield Insurance Company (Doc. 25, filed 04/08/20);

2. Underlying lawsuit styled <u>Jane Doe v. Banyan Tree Management, LLC, Albany Downtown Hotel Partners, LLC and John Doe</u>, Civil Action No. 19-C-04673-S3, filed on July 2, 2019, in the State Court of Gwinnett County, Georgia (Doc. 25-1, Exh. A to Complaint for Declaratory Judgment by Westfield);

3. Westfield Insurance Policy (Doc. 25-2 Exh. B1, Doc. 25-3 Exh. B2, Doc. 25-4 Exh. B3 to Complaint for Declaratory Judgment by Westfield, filed 04/08/20);

4. Deposition of Jane Doe taken on 08/18/21 (to be filed by Starr Indemnity);

5. New York Penal Statute § 250.40, § 250.45, § 250.55;

6. All other discovery and pleadings on file with the Court at the time this Motion is heard.

- 4 -

Westfield Insurance Company, therefore, respectfully request that this Court grant its Motion for Summary Judgment.

This 23rd day of September, 2021.

                MABRY & McCLELLAND, LLP

                /s/ Richard H. Hill, Jr.
                Richard H. Hill, Jr., Esq.
                Georgia Bar No. 354422
                Amy B. Knight, Esq.
                Georgia Bar No. 331349
                Attorneys for Westfield Insurance Company

2200 Century Parkway, N.E.
Suite 1000
Atlanta, Georgia 30305
(404) 325-4800
(404) 325-0596
rhill@m-mlegal.com
aknight@m-mlegal.com

## CERTIFICATION OF TYPE AND FONT

Pursuant to Northern District of Georgia Local Rule 7.1D, the undersigned counsel certifies that the foregoing document was prepared using Times New Roman, 14-point font, which complies with Local Rule 5.1B regarding typefaces and fonts.

SO CERTIFIED this 23rd day of September, 2021.

                                         MABRY & McCLELLAND, LLP

                                       /s/ Richard H. Hill, Jr.
                                       Richard H. Hill, Jr., Esq.
                                       Georgia Bar No. 354422
                                       Attorney for Westfield Insurance Company

(404) 325-4800 - telephone
(404) 325-0596 - facsimile
rhill@m-mlegal.com

## **CERTIFICATE OF SERVICE**

**THIS IS TO CERTIFY** that I have electronically filed the foregoing PLAINTIFF INTERVENOR WESTFIELD INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

**ATTORNEYS FOR PLAINTIFFS
CITIZENS INSURANCE COMPANY OF AMERICA
AND MASSACHUSETTS BAY INSURANCE COMPANY**

Joel Scott Isenberg, Esq.
Kenneth W. Boyles, Jr., Esq.
Susan Haygood McCurry, Esq.
ELY & ISENBERG, LLC
2100-B Southbridge Parkway, Suite 380
Birmingham, AL 35209
jisenberg@elylawllc.com
kboyles@elylawllc.com
smccurry@elylawllc.com

**ATTORNEYS FOR DEFENDANTS BANYAN TREE MANAGEMENT, LLC AND ALBANY DOWNTOWN HOTEL PARTNERS, LLC**

Shattuck Tucker Ely, Esq.
Derek Schwahn, Esq.
FELLOWS LABRIOLA, LLP
Suite 2300, South Tower
225 Peachtree Street, N.W.
Atlanta, Georgia 30303
tely@fellab.com
dschwahn@fellab.com

Spencer M. Taylor, Esq.
BARZE TAYLOR NOLES LOWTHER, LLC
2204 Lakeshore Drive, Suite 330
Birmingham, AL 35209
staylor@btnllaw.com

**ATTORNEY FOR DEFENDANT JANE DOE**

Charles L. Clay, Jr.
PRATT CLAY LLC
4401 Northside Parkway, Suite 520
Atlanta, GA 30303
chuck@prattclay.com

**ATTORNEYS FOR THIRD-PARTY DEFENDANT STARR INDEMINTY & LIABILITY COMPANY**

C. Michael Johnson, Esq.
Thomas K. Wingfield, Esq.
HALL BOOTH SMITH, P.C.
191 Peachtree Street, NE, Suite 2900
Atlanta, Georgia 30303
mjohnson@hallboothsmith.com
twingfield@hallboothsmith.com

This 23rd day of September, 2021.

      MABRY & McCLELLAND, LLP


      /s/ Richard H. Hill, Jr.
      Richard H. Hill, Jr., Esq.
      Georgia Bar No. 354422
      Attorney for Westfield Insurance Company