UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| CITIZENS INSURANCE COMPANY OF AMERICA and MASSACHUSETTS BAY INSURANCE COMPANY, | * * * * | CIVIL ACTION NO. 1:19-cv-05292-MHC |
| Plaintiffs, | * * | |
| and, | * * | |
| WESTFIELD INSURANCE COMPANY, | * | |
| Plaintiff Intervenor, | * * | |
| vs. | * | |
| BANYAN TREE MANAGEMENT, LLC; ALBANY DOWNTOWN HOTEL PARTNERS, LLC and JANE DOE, | * * * * | |
| Defendants. | * * | |
| BANYAN TREE MANAGEMENT, LLC and ALBANY DOWNTOWN HOTEL PARTNERS, LLC, | * * * * | |
| Third-Party Plaintiffs, | * * | |
| vs. | * | |
| STARR INDEMNITY & LIABILITY COMPANY, | * * * | |
| Third-Party Defendant. | * * | |

**PLAINTIFF INTERVENOR WESTFIELD INSURANCE
COMPANY'S STATEMENT OF MATERIAL FACTS AS TO
WHICH THERE IS NO GENUINE ISSUE TO BE TRIED
AND THEORIES OF RECOVERY**

Mabry & McClelland, LLP • Suite 1000, 2200        Century Parkway, N.E. • Atlanta, GA 30345 • 404-325-4800

COMES NOW, Westfield Insurance Company, and pursuant to Federal Rule of Civil Procedure 56, files its Statement of Material Facts as to Which There is No Genuine Issue to be Tried and Theories of Recovery, respectfully showing this Court as follows:

### Statement of Material Facts as to Which There is No Genuine Issue to be Tried

1.

This action for declaratory judgment arises out of a lawsuit styled <u>Jane Doe v. Banyan Tree Management, LLC, Albany Downtown Hotel Partners, LLC and John Doe</u>, Civil Action No. 19-C-04673-S3, filed on July 2, 2019, in the State Court of Gwinnett County, Georgia (the "Underlying Action"). (Complaint for Declaratory Judgment by Westfield, ¶ 1, Doc. 25; Exh. A, Doc. 25-1; Answer by Banyan, ¶ 1, Doc. 47).

2.

Jane Doe filed the Underlying Action asserting claims against Banyan and Albany, and an unknown John Doe alleged to be an employee of Banyan and/or Albany. (See Ex. A, Doc. 25-1).

3.

Mabry & McClelland, LLP • Suite 1000, 2200     Century Parkway, N.E. • Atlanta, GA 30345 • 404-325-4800

Jane Doe alleges that she was blackmailed and extorted with videos of her "showering fully nude" that were "secretly recorded" without her knowledge while staying at the Hampton Inn and Suites Albany Downtown ("Hampton Inn") in Albany, New York, in July 2015. (Ex. A, ¶¶ 1 & 9, Doc. 25-1).

4.

Jane Doe alleges she did not know she was recorded until she received emails with the video posted on pornographic websites from an unknown sender on September 30, 2018, which she first opened and read on October 1, 2018. (Ex. A, ¶ 11, Doc. 25-1; Deposition of Jane Doe, p.39, l.17-22).

5.

Jane Doe alleges that she suffered emotional distress and "did not suffer from any type of remotely similar emotional distress until after she became aware" of the video. (Ex. A, ¶ 46, Doc. 25-1).

6.

Jane Doe's claimed injuries began to manifest on October 1, 2018. (Ex. A, ¶¶ 11 & 46, Doc. 25-1; Deposition of Jane Doe, p.66, l.1-4).

7.

Mabry & McClelland, LLP • Suite 1000, 2200      Century Parkway, N.E. • Atlanta, GA 30345 • 404-325-4800

There was no damage to any tangible, physical property that belongs to Jane Doe. (Deposition of Jane Doe, p.66, l.9-12).

8.

Jane Doe generally alleges claims of premises liability, negligent hiring, retention, supervision, entrustment and training and vicarious liability for the "illicit" video being recorded and distributed. (Ex. A, ¶¶ 49, 50, Doc. 25-1).

9.

Jane Doe has no evidence that the camera or recording device was placed in her room at the direction of Albany or Banyan, testifying "That's correct.  I can only talk about what I know specifically and I'm not aware of whether it was placed there on their behalf." (Deposition of Jane Doe, p.60, l.9-21).

10.

Jane Doe has no evidence that the recording of her was made at the direction of Albany or Banyan, stating that "I don't have any personal knowledge on whose behalf or who made it.  So, that's correct." (Deposition of Jane Doe, p.60, l.22 to p.61, l.2).

