UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| CITIZENS INSURANCE COMPANY OF AMERICA and MASSACHUSETTS BAY INSURANCE COMPANY, | * * * * * | CIVIL ACTION NO. 1:19-cv-05292-MHC |
| Plaintiffs, | * * | |
| and, | * * | |
| WESTFIELD INSURANCE COMPANY, | * * | |
| Plaintiff Intervenor, | * * | |
| vs. | * * | |
| BANYAN TREE MANAGEMENT, LLC; ALBANY DOWNTOWN HOTEL PARTNERS, LLC and JANE DOE, | * * * * | |
| Defendants. | * * | |
| BANYAN TREE MANAGEMENT, LLC and ALBANY DOWNTOWN HOTEL PARTNERS, LLC, | * * * * | |
| Third-Party Plaintiffs, | * * | |
| vs. | * * | |
| STARR INDEMNITY & LIABILITY COMPANY, | * * * | |
| Third-Party Defendant. | * * | |

**PLAINTIFF INTERVENOR WESTFIELD INSURANCE COMPANY'S REQUEST FOR FILING ORIGINAL DISCOVERY**

- 1 -

Mabry & McClelland, LLP • Suite 1000, 2200   Century Parkway, N.E. • Atlanta, GA 30345 • 404-325-4800

COMES NOW, Westfield Insurance Company, and pursuant to Local Rule 5.4(B) (N.D. Ga.), hereby requests that Starr Indemnity & Liability Company or other custodial Party in this matter file the following original discovery for use with Westfield's Motion for Summary Judgment, as follows:

1. The original Deposition Transcript of Jane Doe taken on August 18, 2021.

This 23rd day of September, 2021.

                MABRY & McCLELLAND, LLP

                /s/ Richard H. Hill, Jr.
                Richard H. Hill, Jr., Esq.
                Georgia Bar No. 354422
                Amy B. Knight, Esq.
                Georgia Bar No. 331349
                Attorneys for Westfield Insurance Company

2200 Century Parkway, N.E.
Suite 1000
Atlanta, Georgia 30305
(404) 325-4800
(404) 325-0596
rhill@m-mlegal.com
aknight@m-mlegal.com

## CERTIFICATION OF TYPE AND FONT

Pursuant to Northern District of Georgia Local Rule 7.1D, the undersigned counsel certifies that the foregoing document was prepared using Times New Roman, 14-point font, which complies with Local Rule 5.1B regarding typefaces and fonts.

SO CERTIFIED this 23rd day of September, 2021.

                MABRY & McCLELLAND, LLP

                /s/ Richard H. Hill, Jr.
                Richard H. Hill, Jr., Esq.
                Georgia Bar No. 354422
                Attorney for Westfield Insurance Company

(404) 325-4800 - telephone
(404) 325-0596 - facsimile
rhill@m-mlegal.com

## **CERTIFICATE OF SERVICE**

**THIS IS TO CERTIFY** that I have electronically filed the foregoing PLAINTIFF INTERVENOR WESTFIELD INSURANCE COMPANY'S REQUEST FOR FILING ORIGINAL DISCOVERY with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

**ATTORNEYS FOR PLAINTIFFS**
**CITIZENS INSURANCE COMPANY OF AMERICA**
**AND MASSACHUSETTS BAY INSURANCE COMPANY**

Joel Scott Isenberg, Esq.
Kenneth W. Boyles, Jr., Esq.
Susan Haygood McCurry, Esq.
ELY & ISENBERG, LLC
2100-B Southbridge Parkway, Suite 380
Birmingham, AL 35209
jisenberg@elylawllc.com
kboyles@elylawllc.com
smccurry@elylawllc.com

**ATTORNEYS FOR DEFENDANTS BANYAN TREE MANAGEMENT, LLC AND ALBANY DOWNTOWN HOTEL PARTNERS, LLC**

Shattuck Tucker Ely, Esq.
Derek Schwahn, Esq.
FELLOWS LABRIOLA, LLP
Suite 2300, South Tower
225 Peachtree Street, N.W.
Atlanta, Georgia 30303
tely@fellab.com
dschwahn@fellab.com

Spencer M. Taylor, Esq.
BARZE TAYLOR NOLES LOWTHER, LLC
2204 Lakeshore Drive, Suite 330
Birmingham, AL 35209
staylor@btnllaw.com

**ATTORNEY FOR DEFENDANT JANE DOE**

Charles L. Clay, Jr.
PRATT CLAY LLC
4401 Northside Parkway, Suite 520
Atlanta, GA 30303
chuck@prattclay.com

**ATTORNEYS FOR THIRD-PARTY DEFENDANT STARR INDEMINTY & LIABILITY COMPANY**

C. Michael Johnson, Esq.
Thomas K. Wingfield, Esq.
HALL BOOTH SMITH, P.C.
191 Peachtree Street, NE, Suite 2900
Atlanta, Georgia 30303
mjohnson@hallboothsmith.com
twingfield@hallboothsmith.com

This 23rd day of September, 2021.

                MABRY & McCLELLAND, LLP

                /s/ Richard H. Hill, Jr.
                Richard H. Hill, Jr., Esq.
                Georgia Bar No. 354422
                Attorney for Westfield Insurance Company