## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **CITIZENS INSURANCE COMPANY OF AMERICA, et al.,** | ) ) ) | |
| **Plaintiffs,** | ) ) | |
| **and** | ) ) | **CIVIL ACTION FILE** |
| **WESTFIELD INSURANCE COMPANY,** | ) ) ) | **NO. 1:19-CV-05292-MHC** |
| **Plaintiff-Intervenor,** | ) ) | |
| **v.** | ) ) | |
| **BANYAN TREE MANAGEMENT, LLC; ALBANY DOWNTOWN HOTEL PARTNERS, LLC; and JANE DOE,** | ) ) ) ) ) | |
| **Defendants.** | ) ) ) | |
| **BANYAN TREE MANAGEMENT, LLC and ALBANY DOWNTOWN HOTEL PARTNERS, LLC,** | ) ) ) ) ) | |
| **Third-Party Plaintiffs,** | ) ) | |
| **v.** | ) ) | |
| **STARR INDEMNITY & LIABILITY COMPANY,** | ) ) ) | |
| **Third-Party Defendant.** | ) | |

1

STARR INDEMNITY &  )
LIABILITY COMPANY,  )
     **Third Party Counterclaim**  )
     **and Crossclaim Plaintiff,**  )
       )
**v.**  )
       )
**BANYAN TREE MANAGEMENT**  )
**LLC and ALBANY DOWNTOWN**  )
**HOTEL PARTNERS, LLC,**  )
       )
     **Third-Party Counterclaim**  )
     **Defendants,**  )
       )
     **and**  )
       )
**JANE DOE; CITIZENS**  )
**INSURANCE COMPANY OF**  )
**AMERICA; and**  )
**MASSACHUSETTS BAY**  )
**INSURANCE COMPANY,**  )
       )
     **Crossclaim Defendants.**  )
       )

## <u>NOTICE OF FILING DISCOVERY</u>

Counsel for Banyan Tree Management, LLC and Albany Downtown Hotel Partners, LLC herby file the attached *Jane Doe's Objections and Responses to Starr Indemnity & Liability Company's First Requests for Admission*.

Respectfully submitted this 23rd day of September, 2021.

/s/Derek Schwahn
Shattuck (Tucker) Ely
Georgia Bar No. 246944
Derek Schwahn
Georgia Bar No. 910299
FELLOWS LABRIOLA LLP
Suite 2400, Harris Tower
233 Peachtree Street, NE
Atlanta, Georgia 30303
Phone: 404-586-9200
Fax: 404-586-9201
tely@fellab.com
dschwahn@fellab.com

Spencer M. Taylor (admitted *pro hac vice*)
BARZE TAYLOR NOLES LOWTHER LLC
2204 Lakeshore Drive, Suite 330
Birmingham, AL 35209
Phone: (205) 872-1032
staylor@btnllaw.com

*Attorneys for Defendants Banyan Tree*
*Management, LLC and Albany Downtown*
*Hotel Partners, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have electronically filed the foregoing with the Clerk of

the Court using the CM/ECF system and service will be perfected upon the following

this 23rd day of September, 2021:

Mr. C. Michael Johnson
Mr. Thomas K. Wingfield
HALL BOOTH SMITH, P.C.
191 Peachtree Street, N.E., Suite 2900
Atlanta, Georgia 30303-1775

Mr. Charles L. Clay, Jr.
PRATT CLAY LLC
4401 Northside Parkway NW
Suite 520
Atlanta, Georgia 30327

Mr. Roland T. Christensen
Mr. Micajah D. Boatright
ARNOLD & ITKIN
6009 Memorial Drive
Houston, Texas 77007

Mr. Richard H. Hill, Jr.
Ms. Amy H. Buzby
MABRY & MCCLELLAND, LLP
2200 Century Parkway, N.E.
Suite 1000
Atlanta, Georgia 30305

Mr. Joel S. Isenberg
Ms. Susan H. McCurry
Mr. Kenneth W. Boyles, Jr.
ELY & ISENBERG, LLC
2100-B SouthBridge Parkway
Suite 380
Birmingham, AL 35209

/s/Derek Schwahn