**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **CITIZENS INSURANCE COMPANY OF AMERICA, et al.,** ) ) ) ) | |
| Plaintiffs, ) ) | |
| and ) ) | **CIVIL ACTION FILE** |
| **WESTFIELD INSURANCE COMPANY,** ) ) ) ) | **NO. 1:19-CV-05292-MHC** |
| Plaintiff-Intervenor, ) | |
| v. ) ) | |
| **BANYAN TREE MANAGEMENT, LLC; ALBANY DOWNTOWN HOTEL PARTNERS, LLC; and JANE DOE,** ) ) ) ) ) ) | |
| Defendants. ) ) | |
| **BANYAN TREE MANAGEMENT, LLC and ALBANY DOWNTOWN HOTEL PARTNERS, LLC,** ) ) ) ) ) ) | |
| Third-Party Plaintiffs, ) ) | |
| v. ) ) | |
| **STARR INDEMNITY & LIABILITY COMPANY,** ) ) ) ) | |
| Third-Party Defendant. ) ) ) | |

| | |
|---|---|
| **STARR INDEMNITY & LIABILITY COMPANY,** | ) |
|     Third Party Counterclaim and Crossclaim Plaintiff, | ) ) ) |
| | ) |
| v. | ) |
| | ) |
| **BANYAN TREE MANAGEMENT LLC and ALBANY DOWNTOWN HOTEL PARTNERS, LLC,** | ) ) ) |
| | ) |
|     Third-Party Counterclaim Defendants, | ) ) |
| | ) |
|   and | ) |
| | ) |
| **JANE DOE; CITIZENS INSURANCE COMPANY OF AMERICA; and MASSACHUSETTS BAY INSURANCE COMPANY,** | ) ) ) ) ) |
| | ) |
|     Crossclaim Defendants. | ) |

## DEFENDANTS BANYAN TREE MANAGEMENT, LLC AND ALBANY DOWNTOWN HOTEL PARTNERS, LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Defendants and Third-Party Plaintiffs Banyan Tree Management, LLC ("Banyan") and Albany Downtown Hotel Partners, LLC ("Albany"), pursuant to Federal Rule of Civil Procedure 56, hereby move this Court for Partial Summary Judgment. Banyan and Albany seek a declaratory judgment that Plaintiffs Citizens Insurance Company of America and Massachusetts Bay Insurance Company

(together, "Hanover"), Plaintiff-Intervenor Westfield Insurance Company ("Westfield"), and Third-Party Defendant Starr Indemnity & Liability Co. ("Starr") have a duty to defend Banyan and Albany in the suit filed by Defendant Jane Doe in the State Court of Gwinnett County, Georgia, Civil Action File No. 19-C-04673-S3.[1]

To determine the duty to defend, the Court compares the allegations of Jane Doe's Complaint with the insurance policies at issue to determine whether the claims asserted are potentially covered by the policies. Here, Jane Doe's Complaint alleges bodily injury covered by Coverage A in the policy issued by Starr. In addition, Ms. Doe testified during her deposition about additional physical injuries she sustained that the Court can rely on to hold Starr has a duty to defend. Her Complaint further alleges personal and advertising injury covered by Coverage B in the policy issued by Starr and the policies issues by Hanover and Westfield. Finally, the cited policy exclusions, which Georgia law requires the Court to strictly construe against the insurers, do not apply to any of the insurers' duty to defend.

Banyan and Albany respectfully request that the Court declare that Hanover, Westfield, and Starr each have a duty to defend Albany and/or Banyan in the

---

[1] Banyan and Albany do not seek any ruling on the duty to indemnify at this time, as that issue is not ripe for determination until liability has been established in the underlying state court case.

Gwinnett County suit filed by Jane Doe. In support of their motion, Albany and Banyan rely on their Brief in Support of Partial Motion for Summary Judgment and Statement of Material Facts filed herewith.

Respectfully submitted this 23rd day of September, 2021.

/s/Derek Schwahn
Shattuck (Tucker) Ely
Georgia Bar No. 246944
Derek Schwahn
Georgia Bar No. 910299
FELLOWS LABRIOLA LLP
Suite 2400, Harris Tower
233 Peachtree Street, NE
Atlanta, Georgia 30303
Phone: 404-586-9200
Fax: 404-586-9201
tely@fellab.com
dschwahn@fellab.com


/s/Spencer M. Taylor
Spencer M. Taylor (admitted *pro hac vice*)
BARZE TAYLOR NOLES LOWTHER LLC
2204 Lakeshore Drive, Suite 330
Birmingham, AL 35209
Phone: (205) 872-1032
staylor@btnllaw.com

*Attorneys for Defendants Banyan Tree Management, LLC and Albany Downtown Hotel Partners, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected upon the following this 23rd day of September, 2021:

Mr. Joel S. Isenberg
Ms. Susan H. McCurry
Mr. Kenneth W. Boyles, Jr.
ELY & ISENBERG, LLC
2100-B SouthBridge Parkway
Suite 380
Birmingham, AL 35209

Mr. Richard H. Hill, Jr.
Ms. Amy H. Buzby
MABRY & MCCLELLAND, LLP
2200 Century Parkway, N.E.
Suite 1000
Atlanta, Georgia 30305

Mr. Charles L. Clay, Jr.
PRATT CLAY LLC
4401 Northside Parkway NW
Suite 520
Atlanta, Georgia 30327

Mr. Roland T. Christensen
Mr. Micajah D. Boatright
ARNOLD & ITKIN
6009 Memorial Drive
Houston, Texas 77007

Mr. C. Michael Johnson
Mr. Thomas K. Wingfield
HALL BOOTH SMITH, P.C.
191 Peachtree Street, N.E., Suite 2900
Atlanta, Georgia 30303-1775

/s/Derek Schwahn
Derek Schwahn