## **Theories of Recovery**

### 1.

Jane Doe's claimed injuries did not take place during the Westfield policy period, so there is no duty to defend and/or indemnify Banyan Tree Management, LLC in the Underlying Action under Coverage A of the Westfield Insurance Policy.

### 2.

The claimed offense did not arise out of Banyan Tree Management, LLC's business, so that there is no duty to defend and/or indemnify Banyan Tree Management, LLC in the Underlying Action under Coverage B of the Westfield Policy.

### 3.

The claimed illicit recording and distribution of videos violates a state statute and is eliminated from any purported coverage under Coverage A or B of the Westfield Policy by Exclusion "p. Recording and Distribution of Material or Information in Violation of Law", so there is no duty to defend and/or indemnify Banyan Tree Management, LLC in the Underlying Action.

Westfield Insurance Company, therefore, respectfully request that this Court grant its Motion for Summary Judgment.

Mabry & McClelland, LLP ● Suite 1000, 2200        Century Parkway, N.E. ● Atlanta, GA 30345 ● 404-325-4800

This 23rd day of September, 2021.

MABRY & McCLELLAND, LLP

/s/ Richard H. Hill, Jr.
Richard H. Hill, Jr., Esq.
Georgia Bar No. 354422
Amy B. Knight, Esq.
Georgia Bar No. 331349
Attorneys for Westfield Insurance Company

2200 Century Parkway, N.E.
Suite 1000
Atlanta, Georgia 30305
(404) 325-4800
(404) 325-0596
rhill@m-mlegal.com
aknight@m-mlegal.com

## **CERTIFICATION OF TYPE AND FONT**

Pursuant to Northern District of Georgia Local Rule 7.1D, the undersigned counsel certifies that the foregoing document was prepared using Times New Roman, 14-point font, which complies with Local Rule 5.1B regarding typefaces and fonts.

SO CERTIFIED this 23rd day of September, 2021.

MABRY & McCLELLAND, LLP

/s/ Richard H. Hill, Jr.
Richard H. Hill, Jr., Esq.
Georgia Bar No. 354422
Attorney for Westfield Insurance Company

(404) 325-4800 - telephone
(404) 325-0596 - facsimile
rhill@m-mlegal.com

## <u>CERTIFICATE OF SERVICE</u>

**THIS IS TO CERTIFY** that I have electronically filed the foregoing PLAINTIFF INTERVENOR WESTFIELD INSURANCE COMPANY'S STATEMENT OF MATERIAL FACTS AS TO WHICH THERE IS NO GENUINE ISSUE TO BE TRIED AND THEORIES OF RECOVERY with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

**ATTORNEYS FOR PLAINTIFFS**
**CITIZENS INSURANCE COMPANY OF AMERICA**
**AND MASSACHUSETTS BAY INSURANCE COMPANY**

Joel Scott Isenberg, Esq.
Kenneth W. Boyles, Jr., Esq.
Susan Haygood McCurry, Esq.
ELY & ISENBERG, LLC
2100-B Southbridge Parkway, Suite 380
Birmingham, AL 35209
jisenberg@elylawllc.com
kboyles@elylawllc.com
smccurry@elylawllc.com

**ATTORNEYS FOR DEFENDANTS BANYAN TREE**
**MANAGEMENT, LLC AND ALBANY DOWNTOWN**
**HOTEL PARTNERS, LLC**

Shattuck Tucker Ely, Esq.
Derek Schwahn, Esq.
FELLOWS LABRIOLA, LLP
Suite 2300, South Tower
225 Peachtree Street, N.W.

Atlanta, Georgia 30303
tely@fellab.com
dschwahn@fellab.com

Spencer M. Taylor, Esq.
BARZE TAYLOR NOLES LOWTHER, LLC
2204 Lakeshore Drive, Suite 330
Birmingham, AL 35209
staylor@btnllaw.com

**ATTORNEY FOR DEFENDANT JANE DOE**

Charles L. Clay, Jr.
PRATT CLAY LLC
4401 Northside Parkway, Suite 520
Atlanta, GA 30303
chuck@prattclay.com

**ATTORNEYS FOR THIRD-PARTY DEFENDANT
STARR INDEMINTY & LIABILITY COMPANY**

C. Michael Johnson, Esq.
Thomas K. Wingfield, Esq.
HALL BOOTH SMITH, P.C.
191 Peachtree Street, NE, Suite 2900
Atlanta, Georgia 30303
mjohnson@hallboothsmith.com
twingfield@hallboothsmith.com

This 23rd day of September, 2021.

MABRY & McCLELLAND, LLP

/s/ Richard H. Hill, Jr.
Richard H. Hill, Jr., Esq.
Georgia Bar No. 354422
Attorney for Westfield Insurance Company