# Exhibit C



11/22/2019

COLVILLE, STEPHEN E.
THE HANOVER INSURANCE GROUP
MAIL STOP 328

RE: CERTIFIED COPY OF THE POLICY

TO: WHOM IT MAY CONCERN

I am authorized by Citizens/Hanover Insurance Company to certify the attached copy as a true and correct copy of the company's record on the policy.

Policy Number: ZBY A617294 00-01

Policy Issued To: ALBANY DOWNTOWN PARTNERS LLC

Date Span: 04/21/2015 TO 04/21/2017

Please contact certreqwor@hanover.com with any questions.

Sincerely,

Colleen OReilly

**Colleen OReilly**
Commercial Lines

The Hanover Insurance Company | Citizens Insurance Company of America



ZBY A617294 00

**Citizens Insurance Company Of America,  440  Lincoln Street,  Worcester  MA  01605**
**Commercial Line Policy**
**Common Declarations**

CM

| Policy Number | Policy Period | | Coverage is Provided in the: | Agency Code |
|---|---|---|---|---|
| | From | To | | |
| ZBY A617294 00 | 04/21/2015 | 04/21/2016 | Citizens Insurance Company Of America | 4109020 |

| Named Insured and Address : | Agent : |
|---|---|
| ALBANY DOWNTOWN PARTNERS LLC<br>10065 EMERALD COAST PARKWAY<br>C101-A<br>MIRAMAR BEACH FL 32550 | TRIVEDI-CAPACITY ASSOC LLC<br>A DIVISION OF CAPACITY GRP<br>ONE INTERNATIONAL BLVD.<br>MAHWAH NJ 07495 |

**Branch** :  Piscataway Branch Office
**Policy Period** :  **From**     04/21/2015    **To**    04/21/2016
12:01 A.M. Standard Time at Your Mailing Address Shown Above.
**Business Description** :  Upscale Hotel
**Legal Entity** :  Limited Liability Corporation

In Consideration of the premium, insurance is provided the Named Insured with respect to those premises described in the attached schedule(s) for which a specific limit of insurance is shown. This is subject to all terms of this policy including Common Policy Conditions. Coverage Parts, Forms and Endorsements may be subject to adjustment and/or a policy minimum premium.

| | |
|---|---|
| **Commercial Property Coverage** | |
| **Commercial General Liability Coverage** | |
| **Commercial Inland Marine Coverage** | Not Covered |
| **Commercial Crime Coverage** | |
| **Commercial Auto Coverage** | |
| **Total Surcharges Premium** | |
| **Additional Premium For Policy Minimum** | |
| **\*\* Total** | N/A |



\*\*INCLUDES PREMIUM, IF ANY, FOR TERRORISM; REFER TO DISCLOSURE NOTICE

Countersigned _____  By _____

Agency Bill/Full Paid

Group Number  ZBD

"You may call The Hanover Insurance Company's telephone number for information or to make a complaint: 800-446-8379".

Hanover00002



ALBANY DOWNTOWN PARTNERS LLC                    ZBY A617294 00

TRIVEDI-CAPACITY ASSOC LLC

**Commercial Lines Surcharges**

**State:**    New York

New York Fire Fee Premium:                                  ▬▬▬

**Total New York Surcharge Premium:**                       ▬▬▬

Hanover00003



ALBANY DOWNTOWN PARTNERS LLC                          ZBY A617294 00

**TRIVEDI-CAPACITY ASSOC LLC**

**Doing Business As (DBA):**   HAMPTON INN

## Locations of All Premises You Own, Rent or Occupy

**Location:** 1

25 Chapel St
Albany NY
12210

## Forms Applicable to all Coverage Parts:

| Form Number | Edition Date | Description |
|---|---|---|
| 401-1127 | 01/08 | Notice - Offer Of Terrorism Coverage Notice - Disclosure Of Premium Acceptance Of Coverage |
| 401-1374 | 01/15 | Offer Disclosure Pursuant To Terrorism Risk Insurance Act |
| IL 00 17 | 11/98 | Common Policy Conditions |
| IL 01 83 | 08/08 | New York Changes - Fraud |
| IL 02 68 | 01/14 | New York Changes - Cancellation and Nonrenewal |
| IL 09 35 | 07/02 | Exclusion of Certain Computer-Related Losses |
| IL 09 52 | 03/08 | Cap On Losses From Certified Acts Of Terrorism |
| SIG 11 00 | 08/14 | Signature Page |



ALBANY DOWNTOWN PARTNERS LLC                    ZBY A617294 00

TRIVEDI-CAPACITY ASSOC LLC

## Commercial Property Coverage Part Declaration

**Total Property Premium**          █████████)

Coverages Provided:
Insurance at the Described Premises applies only for the coverage shown below:

| LOC | BLDG | | |
|-----|------|--|--|
| 1 | 1 | Occupancy: | Hotels and Motels - w/o Restaurants- 4 stories or more |
| | | Territory: | 011 |
| | | Construction: | Modified Fire-Resistive |
| | | Protection Class: | 3 |

| LOC | BLDG | Coverage: | Cause of Loss: | Premiums: |
|-----|------|-----------|----------------|-----------|
| 1 | 1 | Building | Special | ████████) |
| | | Limit Of Insurance: | $17,000,000.00 | |
| | | Replacement Cost | | |
| | | Coinsurance: | 80% | |
| | | Agreed Value | Agreed Expiration: 03/31/2016 | |
| | | | **Applicable Coverage Options** | |
| | | Agreed Amount | | |
| | | Ordinance or Law Coverage C | | |
| | | Ordinance or Law Coverage A | | |
| | | Ordinance or Law Coverage B | | |

| LOC | BLDG | Coverage: | Cause of Loss: | Premiums: |
|-----|------|-----------|----------------|-----------|
| 1 | 1 | Contents All Inclusive | Special | ████████) |
| | | Limit Of Insurance: | $1,600,000.00 | |
| | | Replacement Cost | | |
| | | Coinsurance | 80% | |
| | | Agreed Value | Agreed Expiration: 03/31/2016 | |

| LOC | BLDG | Coverage: | Cause of Loss: | Premiums: |
|-----|------|-----------|----------------|-----------|

Hanover00005



ALBANY DOWNTOWN PARTNERS
LLC

ZBY A617294 00

TRIVEDI-CAPACITY ASSOC LLC

## Commercial Property Coverage Part Declaration

| 1 | 1 | | Business Income and Extra Expense ALS | Special | $3,437.00 |
| | | | Limit Of Insurance: | 12 Months Actual Loss Sustained | |
| | | | Extended Period of Indemnity | 180 | |
| | | | Business Income Time Deductible | 72 Hours | |

| LOC | BLDG | DED BY LOC | APPLICABLE DEDUCTIBLE | |
|---|---|---|---|---|
| 1 | 1 | | Windstorm/Hail Deductible | $5,000.00 |
| | | | Theft Deductible: | $5,000.00 |
| | | | Other Deductible: | $5,000.00 |

**Additional Premium for Property Minimum :**                                    ■

**Miscellaneous/Optional Property Coverages:**                         **PREMIUM**

Data Breach                                                               ■
Boiler / Machinery / Equipment Breakdown                                 ■
Earth Movement                                                           ■
Flood                                                                    ■
Emergency Event Management Coverage                                      ■

Ordinance or Law Coverage B Limit                                        ■
Ordinance or Law Coverage C Limit                                        ■
Terrorism Premium                                                        ■
Gold Property Broadening Endorsement                                     ■
Hospitality Property Broadening Endorsement                              ■

Hanover00006



ALBANY DOWNTOWN PARTNERS LLC                    ZBY A617294 00

**TRIVEDI-CAPACITY ASSOC LLC**

## Forms Applicable to Property Coverage Parts:

| Form Number | Edition Date | Description |
|---|---|---|
| 411-0581 | 04/14 | Business Income (And Extra Expense) Coverage Form - Actual Loss Sustained |
| 411-0607 | 04/14 | New York Emergency Event Management Coverage |
| 411-0669 | 12/09 | Data Breach Coverage Form |
| 411-0679 | 04/10 | Associates And Family Members Additional Coverage Endorsement |
| 411-0681 | 12/09 | Identity Theft Resolution Services |
| 411-0774 | 02/13 | Earth Movement Endorsement |
| 411-0776 | 02/13 | Flood Endorsement |
| 411-0793 | 04/14 | Gold Property Broadening Endorsement |
| 411-0801 | 04/14 | Hospitality Property Broadening Endorsement |
| 411-0827 | 04/14 | New York Changes - Property Broadening Endorsement |
| 451-0038 | 11/04 | Equipment Breakdown Coverage |
| 451-0052 | 12/06 | New York Changes |
| CP 00 10 | 10/12 | Building and Personal Property  Coverage Form |
| CP 00 90 | 07/88 | Commercial Property Conditions |
| CP 01 33 | 10/12 | New York Changes |
| CP 01 64 | 10/12 | New York Changes - Fungus, Wet Rot and Dry Rot |
| CP 01 78 | 08/08 | New York - Exclusion Of Loss Due To Virus or Bacteria |
| CP 04 05 | 10/12 | Ordinance or Law Coverage |
| CP 10 30 | 10/12 | Cause of Loss - Special Form |
| CP 99 93 | 10/90 | Tentative Rate |

# EARTH MOVEMENT DECLARATIONS

**Maximum Per "Occurrence" Limit Of Insurance**     $2,500,000

**Maximum Annual Aggregate Limit Of Insurance**     $2,500,000

| SCHEDULED EARTH MOVEMENT | | | | |
|---|---|---|---|---|
| **The following Limits and Deductibles apply:** | | | | |
| Per "Occurrence" - Limit Of Insurance | | | | $2,500,000 |
| Annual Aggregate - Limit Of Insurance | | | | $2,500,000 |
| | | Premium | |  |
| **Scheduled coverage applies solely for Earth Movement at the following locations:** | | | | |
| **Location No.** | **Building No.** | **Building Address:** | **Building Deductible** | **Personal Property Deductible** |
| 001 | 001 | 25 Chapel St, Albany  NY  12210 | $25,000 | $25,000 |

**Additional Premium to Meet Minimum Premium**

**Total Earth Movement Premium**

Hanover00008

# FLOOD DECLARATIONS

**Maximum Per "Occurrence" Limit Of Insurance**                              $2,500,000

**Maximum Annual Aggregate Limit Of Insurance**                              $2,500,000

| SCHEDULED FLOOD | | | | |
|---|---|---|---|---|
| **The following Limits and Deductibles apply:** | | | | |
| Per "Occurrence" - Limit Of Insurance | | | | $2,500,000 |
| Annual Aggregate - Limit Of Insurance | | | | $2,500,000 |
| | | Premium | | ▬ |
| **Scheduled coverage applies solely for Flood at the following locations:** | | | | |
| **Location No.** | **Building No.** | **Building Address:** | **Building Deductible** | **Personal Property Deductible** |
| 001 | 001 | 25 Chapel St, Albany  NY  12210 | $25,000 | $25,000 |

**Additional Premium to Meet Minimum Premium**                    

**Total Flood Premium**

Hanover00009



ALBANY DOWNTOWN                    ZBY A617294 00
PARTNERS LLC

## TRIVEDI-CAPACITY ASSOC LLC

# Commercial General Liability Coverage Part Declaration

Audit Frequency:                    Annual
                                    **Limits of Insurance:**
                                    **General Aggregate Limit**                           $2,000,000
                                    **Products-Completed Operations are Included in the**
                                    **General Aggregate Limit**
                                    **Each Occurrence Limit**                             $1,000,000
                                    **Personal and Advertising Injury Limit**             $1,000,000
                                    **Damage to Premises Rented to You Limit**             $100,000
                                    **Medical Expense Limit, Any One Person**                $5,000
                                    **General Liability Deductible:**
                                    **Total Advance Commercial General Liability Premium** ▮▮▮▮▮)

**THIS POLICY CONTAINS AGGREGATE LIMITS; REFER TO SECTION III - LIMITS OF INSURANCE FOR DETAILS**

## Forms Applicable to General Liability Coverage Parts:

| Form Number | Edition Date | Description |
|---|---|---|
| 421-0017 | 06/89 | Employee Benefits Liability Insurance |
| 421-0022 | 12/90 | Asbestos Liability Exclusion |
| 421-2915 | 12/14 | Commercial General Liability Broadening Endorsement |
| 421-2916 | 12/14 | Commercial General Liability Enhancement Endorsement |
| 421-2929 | 12/14 | New York Amendatory Endorsement |
| CG 00 01 | 04/13 | Commercial General Liability Coverage Form - Occurrence |
| CG 01 04 | 12/04 | New York Changes - Premium Audit |
| CG 20 08 | 04/13 | Additional Insured - Use of Golfmobiles |
| CG 21 47 | 12/07 | Employment - Related Practices Exclusion |
| CG 21 70 | 01/08 | Cap On Losses From Certified Acts Of Terrorism |
| CG 22 45 | 04/13 | Exclusion - Specified Theraputic Or Cosmetic Services |
| CG 24 16 | 12/07 | Canoes or Rowboats |
| CG 26 21 | 10/91 | New York Changes - Transfer Of Duties When A Limit Of Insurance Is Used Up |
| IL 00 23 | 07/02 | Nuclear Energy Liability Exclusion Endorsement |



ALBANY DOWNTOWN PARTNERS
LLC

ZBY A617294 00

## TRIVEDI-CAPACITY ASSOC LLC

## Commercial General Liability Classification Schedule Declaration

| **LOC** | **ST** | **TERR** | **CODE** | **SUBLINE** | **PREMIUM BASIS** | **PER** | **RATE** | **ADVANCE PREMIUM** |
|---|---|---|---|---|---|---|---|---|
| ▮ | | | | | | | | ) |

Products – Completed Operations are Included in the General Aggregate Limit

Hotels and Motels without pools or beaches  Four stories or more

| **LOC** | **ST** | **TERR** | **CODE** | **SUBLINE** | **PREMIUM BASIS** | **PER** | **RATE** | **ADVANCE PREMIUM** |
|---|---|---|---|---|---|---|---|---|
| ▮ | | | | | | | | ▮ |

Products – Completed Operations are Included in the General Aggregate Limit

Hotels and Motels with pools or beaches  four stories or more

| **LOC** | **ST** | **TERR** | **CODE** | **SUBLINE** | **PREMIUM BASIS** | **PER** | **RATE** | **ADVANCE PREMIUM** |
|---|---|---|---|---|---|---|---|---|
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ ▮ | ▮ | ▮ | ▮ |

Products – Completed Operations are Included in the General Aggregate Limit

Buildings or Premises  bank or office  mercantile or manufacturing lessor

## Miscellaneous/Optional General Liability Coverages

**Advance Premium**

Employee Benefits Coverage

Terrorism Premium ▮

CGL Enhancement ▮ )

**Additional Premium for Coverage Minimum:** ▮

**Total Advance General Liability Premium** ▮ )

**Subline**   334   **Premises and Operations**



ALBANY DOWNTOWN PARTNERS LLC

ZBY A617294 00

TRIVEDI-CAPACITY ASSOC LLC

## Business Auto  Coverage Declaration

This Policy provides only those coverages where a charge is shown in the premium column below.  Each of these coverages will apply only to those "Autos" shown as a covered "Autos"."Autos" are shown as covered "Autos" for a particular coverage by the entry of one or more of the symbols from the Covered Auto section of the Business Auto Coverage form next to the name of the coverage.

| Coverages | Covered Auto Entry of one or more of the symbols from the Covered Autos Section of the Business Auto Coverage Form shows which Autos are covered Autos) | Limit- The most we will pay for any one accident or loss | Premium |
|---|---|---|---|
| Liability | 8,9 | $1,000,000 | ███ |

### Schedule of Hired or Borrowed Covered Auto Coverage and Premium
### Liability Coverage - Rating Basis, Cost of Hire

| State | Estimated Cost of Hire | Rate for Each $100 Cost of Hire | Factor | Premium |
|---|---|---|---|---|
| NY | If Any | Include | N/A | ███ |

Cost of Hire means the total amount you incur for the Hire of "Autos" you don't own (not including "Autos" you borrow or rent from your partners, your employees, or their family members).  Cost of Hire does not include charges for services performed by motor carriers of property or passengers.

### Schedule for Non-Ownership Liability

| Named Insured's Business | Rating Basis | Number of Employees | Premium |
|---|---|---|---|
| Other Than A Social Service Agency | # of Employees | 32 | ███ |

|  | Additional For Commercial Auto Minimum | N/A |
|---|---|---|
|  | Estimated Total Premium | ███ |



ALBANY DOWNTOWN PARTNERS                ZBY A617294 00
LLC


                           TRIVEDI-CAPACITY ASSOC LLC


## Forms Applicable to Business Auto Coverage Parts:


| Form Number | Edition Date | Description |
| --- | --- | --- |
| CA 00 01 | 03/06 | Business Auto Coverage Form |
| CA 01 12 | 04/03 | New York Changes In Business Auto, Business Auto Physical Damage, Motor Carrier And Truckers Coverage Forms |
| CA 01 67 | 08/00 | New York Changes - Rental Vehicle Coverage |
| CA 02 25 | 01/11 | New York Changes - Cancellation |

Hanover00013



ALBANY DOWNTOWN PARTNERS LLC   ZBY A617294 00

TRIVEDI-CAPACITY ASSOC LLC

## Crime Declaration

**Total Crime Premium**          ██████

Coverages Provided:

| **LOC** | **BLDG** | **Type of Coverage** | | **Premium** |
|---|---|---|---|---|
| | | Outside The Premises | | ████ |
| | | Limit | $50,000.00 | |
| | | Deductible | $1,000.00 | |
| | | Blanket/Schedule | Blanket | |
| | | Ratable Employees | N/A | |
| | | ERISA Plan name | N/A | |
| | | ERISA Total Asset Value | N/A | |
| **LOC** | **BLDG** | **Type of Coverage** | | **Premium** |
| | | Inside the Premises-Theft of Money and Securities Insuring Agreement | | ████ |
| | | Limit | $50,000.00 | |
| | | Deductible | $1,000.00 | |
| | | Blanket/Schedule | Blanket | |
| | | Ratable Employees | N/A | |
| | | ERISA Plan name | N/A | |
| | | ERISA Total Asset Value | N/A | |

**Additional for Coverage Minimum Premium**      ███

**Total Crime Premium**           ████

## Forms Applicable to Crime Coverage Parts:

| Form Number | Edition Date | Description |
|---|---|---|
| CR 00 20 | 05/06 | Commercial Crime Coverage Form (Discovery Form) |
| CR 01 55 | 08/07 | New York Changes |
| CR 02 34 | 01/14 | New York Changes |

Hanover00014

ZBY 1617294 00 4109020



**Customer Notice of Privacy Policy and Producer Compensation Practices Disclosures**
**Privacy Policy Disclosure**

### Collection of Information

We collect personal information so that we may offer quality products and services. This information may include, but is not limited to, name, address, Social Security number, and consumer reports from consumer reporting agencies in connection with your application for insurance or any renewal of insurance. For example, we may access driving records, insurance scores or health information. Our information sources will differ depending on your state and/or the product or service we are providing to you. This information may be collected directly from you and/or from affiliated companies, non-affiliated third parties, consumer reporting agencies, medical providers and third parties such as the Medical Information Bureau.

We, and the third parties we partner with, may track some of the web pages you visit through cookies, pixel tagging or other technologies. We currently do not process or comply with any web browser's "do not track" signals or similar mechanisms that request us to take steps to disable online tracking. For additional information regarding online privacy, please see our online privacy statement, located at www.hanover.com.

### Disclosure of Information

We may disclose non-public, personal information you provide, as required to conduct our business and as permitted or required by law. We may share information with our insurance company affiliates or with third parties that assist us in processing and servicing your account. We also may share your information with regulatory or law enforcement agencies, reinsurers and others, as permitted or required by law.

Our insurance companies may share information with their affiliates, but will not share information with non-affiliated third parties who would use the information to market products or services to you.

Our standards for disclosure apply to all of our current and former customers.

### Safeguards to Protect Your Personal Information

We recognize the need to prevent unauthorized access to the information we collect, including information held in an electronic format on our computer systems. We maintain physical, electronic and procedural safeguards intended to protect the confidentiality and integrity of all non-public, personal information, including but not limited to social security numbers, driver's license numbers and other personally identifiable information.

### Internal Access to Information

Access to personal, non-public information is limited to those people who need the information to provide our customers with products or services. These people are expected to protect this information from inappropriate access, disclosure and modification.

### Consumer Reports

In some cases, we may obtain a consumer report in connection with an application for insurance. Depending on the type of policy, a consumer report may include information about you or your business, such as:

- character, general reputation, personal characteristics, mode of living;
- credit history, driving record (including records of any operators who will be insured under the policy); and/or
- an appraisal of your dwelling or place of business that may include photos and comments on its general condition.

### Access to Information

Upon written request, we will inform you if we have ordered an investigative consumer report. You have the right to make a written request within a reasonable period for information concerning the nature and scope of the report and to be interviewed as part of its preparation. You may obtain a copy of the report from the reporting agency and, under certain circumstances, you may be entitled to a copy at no cost.

You also may review certain information we have about you or your business in our files. To review information we maintain in our files about you or your business, please write to us, providing your complete name, address and policy number(s), and indicating specifically what you would like to see. If you request actual copies of your file, there may be a nominal charge.

We will tell you to whom we have disclosed the information within the two years prior to your request. If there is not a record indicating that the information was provided to another party, we will tell you to whom such information is normally disclosed.

Hanover00015

ZBY A617294 00 4109020



There is information that we cannot share with you.  This may include information collected in order to evaluate a claim under an insurance policy, when the possibility of a lawsuit exists.  It may also include medical information that we would have to forward to a licensed medical doctor of your choosing so that it may be properly explained.

### *Correction of Information*

If after reviewing your file you believe information is incorrect, please write to the consumer reporting agency or to us, whichever is applicable, explaining your position.  The information in question will be investigated.  If appropriate, corrections will be made to your file and the parties to whom the incorrect information was disclosed, if any, will be notified.  However, if the investigation substantiates the information in the file, you will be notified of the reasons why the file will not be changed.  If you are not satisfied with the evaluation, you have the right to place a statement in the file explaining why you believe the information is incorrect.  We also will send a copy of your statement to the parties, if any, to whom we previously disclosed the information and include it in any future disclosures.

### *Our Commitment to Privacy*

In the insurance and financial services business, lasting relationships are built upon mutual respect and trust. With that in mind, we will periodically review and revise our privacy policy and procedures to ensure that we remain compliant with all state and federal requirements.  If any provision of our privacy policy is found to be non-compliant, then that provision will be modified to reflect the appropriate state or federal requirement.  If any modifications are made, all remaining provisions of this privacy policy will remain in effect.  For more detailed information about our customer privacy policy (including any applicable state-specific policies) and our online privacy statement, visit our Web site, located at www.hanover.com.

### *Further Information*

If you have questions about our customer privacy policy (including any applicable state-specific policies) or our online privacy statement, or if you would like to request information we have on file, please write to us at our Privacy Office, N435, The Hanover Insurance Group, Inc., 440 Lincoln Street, Worcester, MA 01653. Please provide your complete name, address and policy number(s).  A copy of our Producer Compensation Disclosure is also available upon written request addressed to the attention of the Corporate Secretary, N435, The Hanover Insurance Group, 440 Lincoln Street, Worcester, MA 01653.

#### Producer Compensation Disclosure

Our products are sold through independent agents and brokers, often referred to as "Producers." We may pay Producers a fixed commission for placing and renewing business with our company.  We may also pay additional commission and other forms of compensation and incentives to Producers who place and maintain their business with us.   Details of our Producer compensation practices may be found at www.hanover.com.

This notice is being provided on behalf of the following Hanover Companies: The Hanover Insurance Group, Inc. - Allmerica Financial Alliance Insurance Company - Allmerica Financial Benefit Insurance Company  - Allmerica Plus Insurance Agency, Inc. -  Citizens Insurance Company of America - Citizens Insurance Company of Illinois - Citizens Insurance Company of the Midwest - Citizens Insurance Company of Ohio - Citizens Management, Inc. - AIX  Ins. Services of California, Inc.- Campania Insurance Agency Co. Inc.- Campmed Casualty & Indemnity Co. Inc. - Chaucer Syndicates Limited- Educators Insurance Agency, Inc.- Hanover Specialty Insurance Brokers, Inc. - The Hanover American Insurance Company - The Hanover Insurance Company - The Hanover New Jersey Insurance Company - The Hanover National Insurance Company - Hanover Lloyd's Insurance Company - Massachusetts Bay Insurance Company - Opus Investment Management, Inc. -  Professionals Direct Insurance Services, Inc. -Professional Underwriters Agency, Inc.- Verlan Fire Insurance Company - Nova Casualty Company - AIX Specialty Insurance Company.

Hanover00016

ZBY A617294 00 4109020

**THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF YOUR POLICY IN RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK INSURANCE ACT, AS AMENDED. THIS ENDORSEMENT DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THIS POLICY.**

Policy Number: ZBY A617294 00

### NOTICE - OFFER OF TERRORISM COVERAGE
### NOTICE - DISCLOSURE OF PREMIUM
### ACCEPTANCE OF COVERAGE

Coverage for "acts of terrorism," as defined in Section 102(1) of the Terrorism Risk Insurance Act ("Act") is included in your policy. You are hereby notified that under the Act, as amended in 2007, the definition of act of terrorism has changed. The term "act of terrorism" means any act that is certified by the Secretary of the Treasury—in concurrence with the Secretary of State, and the Attorney General of the United States—to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; and to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

## DISCLOSURE OF FEDERAL PARTICIPATION IN PAYMENT OF TERRORISM LOSSES

Under your coverage, any losses resulting from certified acts of terrorism may be partially reimbursed by the United States Government under a formula established by the Act, as amended. Your policy, however, may contain other exclusions which might affect your coverage, such as an exclusion for nuclear events. Under the formula, the United States Government generally reimburses 85% of covered terrorism losses exceeding the statutorily established deductible paid by the insurance company providing the coverage.

## DISCLOSURE OF $100 BILLION CAP

The Terrorism Risk Insurance Act, as amended, contains a $100 billion cap that limits U.S. Government reimbursement as well as insurers' liability for losses resulting from certified acts of terrorism when the amount of such losses exceeds $100 billion in any one calendar year. If the aggregate insured losses for all insurers exceed $100 billion, your coverage may be reduced.

Premium for terrorism, if any, is stated below :

DISCLOSURE OF PREMIUM
Total Terrorism Premium
    Fire Following Premium
    Other than Fire Following Premium



401-1127 (01/08)

Hanover00017

ZBV A617294 00 4109020

THIS NOTICE IS PROVIDED IN RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK INSURANCE ACT. THIS NOTICE DOES NOT GRANT COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF COVERAGE UNDER THE POLICY. IF THERE IS A CONFLICT BETWEEN THIS NOTICE AND THE POLICY, THE PROVISIONS OF THE POLICY SHALL APPLY.

# DISCLOSURE PURSUANT TO TERRORISM RISK INSURANCE ACT

**Schedule**

| Disclosure of Premium: | |
|---|---|
| Total Terrorism Premium | $ |
| Fire Following Premium | $ |
| Other than Fire Following Premium | $ |

**Disclosure of Terrorism Coverage Available**

You are hereby notified that under the Terrorism Risk Insurance Act, as amended, you have a right to purchase insurance coverage for losses resulting from "acts of terrorism" defined in Section 102(1) of the Act as follows:

Any act or acts that are certified by the Secretary of the Treasury, in consultation with the Secretary of Homeland Security and the Attorney General of the United States, to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; and to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States government by coercion.

The premium charged for this coverage is provided in the Schedule above and does not include any charges for the portion of loss that may be covered by the Federal Government as described below.

Your policy may contain other exclusions which could affect your coverage, such as an exclusion for Nuclear Events or Pollution. **Please read your policy carefully.**

**Note for Commercial Property or Commercial Inland Marine Policyholders in Standard Fire States:**

In your state, a terrorism exclusion makes an exception for (and therefore provides coverage for) fire losses resulting from an act of terrorism. If you reject the offer of terrorism coverage, therefore, that rejection does not apply to fire losses resulting from an act of terrorism. Coverage for such fire losses will be provided in your policy. The additional premium just for such fire coverage is shown in the Schedule above.

**Disclosure of Federal Participation in Payment of Terrorism Losses**

The United States government through the Department of the Treasury may pay a share of terrorism losses insured under the federal program under a formula set forth in the Act. Under this formula, the United States government generally reimburses the following percentage of covered terrorism loss which exceeds the statutorily established deductible paid by the insurance company providing the coverage: 85% through 2015; 84% beginning on January 1, 2016; 83% beginning on January 1, 2017; 82% beginning on January 1, 2018; 81% beginning on January 1, 2019; and 80% beginning on January 1, 2020.

Hanover00018

ZBY A617294 00 4109020

**Cap on Insurer Participation in Payment of Terrorism Losses**

The Act contains a $100 billion cap that limits the reimbursement by the United States government as well as insurers' liability for losses resulting from certified acts of terrorism. If the aggregate of insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Act, we will not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion. In such case, insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.


**Rejection of Terrorism Insurance Coverage**

☐   I decline to purchase terrorism coverage for certified acts of terrorism. I understand that I will have no coverage for losses resulting from certified acts of terrorism.


_____

Applicant/Policyholder Signature

_____

**Print Name**

_____

**Date**

**Citizens Insurance Company Of America**

**Insurance Company**

**ZBY A617294 00**

**Quote or Policy Number**

Hanover00019

ZBY A617294 00 4109020

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. Inspections And Surveys

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. Premiums

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. Transfer Of Your Rights And Duties Under This Policy

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

---

**IL 00 17 11 98**          Copyright, Insurance Services Office, Inc., 1998          **Page 1 of 1**   □

Hanover00020

ZBY A617294 00 4109020

IL 01 83 08 08

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# NEW YORK CHANGES – FRAUD

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART – FARM PROPERTY – OTHER FARM PROVISIONS FORM – ADDITIONAL
COVERAGES, CONDITIONS, DEFINITIONS
FARM COVERAGE PART – LIVESTOCK COVERAGE FORM
FARM COVERAGE PART – MOBILE AGRICULTURAL MACHINERY AND EQUIPMENT COVERAGE
FORM

The **CONCEALMENT, MISREPRESENTATION OR FRAUD** Condition is replaced by the following:

**FRAUD**

We do not provide coverage for any insured ("insured") who has made fraudulent statements or engaged in fraudulent conduct in connection with any loss ("loss") or damage for which coverage is sought under this policy.

However, with respect to insurance provided under the COMMERCIAL AUTOMOBILE COVERAGE PART, we will provide coverage to such "insured" for damages sustained by any person who has not made fraudulent statements or engaged in fraudulent conduct if such damages are otherwise covered under the policy.

© Insurance Services Office, Inc., 2008 ☐

Hanover00021

ZBY 1617294 00 4109020

IL 02 68 01 14

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NEW YORK CHANGES – CANCELLATION
# AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** Paragraphs **1.**, **2.**, **3.** and **5.** of the **Cancellation** Common Policy Condition are replaced by the following:

**1.** The first Named Insured shown in the Declarations may cancel this entire policy by mailing or delivering to us advance written notice of cancellation.

**2. Cancellation Of Policies In Effect**

**a. 60 Days Or Less**

We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

**(1)** 30 days before the effective date of cancellation if we cancel for any reason not included in Paragraph **A.2.b.** below.

**(2)** 15 days before the effective date of cancellation if we cancel for any of the reasons included in Paragraph **A.2.b.** below.

**b. For More Than 60 Days**

If this policy has been in effect for more than 60 days, or if this policy is a renewal or continuation of a policy we issued, we may cancel only for any of the reasons listed below, provided we mail the first Named Insured written notice at least 15 days before the effective date of cancellation:

**(1)** Nonpayment of premium, provided however, that a notice of cancellation on this ground shall inform the first Named Insured of the amount due;

**(2)** Conviction of a crime arising out of acts increasing the hazard insured against;

**(3)** Discovery of fraud or material misrepresentation in the obtaining of the policy or in the presentation of a claim;

**(4)** After issuance of the policy or after the last renewal date, discovery of an act or omission, or a violation of any policy condition, that substantially and materially increases the hazard insured against, and which occurred subsequent to inception of the current policy period;

**(5)** Material physical change in the property insured, occurring after issuance or last annual renewal anniversary date of the policy, which results in the property becoming uninsurable in accordance with our objective, uniformly applied underwriting standards in effect at the time the policy was issued or last renewed; or material change in the nature or extent of the risk, occurring after issuance or last annual renewal anniversary date of the policy, which causes the risk of loss to be substantially and materially increased beyond that contemplated at the time the policy was issued or last renewed;

**(6)** Required pursuant to a determination by the Superintendent that continuation of our present premium volume would jeopardize our solvency or be hazardous to the interest of our policyholders, our creditors or the public;

Hanover00022

ZBY 1617294 00 4109020

**(7)** A determination by the Superintendent that the continuation of the policy would violate, or would place us in violation of, any provision of the Insurance Code; or

**(8)** Where we have reason to believe, in good faith and with sufficient cause, that there is a probable risk of danger that the insured will destroy, or permit to be destroyed, the insured property for the purpose of collecting the insurance proceeds. If we cancel for this reason, you may make a written request to the Department of Financial Services, within 10 days of receipt of this notice, to review our cancellation decision. Also, we will simultaneously send a copy of this cancellation notice to the Department of Financial Services.

**3.** We will mail or deliver our notice, including the reason for cancellation, to the first Named Insured at the address shown in the policy and to the authorized agent or broker.

**5.** If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata.

However, when the premium is advanced under a premium finance agreement, the cancellation refund will be pro rata. Under such financed policies, we will be entitled to retain a minimum earned premium of 10% of the total policy premium or $60, whichever is greater. The cancellation will be effective even if we have not made or offered a refund.

**B.** The following is added to the **Cancellation** Common Policy Condition:

**7.** If one of the reasons for cancellation in Paragraph **A.2.b.** or **D.2.b.(2)** exists, we may cancel this entire policy, even if the reason for cancellation pertains only to a new coverage or endorsement initially effective subsequent to the original issuance of this policy.

**C.** The following conditions are added:

**1. Nonrenewal**

If we decide not to renew this policy we will send notice as provided in Paragraph **C.3.** below.

**2. Conditional Renewal**

If we conditionally renew this policy subject to:

**a.** A change of limits;

**b.** A change in type of coverage;

**c.** A reduction of coverage;

**d.** An increased deductible;

**e.** An addition of exclusion; or

**f.** Increased premiums in excess of 10%, exclusive of any premium increase due to and commensurate with insured value added or increased exposure units; or as a result of experience rating, loss rating, retrospective rating or audit;

we will send notice as provided in Paragraph **C.3.** below.

**3. Notices Of Nonrenewal And Conditional Renewal**

**a.** If we decide not to renew this policy or to conditionally renew this policy as provided in Paragraphs **C.1.** and **C.2.** above, we will mail or deliver written notice to the first Named Insured shown in the Declarations at least 60 but not more than 120 days before:

**(1)** The expiration date; or

**(2)** The anniversary date if this is a continuous policy.

**b.** Notice will be mailed or delivered to the first Named Insured at the address shown in the policy and to the authorized agent or broker. If notice is mailed, proof of mailing will be sufficient proof of notice.

**c.** Notice will include the specific reason(s) for nonrenewal or conditional renewal, including the amount of any premium increase for conditional renewal and description of any other changes.

**d.** If we violate any of the provisions of Paragraph **C.3.a., b.** or **c.** above by sending the first Named Insured an incomplete or late conditional renewal notice or a late nonrenewal notice:

**(1)** And if notice is provided prior to the expiration date of this policy, coverage will remain in effect at the same terms and conditions of this policy at the lower of the current rates or the prior period's rates until 60 days after such notice is mailed or delivered, unless the first Named Insured, during this 60-day period, has replaced the coverage or elects to cancel;

© Insurance Services Office, Inc., 2013

IL 02 68 01 14

Hanover00023

ZBY AG17294 00 4109020

**(2)** And if the notice is provided on or after the expiration date of this policy, coverage will remain in effect at the same terms and conditions of this policy for another policy period, at the lower of the current rates or the prior period's rates, unless the first Named Insured, during this additional policy period, has replaced the coverage or elects to cancel.

**e.** If you elect to renew on the basis of a late conditional renewal notice, the terms, conditions and rates set forth in such notice shall apply:

**(1)** Upon expiration of the 60-day period, unless Subparagraph **(2)** below applies; or

**(2)** Notwithstanding the provisions in Paragraphs **d.(1)** and **d.(2)**, as of the renewal date of the policy if the conditional renewal notice was sent at least 30 days prior to the expiration or anniversary date of the policy.

**f.** We will not send you notice of nonrenewal or conditional renewal if you, your authorized agent or broker or another insurer of yours mails or delivers notice that the policy has been replaced or is no longer desired.

**D.** The following provisions apply when the Commercial Property Coverage Part, the Farm Coverage Part or the Capital Assets Program (Output Policy) Coverage Part is made a part of this policy:

**1.** Items **D.2.** and **D.3.** apply if this policy meets the following conditions:

**a.** The policy is issued or issued for delivery in New York State covering property located in this state; and

**b.** The policy insures:

**(1)** For loss of or damage to structures, other than hotels or motels, used predominantly for residential purposes and consisting of no more than four dwelling units; or

**(2)** For loss of or damage to personal property other than farm personal property or business property; or

**(3)** Against damages arising from liability for loss of, damage to or injury to persons or property, except liability arising from business or farming; and

**c.** The portion of the annual premium attributable to the property and contingencies described in **1.b.** exceeds the portion applicable to other property and contingencies.

**2.** Paragraph **2.** of the **Cancellation** Common Policy Condition is replaced by the following:

**2. Procedure And Reasons For Cancellation**

**a.** We may cancel this entire policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

**(1)** 15 days before the effective date of cancellation if we cancel for nonpayment of premium, provided however, that a notice of cancellation on this ground shall inform the first Named Insured of the amount due; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**b.** But if this policy:

**(1)** Has been in effect for more than 60 days; or

**(2)** Is a renewal of a policy we issued;

we may cancel this policy only for one or more of the following reasons:

**(1)** Nonpayment of premium, provided however, that a notice of cancellation on this ground shall inform the first Named Insured of the amount due;

**(2)** Conviction of a crime arising out of acts increasing the risk of loss;

**(3)** Discovery of fraud or material misrepresentation in obtaining the policy or in making a claim;

**(4)** Discovery of willful or reckless acts or omissions increasing the risk of loss;

**(5)** Physical changes in the covered property that make that property uninsurable in accordance with our objective and uniformly applied underwriting standards in effect when we:

**(a)** Issued the policy; or

**(b)** Last voluntarily renewed the policy;

Hanover00024

ZBY 1617294 00 4109020

**(6)** The Superintendent of Financial Services' determination that continuing the policy would violate Chapter 28 of the Insurance Law; or

**(7)** Required pursuant to a determination by the Superintendent of Financial Services that the continuation of our present premium volume would be hazardous to the interests of our policyholders, our creditors or the public.

**3.** The following are added:

**a. Conditional Continuation**

Instead of cancelling this policy, we may continue it on the condition that:

**(1)** The policy limits be changed; or

**(2)** Any coverage not required by law be eliminated.

If this policy is conditionally continued, we will mail or deliver to the first Named Insured written notice at least 20 days before the effective date of the change or elimination. We will mail or deliver our notice to the first Named Insured's last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice. Delivery of the notice will be the same as mailing.

**b. Nonrenewal**

If, as allowed by the laws of New York State, we:

**(1)** Do not renew this policy; or

**(2)** Condition policy renewal upon:

**(a)** Change of limits; or

**(b)** Elimination of coverage;

we will mail or deliver written notice of nonrenewal or conditional renewal:

**(a)** At least 45 days; but

**(b)** Not more than 60 days;

before the expiration date of the policy. We will mail or deliver our notice to the first Named Insured's last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice. Delivery of the notice will be the same as mailing.

**E.** The following is added to the Farm Property – Other Farm Provisions Form – Additional Coverages, Conditions, Definitions, the Commercial Property Coverage Part and the Capital Assets Program (Output Policy) Coverage Part:

When the property is subject to the Anti-arson Application in accordance with New York Department of Financial Services' Insurance Regulation No. 96, the following provisions are added:

If you fail to return the completed, signed and affirmed anti-arson application to us:

**1.** Or our broker or agent within 45 days of the effective date of a new policy, we will cancel the entire policy by giving 20 days' written notice to you and to the mortgageholder shown in the Declarations.

**2.** Before the expiration date of any policy, we will cancel the policy by giving written notice to you and to the mortgageholder shown in the Declarations at least 15 days before the effective date of cancellation.

The cancellation provisions set forth in **E.1.** and **E.2.** above supersede any contrary provisions in this policy including this endorsement.

If the notice in **E.1.** or **E.2.** above is mailed, proof of mailing will be sufficient proof of notice. Delivery of the notice will be the same as mailing.

**F.** The following applies to the Commercial Property Coverage Part, the Farm Coverage Part and the Capital Assets Program (Output Policy) Coverage Part:

Paragraphs **f.** and **g.** of the **Mortgageholders** Condition are replaced by the following:

**f. Cancellation**

**(1)** If we cancel this policy, we will give written notice to the mortgageholder at least:

**(a)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

**(b)** 30 days before the effective date of cancellation if we cancel for any other reason.

---

© Insurance Services Office, Inc., 2013    **IL 02 68 01 14**

Hanover00025

ZBY A617294 00 4109020

**(2)** If you cancel this policy, we will give written notice to the mortgageholder. With respect to the mortgageholder's interest only, cancellation will become effective on the later of:

    **(a)** The effective date of cancellation of the insured's coverage; or

    **(b)** 10 days after we give notice to the mortgageholder.

**g. Nonrenewal**

    **(1)** If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

    **(2)** If you elect not to renew this policy, we will give written notice to the mortgageholder. With respect to the mortgageholder's interest only, nonrenewal will become effective on the later of:

        **(a)** The expiration date of the policy; or

        **(b)** 10 days after we give notice to the mortgageholder.

**G.** The following provisions apply when the following are made a part of this policy:

Commercial General Liability Coverage Part

Employment-Related Practices Liability Coverage Part

Farm Liability Coverage Form

Liquor Liability Coverage Part

Products/Completed Operations Liability Coverage Part

    **1.** The aggregate limits of this policy as shown in the Declarations will be increased in proportion to any policy extension provided in accordance with Paragraph **C.3.d.** above.

    **2.** The last sentence of Limits Of Insurance does not apply when the policy period is extended because we sent the first Named Insured an incomplete or late conditional renewal notice or a late nonrenewal notice.

Hanover00026

ZBY 1617294 00 4109020

IL 09 35 07 02

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTAIN COMPUTER-RELATED LOSSES

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** We will not pay for loss ("loss") or damage caused directly or indirectly by the following. Such loss ("loss") or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss ("loss") or damage.

  **1.** The failure, malfunction or inadequacy of:

   **a.** Any of the following, whether belonging to any insured or to others:

    **(1)** Computer hardware, including microprocessors;

    **(2)** Computer application software;

    **(3)** Computer operating systems and related software;

    **(4)** Computer networks;

    **(5)** Microprocessors (computer chips) not part of any computer system; or

    **(6)** Any other computerized or electronic equipment or components; or

   **b.** Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph **A.1.a.** of this endorsement;

   due to the inability to correctly recognize, process, distinguish, interpret or accept one or more dates or times. An example is the inability of computer software to recognize the year 2000.

  **2.** Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph **A.1.** of this endorsement.

**B.** If an excluded Cause of Loss as described in Paragraph **A.** of this endorsement results:

  **1.** In a Covered Cause of Loss under the Crime and Fidelity Coverage Part, the Commercial Inland Marine Coverage Part or the Standard Property Policy; or

  **2.** Under the Commercial Property Coverage Part:

   **a.** In a "Specified Cause of Loss", or in elevator collision resulting from mechanical breakdown, under the Causes of Loss – Special Form; or

   **b.** In a Covered Cause of Loss under the Causes Of Loss – Basic Form or the Causes Of Loss – Broad Form;

  we will pay only for the loss ("loss") or damage caused by such "Specified Cause of Loss", elevator collision, or Covered Cause of Loss.

**C.** We will not pay for repair, replacement or modification of any items in Paragraphs **A.1.a.** and **A.1.b.** of this endorsement to correct any deficiencies or change any features.

Hanover00027

ZBY-A617294 00 4109020

IL 09 52 03 08

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
STANDARD PROPERTY POLICY

**A. Cap On Certified Terrorism Losses**

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a Program Year (January 1 through December 31) and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**B. Application Of Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

 © Insurance Services Office, Inc., 2008

Hanover00028

ZBY A617294 00 4109020

THE ONLY SIGNATURES APPLICABLE TO THIS POLICY ARE THOSE REPRESENTING THE COMPANY NAMED ON THE FIRST PAGE OF THE DECLARATIONS.

**In Witness Whereof,** this company has caused this policy to be signed by its President and Secretary and countersigned on the declarations page, where required, by a duly authorized agent of the company.

Frederick H. Eppinger
President

Charles Frederick Cronin
Secretary

SIG-1100 08 14

**Page 1 of 1**

Hanover00029

ZBY 16117294 00 4109020

# BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM – ACTUAL LOSS SUSTAINED

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **E. – Definitions.**

## A. Coverage

### 1. Business Income

Business Income means the:

**a.** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred;

**b.** Continuing normal operating expenses incurred, including payroll; and

**c.** "Rental Value"

For manufacturing risks, Net Income includes the net sales value of production.

We will pay for the actual loss of Business Income you sustain due to the necessary "suspension" of your "operations" during the "period of restoration". The "suspension" must be caused by direct physical loss of or damage to property at premises which are described in the Declarations. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 100 feet of the site at which the described premises are located.

We will only pay for loss of Business Income that occurs within 12 consecutive months after the date of direct physical loss or damage.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of the site at which the described premises are located, your premises means:

**d.** The portion of the building which you rent, lease or occupy; and

**e.** The area within 100 feet of the building or within 100 feet of the premises described in the Declarations, whichever distance is greater (with respect to loss of or damage to personal property in the open or personal property in a vehicle); and

**f.** Any area within the building or at the described premises, if that area services, or is used to gain access to, the portion of the building you rent, lease or occupy.

### 2. Extra Expense

**a.** Extra Expense coverage is provided at the premises described in the Declarations only if the Declarations show that Business Income coverage applies at that premises.

**b.** Extra Expense means necessary expenses you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property caused by or resulting from a Covered Cause of Loss.

We will pay Extra Expense (other than the expense to repair or replace property) to:

**(1)** Avoid or minimize the "suspension" of business and to continue operations at the described premises or at replacement premises or temporary locations, including relocation expenses and costs to equip and operate the replacement location or temporary location.

**(2)** Minimize the "suspension" of business if you cannot continue "operations".

We will also pay Extra Expense to repair or replace property, but only to the extent it reduces the amount of loss that otherwise would have been payable under this Coverage Form.

We will only pay for Extra Expense that occurs within 12 consecutive months after the date of direct physical loss or damage.

### 3. Covered Causes Of Loss, Exclusions And Limitations

See applicable Causes of Loss Form as shown in the Declarations.

### 4. Additional Limitation – Interruption Of Computer Operations

**a.** Coverage for Business Income does not apply when a "suspension" of "operations" is caused by destruction or corruption of electronic data, or any loss or damage to

Hanover00030

ZBY 1617294 00 4109020

electronic data, except as provided under the Additional Coverage – Interruption Of Computer Operations.

**b.** Coverage for Extra Expense does not apply when action is taken to avoid or minimize a "suspension" of "operations" caused by destruction or corruption of electronic data, or any loss or damage to electronic data, except as provided under the Additional Coverage – Interruption Of Computer Operations.

**c.** Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data.

**d.** This Additional Limitation does not apply when loss or damage to electronic data involves only electronic data which is integrated and operates or controls a building's elevator, lightening, heating, ventilation, air conditioning or security system.

**5. Additional Coverages**

**a. Civil Authority**

We will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises due to direct physical loss of or damage to property, other than at the described premises, caused by or resulting from any Covered Cause of Loss.

The coverage for Business Income will begin 72 hours after the time of that action and will apply for a period of up to three consecutive weeks after coverage begins.

The coverage for Extra Expense will begin immediately after the time of that action and will end:

**(1)** 3 consecutive weeks after the time of that action; or

**(2)** When your Business Income coverage ends;

whichever is later.

**b. Alterations And New Buildings**

We will pay for the actual loss of Business Income you sustain and necessary Extra Expense you incur due to direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss to:

**(1)** New buildings or structures, whether complete or under construction;

**(2)** Alterations or additions to existing buildings or structures; and

**(3)** Machinery, equipment, supplies or building materials located on or within 100 feet of the described premises and:

　**(a)** Used in the construction, alterations or additions; or

　**(b)** Incidental to the occupancy of new buildings.

If such direct physical loss or damage delays the start of "operations", the "period of restoration" for Business Income Coverage will begin on the date "operations" would have begun if the direct physical loss or damage had not occurred.

**c. Extended Business Income**

**(1) Business Income Other Than "Rental Value"**

If the necessary "suspension" of your "operations" produces a Business Income loss payable under this policy, we will pay for the actual loss of Business Income you incur during the period that:

　**(a)** Begins on the date property (except "finished stock") is actually repaired, rebuilt or replaced and "operations" are resumed; and

　**(b)** Ends on the earlier of:

　　**(i)** The date you could restore your "operations", with reasonable speed, to the level which would generate the business income amount that would have existed if no direct physical loss or damage had occurred; or

　　**(ii)** 60 consecutive days after the date determined in **(1)(a)** above.

However, Extended Business Income

Hanover00031

ZBY A617294 00 4109020

does not apply to loss of Business Income incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of Business Income must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

**(2) "Rental Value"**

If the necessary "suspension" of your "operations" produces a "Rental Value" loss payable under this policy, we will pay for the actual loss of "Rental Value" you incur during the period that:

**(a)** Begins on the date property is actually repaired, rebuilt or replaced and tenantability is restored;and

**(b)** Ends on the earlier of:

**(i)** The date you could restore tenant occupancy, with reasonable speed, to the level which would generate the "Rental Value" that would have existed if no direct physical loss or damage had occurred; or

**(ii)** 60 consecutive days after the date determined in **(2)(a)** above.

However, Extended Business Income does not apply to loss of "Rental Value" incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of "Rental Value" must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

**d. Interruption Of Computer Operations**

**(1)** Under this Additional Coverage, electronic data has the meaning described under Additional Limitation – Interruption Of Computer Operations.

**(2)** Subject to all provisions of this Additional Coverage, you may extend the insurance that applies to Business Income and Extra Expense to apply to a "suspension" of "operations" caused by an interruption in computer operations due to destruction or corruption of electronic data due to a Covered Cause of Loss. However, we will not provide coverage under this Additional Coverage when the Additional Limitation – Interruption of Computer Operations does not apply based on Paragraph **A.4.d.** therein.

**(3)** With respect to the coverage provided under this Additional Coverage, the Covered Causes of Loss are subject to the following:

**(a)** If the Causes Of Loss – Special Form applies, coverage under this Additional Coverage – Interruption Of Computer Operations is limited to the "specified causes of loss" as defined in that form, and Collapse as set forth in that form.

**(b)** If the Causes Of Loss – Broad Form applies, coverage under this Additional Coverage – Interruption Of Computer Operations includes Collapse as set forth in that form.

**(c)** If the Causes Of Loss Form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage – Interruption Of Computer Operations.

**(d)** The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for an interruption related to manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, maintain, repair or replace that system.

**(4)** The most we will pay under this Additional Coverage – Interruption of Computer Operations is $2,500 (unless a higher limit is shown in the Declarations) for all loss sustained and

Hanover00032

ZBY 1617294 00 4109020

expense incurred in any one policy year, regardless of the number of interruptions or the number of premises, locations or computer systems involved. If loss payment relating to the first interruption does not exhaust this amount, then the balance is available for loss or expense sustained or incurred as a result of subsequent interruptions in that policy year. A balance remaining at the end of a policy year does not increase the amount of insurance in the next policy year. With respect to any interruption which begins in one policy year and continues or results in additional loss or expense in a subsequent policy year(s), all loss and expense is deemed to be sustained or incurred in the policy year in which the interruption began.

**(5)** This Additional Coverage – Interruption Of Computer Operations does not apply to loss sustained or expense incurred after the end of the "period of restoration", even if the amount of insurance stated in **(4)** above has not been exhausted.

**6.  Coverage Extension**

You may extend the insurance provided by this Coverage Part as follows:

**Newly Acquired Locations**

**a.** You may extend your Business Income and Extra Expense Coverages to apply to property at any location you acquire other than fairs or exhibitions.

**b.** The most we will pay under this Extension, for the sum of Business Income loss and Extra Expense incurred, is $100,000 at each location, unless a higher limit is shown in the Declarations.

**c.** Insurance under this Extension for each newly acquired location will end when any of the following first occurs:

**(1)** This policy expires;

**(2)** 30 days expire after you acquire or begin to construct the property; or

**(3)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property.

**B.  Limits Of Insurance**

The most we will pay for loss in any one occurrence is the actual loss of Business Income you sustain due to the necessary "suspension" of

your "operations" during the "period of restoration". We will only pay for loss that occurs within 12 consecutive months after the date of direct physical loss or damage.

**C.  Loss Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

**1.  Appraisal**

If we and you disagree on the amount of Net Income and operating expense or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser.

The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of Net Income and operating expense or amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**2.  Duties In The Event Of Loss**

**a.** You must see that the following are done in the event of loss:

**(1)** Notify the police if a law may have been broken.

**(2)** Give us prompt notice of the direct physical loss or damage. Include a description of the property involved.

**(3)** As soon as possible, give us a description of how, when, and where the direct physical loss or damage occurred.

**(4)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

**(5)** As often as may be reasonably

Hanover00033

ZBY 16 17294 00 4109020

required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**(6)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**(7)** Cooperate with us in the investigation or settlement of the claim.

**(8)** If you intend to continue your business, you must resume all or part of your "operations" as quickly as possible.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**3. Loss Determination**

**a.** The amount of Business Income loss will be determined based on:

**(1)** The Net Income of the business before the direct physical loss or damage occurred;

**(2)** The likely Net Income of the business if no physical loss or damage had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses;

**(3)** The operating expenses, including payroll expenses, necessary to resume "operations" with the same quality of service that existed just before the direct physical loss or damage; and

**(4)** Other relevant sources of information, including:

**(a)** Your financial records and accounting procedures;

**(b)** Bills, invoices and other vouchers; and

**(c)** Deeds, liens or contracts.

**b.** The amount of Extra Expense will be determined based on:

**(1)** All expenses that exceed the normal operating expenses that would have been incurred by "operations" during the "period of restoration" if no direct physical loss or damage had occurred. We will deduct from the total of such expenses:

**(a)** The salvage value that remains of any property bought for temporary use during the "period of restoration", once "operations" are resumed; and

**(b)** Any Extra Expense that is paid for by other insurance, except for insurance that is written subject to the same plan, terms, conditions and provisions as this insurance; and

**(2)** Necessary expenses that reduce the Business Income loss that otherwise would have been incurred.

**c. Resumption Of Operations**

We will reduce the amount of your:

**(1)** Business Income loss, other than Extra Expense, to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

**(2)** Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

**d.** If you do not resume "operations", or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

**4. Loss Payment**

We will pay for covered loss within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part and:

**a.** We have reached agreement with you on the amount of loss; or

**b.** An appraisal award has been made.

**D. Optional Coverage**

If shown as applicable in the Declarations, the

Hanover00034

ZBY1A617294 00 4109020

following Optional Coverage applies separately to each item:

1. **Extended Period Of Indemnity**

   Under Paragraph **A.5.c.**, Extended Business Income, the number "60" in Subparagraphs **(1)(b)** and **(2)(b)** is replaced by the number shown in the Declarations for this Optional Coverage.

E. **Definitions**

1. "Finished Stock" means stock you have manufactured.

   "Finished stock" also includes whiskey and alcoholic products being aged.

   "Finished stock" does not include stock you have manufactured that is held for sale on the premises of any retail outlet insured under this Coverage Part.

2. "Operations" means:

   a. Your business activities occurring at the described premises; and

   b. The tenantability of the described premises, if coverage for Business Income including "Rental Value" or "Rental Value" applies.

3. "Period of Restoration" means the period of time that:

   a. Begins:

      (1) 72 hours after the time of direct physical loss or damage for Business Income coverage; or

      (2) Immediately after the time of direct physical loss or damage for Extra Expense coverage;

      caused by or resulting from any Covered Cause of Loss at the described premises; and

   b. Ends on the earlier of:

      (1) The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

      (2) The date when business is resumed at a new permanent location.

   "Period of restoration" does not include any increased period required due to the enforcement of or in compliance with any ordinance or law that:

   c. Regulates the construction, use or repair, or requires the tearing down of any property; or

   d. Requires any insured or others to test for,

monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

   The expiration date of this policy will not cut short the "period of restoration".

4. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

5. "Rental Value" means Business Income that consists of:

   a. Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred as rental income from tenant occupancy of the premises described in the Declarations as furnished and equipped by you, including fair rental value of any portion of the described premises which is occupied by you; and

   b. Continuing normal operating expenses incurred in connection with that premises, including:

      (1) Payroll; and

      (2) The amount of charges which are the legal obligation of the tenant(s) but would otherwise be your obligations.

6. "Suspension" means:

   a. The slowdown or cessation of your business activities; or

   b. That a part or all of the described premises is rendered untenantable, if coverage for Business Income including "Rental Value" or "Rental Value" applies.

Hanover00035

ZBYA617294 00 4109020

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# NEW YORK EMERGENCY EVENT MANAGEMENT

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM
BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM – ACTUAL LOSS SUSTAINED
CAUSES OF LOSS – SPECIAL FORM

Other words and phrases that appear in quotation marks have special meaning. Refer to **H. Definitions**.

The Building And Personal Property Coverage Form, Business Income (and Extra Expense) Coverage Form, Business Income (and Extra Expense) Coverage Form – Actual Loss Sustained, and the Causes Of Loss – Special Form are amended by the addition of the Scheduled Coverages listed below. Unless otherwise noted, each Limit of Insurance shown in the Schedule is the most we will pay for the total applicable covered loss or damage resulting from a "covered emergency" regardless of the number of "covered locations" involved. The provisions of the Building and Personal Property Coverage Form, Business Income (and Extra Expense) Coverage Form, Business Income (and Extra Expense) Coverage Form Actual Loss Sustained, and the Causes of Loss – Special Form apply to the Scheduled Coverages unless specifically amended by this endorsement. If any loss or damage covered under this endorsement is also covered under any other provisions of this policy, or if more than one coverage under this endorsement applies to a specific type of loss or damage sustained, you may choose only one of the applicable coverages to apply to that loss. The most we will pay in such case is the Limit of Insurance applicable to the coverage you chose.

## Schedule of Coverages

| Coverage | Limit of Insurance |
|---|---|
| **A.**   Emergency Event Communication Expense | 50,000 |
| **B.**   Emergency Event Business Income and Extra Expense | 50,000 |
| **C.**   Post Emergency Event Expense **-** Per Person Limit | 50,000 |
|          - Aggregate Limit | 50,000 |

| Coverage | Waiting Period |
|---|---|
| Emergency Event Communication Expense | None |
| Emergency Event Business Income | Follows the waiting period in the **BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM or BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM – ACTUAL LOSS SUSTAINED** |
| Emergency Event Extra Expense | None |
| Post Emergency Event Expense | None |

**A.** **"Emergency Event Communication Expense"**

For the purpose of coverage under this endorsement only, the following is added to **A. Coverage,** Paragraph **4. Additional Coverages** of the Building and Personal Property Coverage Form CP 00 10:

**"Emergency Event Communication Expense"**

We will pay necessary "emergency event communication expense" incurred by you resulting from a "covered emergency" at a "covered

location" for the sixty (60) consecutive days after a "covered emergency".

This Additional Coverage does not apply to:

(1) Any costs related to communications, advice or strategy development, that address continuing publicity or image concerns for periods occurring beyond the sixty (60) consecutive day period after a "covered emergency", or

(2) Communication-related expense dealing with mitigating negative publicity or restoring your

Hanover00036

2BYA617294 00 4109020

enterprise's image at any location other than the "covered location" at which the "covered emergency" occurred.

## B. Emergency Event Business Income and Extra Expense – Optional Coverage

For the purpose of coverage under this endorsement only, when the Business Income (and Extra Expense) Coverage Form CP 00 30, or the Business Income (and Extra Expense) Coverage Form – Actual Loss Sustained 411-0581 is made a part of this policy, the following replaces all provisions of the Business Income (and Extra Expense) Coverage Form CP 00 30 or the Business Income (and Extra Expense) Coverage Form – Actual Loss Sustained 411-0581.

**1. "Emergency Event Business Income" and Extended "Emergency Event Business Income" Coverage**

**a. "Emergency Event Business Income"**

Subject to the Waiting Period shown in the Schedule of this endorsement, we will pay the actual loss of "emergency event business income" you sustain due to the necessary "suspension" of your "operations" during the "emergency event period of restoration". The "suspension" must be caused by or result from a "covered emergency" at your "covered location".

**b. Extended "Emergency Event Business Income"**

If the necessary "suspension" of your "operations" caused by or resulting from a "covered emergency" produces an "emergency event business income" loss payable under this endorsement, we will also pay the actual loss of "emergency event business income" you incur during the period that:

**(1)** Begins on the date "operations" are resumed, or the date the "covered location" can be re-occupied by a tenant; and

**(2)** Ends on the earlier of:

**(a)** The date you could reasonably restore your "operations" to a level which would generate the business income that would have existed had no "covered emergency" occurred; or

**(b)** The date you could reasonably have the "covered location" re-occupied by a tenant to a level that would generate the rental income which would have existed

if the "covered emergency" had not occurred; or

**(c)** Thirty (30) consecutive days after the date determined in **b. (1)** above.

**c. Additional Conditions and Limitations – "Emergency Event Business Income" and Extended "Emergency Event Business Income"**

**(1)** When alternative locations, whether or not owned by you, could have been used to mitigate any "Emergency Event Business Income" loss or Extended "Emergency Event Business Income" loss but were not, we will not pay more than what the calculable loss would have been had these other locations been used to mitigate the loss.

**(2)** In the event that your coverage for loss of "Emergency Event Business Income" ends because it extends beyond the sixty (60) consecutive days provided after the "covered emergency", your coverage for Extended "Emergency Event Business Income" loss will commence only when and if you actually resume "operations" (or tenancy is re-established). When "operations" do not resume upon expiration of the sixty (60) consecutive day period, an interruption in your coverage for Business Income will occur between:

**(a)** The end of your "Emergency Event Business Income" coverage; and

**(b)** The start of your Extended "Emergency Event Business Income" coverage.

**(3)** "Emergency Event Business Income" and Extended "Emergency Event Business Income" do not apply to loss of Business Income or loss of "Rental Value" incurred as a result of unfavorable business conditions caused by the impact of the "covered emergency" in the area where the "covered locations" are located.

**d. Loss Determination - Business Income and Extended Business Income**

The amount of "emergency event business income" loss will be determined based on:

Hanover00037

**(1)** The Net Income of the business at the "covered location" before the "covered emergency" occurred;

**(2)** The likely Net Income of the business at the "covered location" if no "covered emergency" occurred, but not including:

  **(a)** Net Income earned due to increased sales or similar activity at other "covered locations" caused by the disruption of "operations" at the "covered location" where the "covered emergency" occurred; or

  **(b)** Net Income that would have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the "covered emergency" on customers or other businesses; or

  **(c)** The operating expenses, including payroll expenses, necessary to resume "operations" with the same quality of service that existed just before the "covered emergency"; and

**(3)** Other relevant sources of information, including but not limited to:

  **(a)** Your financial records and account procedures;

  **(b)** Bills, invoices and other vouchers; and

  **(c)** Deeds, liens or contracts.

**2. "Emergency Event Extra Expense"**

For the purpose of coverage under this endorsement only, when the Business Income (and Extra Expense) Coverage Form CP 00 30 or the Business Income (and Extra Expense) Coverage Form – Actual Loss Sustained 411-0581 is a part of this policy, the following applies:

**a.** We will pay reasonable and necessary "emergency event extra expense" caused by or resulting from a "covered emergency" at the "covered location" during the "emergency event period of restoration" to:

  **(1)** Avoid or minimize the "suspension" of your business and to continue "operations" at the "covered location" or at temporary or replacement location(s). This includes but is not limited to temporary additional security, relocation expenses and

additional costs to equip and operate the temporary or replacement location; or

  **(2)** Minimize the "suspension" of business if you cannot continue your "operations".

**b.** This coverage ends the earlier of:

  **(1)** The date your "operations" are restored to a similar condition that would have existed had the "covered emergency" not occurred; or

  **(2)** Sixty (60) consecutive days after the "covered emergency" event occurs.

**c.** "Emergency Event Extra Expense" does not include:

  **(1)** ransom, extortion or other type of funds paid directly or indirectly to actual or alleged perpetrators causing, or threatening to cause, a "covered emergency"; or

  **(2)** any reward funds.

**3. Resumption of Operations** – We will reduce the amount of:

**a.** "Emergency event business income" to the extent you can resume your "operations", in whole or in part, at the affected "covered location" or elsewhere; and

**b.** "Emergency event extra expense" loss to the extent you can return "operations" to normal and discontinue such "emergency event extra expense".

If you do not resume "operations", or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

**C. "Post Emergency Event Expense"**

**1.** We will pay an "invitee's" "post emergency event expense" for sixty (60) consecutive days after the "covered emergency", subject to the Post Emergency Event – Per Person Limit of Insurance shown in the Schedule above.

**2.** Coverage is extended only to those "invitees" present at the affected "covered location" when the "covered emergency" occurred and whose treatment or expense arises directly from the trauma suffered from the "covered emergency".

**3.** The aggregate limit shown in the Schedule above is the most we will pay for the sum of all "post emergency event expense" in any policy period.

EBV A617294 00 4109020

**D. Exclusions**

1. **Deleted Exclusions - Emergency Event Management Coverage Endorsement**

    For the purpose of coverage under this endorsement only, the following exclusions under the Causes of Loss – Special Form CP 10 30 are deleted:

    a. **B.1.h. "Fungus", Wet Rot, Dry Rot and Bacteria;**

    b. **B.2.h. Dishonest or Criminal Acts;**

    c. **B.3.b. Acts or Decisions;** and

    d. **B.3.c. (1) – (4) Faulty, Inadequate or Defective actions, activities or materials.**

2. **Additional Exclusions - Emergency Event Management Coverage Endorsement**

    a. For the purpose of coverage under this endorsement only, the following exclusions are added to **B. Exclusions,** Paragraph **1.,** Causes of Loss – Special Form CP 10 30:

        We will not pay for loss or damage caused directly or indirectly by any of the following, regardless of any other cause or event that contributes concurrently or in any sequence to the loss:

        (1) Dishonest or criminal act by you, any of your partners, directors, officers or trustees whether:

            (a) Acting alone or in collusion with each other or with any other party; or

            (b) Whether or not occurring in the course and scope of employment, during the hours of employment or during your normal hours of operation.

    b. For the purpose of coverage under this endorsement only, the following exclusions are added to **B. Exclusions** of Causes of Loss – Special Form CP 10 30:

        We will not pay for:

        (1) Any legal fees or costs, including but not limited to defense costs related to a claim or suit by a third party for bodily injury or property damage;

        (2) The cost to decontaminate, clean, repair, remediate, maintain or replace Covered Property;

        (3) Costs or expenses incurred by any person(s) who directly or indirectly instigated, threatened, funded, perpetrated, participated, supported or

was otherwise involved in the activities leading to the "covered emergency"; or

(4) Any cost or expense reimbursable by a state or federal agency, or under workers compensation or similar laws.

**E.** For the purpose of coverage under this endorsement only, **D. Deductible**, of the Building and Personal Property Coverage Form CP 00 10 does not apply.

**F. Loss Conditions**

1. For the purpose of coverage under this endorsement only, **E. Loss Conditions,** Paragraph **3. Duties in The Event Of Loss Or Damage** of the Building and Personal Property Coverage Form CP 00 10 and **C. Loss Conditions,** Paragraph **2. Duties in The Event of Loss** of the Business Income (and Extra Expense) Coverage Form CP 00 30 or Business Income (and Extra Expense) – Actual Loss Sustained 411-0581 are replaced by the following:

    **Duties In The Event Of Loss**

    a. In the event of a "covered emergency" you must:

        (1) Notify law enforcement if a law may have been broken.

        (2) Give us notice of any "covered emergency" or event that is likely to lead to a "covered emergency" within forty-eight (48) hours of the time you, or any of your partners, directors, officers, trustees or employees with management or supervisory authority, first become aware of it.

            Such notice must include, but is not limited to:

            (a) Specifics as to when, where and how the "covered emergency" occurred or is occurring;

            (b) The name, address and any other pertinent information pertaining to any injured persons including the cause, nature, location and extent of their injuries;

            (c) The name, address and any other pertinent information pertaining to:

                (i) witnesses to the event, its origins or injuries to any person;

                (ii) emergency responders; and

                (iii) potential or known perpetrators;

Hanover00039

**(d)** Response activities undertaken by you or others to address the consequences of the "covered emergency"; and

**(e)** The nature and location of any physical damage to the "covered location" arising out of the "covered emergency" and the current repair status of such damage.

**(3)** Take all reasonable steps to protect your "invitees" and the Covered Property at the "covered location" from further injury or damage, and keep a record of your expenses necessary to do so for consideration in the settlement of the claim. These actions do not guarantee such expenses will be covered nor will they increase the Limit of Insurance. In addition, we will not pay for any subsequent injury, loss or damage resulting from other than a "covered emergency". Also, if feasible, preserve and set damaged property aside and in the best possible order for examination.

**(4)** As often as may be reasonably required, permit us to inspect the property proving the injury, loss or damage, and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**(5)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**(6)** Cooperate with us in the investigation or settlement of the claim.

**(7)** If you intend to continue your business, you must resume all or part of your "operations" as quickly as possible.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records.

In the event of an examination, an insured's answers must be signed.

**2.** For the purpose of coverage under this endorsement only, **E. Loss Conditions, Paragraph 4. Loss Payment,** of the Building and Personal Property Coverage Form CP 00 10 is replaced by the following:

**4. Loss Payment**

We will pay for covered loss within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this endorsement and:

**a.** We have reached agreement with you on the amount of loss; or

**b.** An appraisal award has been made.

**G. Additional Conditions**

For the purpose of coverage under this endorsement only:

**1. F. Additional Conditions,** Paragraph **1. Coinsurance** of the Building and Personal Property Coverage Form CP 00 10 does not apply.

**2. D. Additional Condition, COINSURANCE** of the Business Income (and Extra Expense) Coverage Form CP 00 30 does not apply.

**3.** The following Additional Condition is added:

**Other Insurance**

If there is other insurance covering the same loss, we will pay only the amount of the covered loss in excess of the amount due from the other insurance, whether collectible or not. If the other insurance covers the same loss but includes a deductible, we will pay the deductible. Other insurance includes but is not limited to the insurance coverage or non-insurance services provided by an employer's Employee Assistance Plan or similar mental health service. Regardless of other insurance, we will not pay more than the applicable Limit of Insurance shown in the Schedule of this endorsement.

**H. Definitions**

For the purpose of coverage under this endorsement only, the following Definitions are added.

**1.** "Contaminated" or "contamination" means unfit for use by the introduction of unwholesome or undesirable elements.

**2.** "Covered Emergency" means the following:

**a. Violent Acts**

**(1)** A violent act at your "covered location", committed with malicious intent by one or more individuals against a person(s) or entity(s), which results in physical injury or death to

Hanover00040

ZB VA617294 00 4109020

such targeted person(s) or bystanders.

This does not include violent acts committed by you, or any of your partners, directors, officers or trustees.

(2) An attempt or threat of a violent act to be committed at your "covered location", made with malicious intent by one or more individuals against a person(s) or entity(s), which is likely to result in physical injury or death to such targeted person(s) or bystander(s).

(a) This does not include an attempt or threat of a violent act made by you, or any of your partners, directors, officers or trustees.

(b) For coverage to apply, such attempts or threats must be credible, plausible and reported to law enforcement.

(3) A violent act at your "covered location", committed with malicious intent by one or more individuals against any person(s) or entity(s), which results in direct physical loss or damage to your premises or the property of others at the "covered location".

This does not include a violent act committed by you, or any of your partners, directors, officers or trustees.

(4) An attempt or threat of a violent act to be committed on your "covered location", made with malicious intent by one or more individuals against any person(s) or entity(s), which is likely to result in direct physical loss or damage to your premises or the property of others at the "covered location".

(a) This does not include an attempt or threat of a violent act made by you, or any of your partners, directors, officers or trustees.

(b) For coverage to apply, such attempts or threats must be credible, plausible and reported to law enforcement.

b. **Premises Contamination**

(1) Necessary closure of all or part of your "covered location" due to any sudden and accidental "contamination" or impairment of the "covered location" which results in clear, visible, identifiable, internal or external symptoms of bodily injury, illness, or death of any person(s).

(2) This includes a "covered location" "contaminated" by "covered illness", but does not include "contamination" of the "covered location", in whole or part, by other "pollutants", "fungi" or bacteria except as provided under "covered illness".

(3) Confirmation of both the existence of the "covered illness", and "covered location" that the "covered illness" has "contaminated" must be confirmed by a qualified expert or experts and reliable laboratory testing.

c. **Contaminated Food or Beverage**

(1) Necessary closure of all or part of your "covered location" by order of the governing Board of Health because of discovery or suspicion that "contaminated" food or beverage has been served to patrons at your "covered location"; or

(2) Necessary announcement by you or any governmental body warning the public of a health hazard at your "covered location" because "contaminated" food or beverage has been served to your patrons.

d. **Specified Felonies**

The following felonies, whether committed, attempted, or threatened on your "covered premises":

(1) **Child abduction or kidnapping.** The wrongful and illegal seizure of a child under age sixteen (16) at your "covered location" by someone other than the child's biological, adoptive or foster parents or guardians.

(2) Stalking and abduction of one or more of your employees or customers by other than a relative;

(3) Sexual assault; or

(4) Felonious use of a firearm, other weapon or device designed to cause significant harm or damage;

e. **Other Emergency Incidents**

Any one of the following events occurring at your "covered location" and not arising out of a "covered emergency":

(1) Explosion;

 Includes copyrighted material of Insurance Services Office, Inc. with its permission
Hanover00041

EBV A617294 00 4109020

(2) Fire;

(3) Construction accident;

(4) Equipment failure; or

(5) Workplace accident;

which results in injury or damage to person(s) or property, and adverse regional or national news media coverage of your business or "operations".

3. "Covered Location" means:

a. That part of a premises you occupy which is listed as a covered location on the Declarations, including the area within 1,000 feet of that premises.

b. If you have more than one "covered location" under section a), the term "covered location" means only the location at which the "covered emergency" occurred.

c. If you occupy only part of the site at a "covered location", this phrase is further defined as:

(1) The portion of the building which you rent, lease or occupy; and

(2) Any area within the building or on the site at which the described premises are located, if that area services, or is used to gain access to, the described premises.

4. "Covered Illness" means only the following:

a. bacterial microorganisms transmitted through human contact with food;

b. hepatitis virus;

c. legionnaire's disease; and

d. noroviruses;

as defined by the United States Center for Disease Control.

"Covered Illness" does not include any other type of illness, bacteria, virus or disease.

5. "Emergency event business income" means:

a. Net income (net profit or loss before income taxes) – including "rental value" - that would have been earned or incurred before the "covered emergency" at the "covered location"; and

b. Continuing normal operating expenses incurred, including payroll, at the "covered location".

6. "Emergency event communication expense" means:

a. Reasonable extra expense you incur, within the sixty (60) consecutive day period after the "covered emergency", due

to the use of your staff for necessary communication to your employees, shareholders, customers, government authorities, news media and other members of the public, when such expense is directly related to the "covered emergency"; and

b. Reasonable fees and costs you incur, within the sixty (60) consecutive day period after the "covered emergency", due to the use of professional crisis management organizations necessary to assist or advise you on communications strategies to:

(1) Mitigate negative publicity; or

(2) Restore the image of your enterprise to pre-event levels following a "covered emergency".

7. "Emergency Event Extra Expense" means:

a. All necessary expenses related to the "covered emergency" that exceed the normal operating expenses that would have been incurred by "operations" during the "emergency event period of restoration" if no "covered emergency" had occurred. We will deduct from the total of such expenses:

(1) The salvage value of any property bought for temporary use during the "emergency event period of restoration", once "operations" are resumed; and

(2) Any Extra Expense that is paid for by other insurance, except for insurance that is written, subject to the same plan, terms, conditions and provisions as this insurance;

b. Necessary expenses that reduce the "emergency event business income" loss that otherwise would have not been incurred.

8. "Emergency event period of restoration" means the period of time that:

a. Begins:

(1) For **Business Income** - After the Waiting Period shown in the schedule of this endorsement following the date of the "covered emergency"; and

(2) For **Extra Expense** – On the date of the "covered emergency"; and

b. Ends:

**Business Income and Extra Expense –**

On the shorter of:

Hanover00042

ZB VA617294 00 4109020

(1) The date when, using reasonable speed, the "operations" at your "covered location" should be resumed or the "covered location" can be re-occupied by a tenant; or

(2) Sixty (60) consecutive days after the "covered emergency" occurred.

9. "Fungi" means any type or form of fungus, including but not limited to fungus, mildew, mold or resulting spores and byproducts, including mycotoxins, or allergens. However, "fungi" does not include "fungi" on food for human consumption.

10. "Invitee" means your employees, customers and others with legitimate business on your Covered Property.

11. "Operations" means:

a. Your business activities occurring at the "covered location"; and

b. Rental of your "covered location" for "rental value".

12. "Post emergency event expenses" means any of the following reasonable and necessary expenses incurred by an "invitee" at the affected "covered location" when the "covered emergency" occurred:

a. Medical treatment expenses;

b. Psychological counseling or other mental health treatment expenses;

c. Travel costs to and from a local provider of such medical or mental health treatment services; or

d. Funeral and burial expenses for those on site "invitees" who died as a result of the "covered emergency".

13. "Rental value" means Business Income that consists of:

a. Net income (Net Profit or Loss before income taxes) that would have been earned or incurred as rental income from tenant occupancy of the "covered location" as furnished and equipped by you, including fair rental value of any portion of the scheduled premises which is occupied by you; and

b. Continuing normal operating expenses incurred in connection with that scheduled location, including:

(1) Payroll; and

(2) The amount of charges which are legal obligation of the tenant(s) but would otherwise by your obligations.

14. "Suspension" means

a. The slowdown or cessation of your business activities; or

b. The part or all of the "covered location" that is rendered un-rentable due to the "covered emergency".

ALL OTHER TERMS, CONDITIONS, AND EXCLUSIONS REMAIN UNCHANGED.

Hanover00043

ZBV A617294 00 4109020

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# DATA BREACH COVERAGE FORM

Various provisions in this Coverage Form restrict coverage. Read the entire Coverage Form carefully to determine rights, duties and what is and is not covered.

Throughout this coverage form the words  "we", "us" and "our" refer to the Company providing this insurance.  Other words and phrases that appear in quotation marks have special meaning. Refer to **Section F – Definitions.**

The terms and conditions of the Cancellation Clause of the Common Policy Conditions IL 00 17 are hereby incorporated herein and shall apply to coverage as is afforded by this Data Breach Coverage Form, unless specifically stated otherwise in an endorsement(s) attached hereto.

## SCHEDULE

| | |
|---|---|
| **Data Breach Coverage Annual Aggregate Limit of Insurance** | **$10,000** |
| **Additional Expense Coverages Annual Aggregate Limit of Insurance** | **$10,000** |
| **Data Breach Coverage Deductible** | **$1000** |
| **Premium** | ▆ |

## SECTION A - COVERAGES

We will provide Data Breach Services, Data Breach Expense Coverages and Additional Expense Coverages as described below if you have a "data breach" that:

**a.**  Is discovered during the coverage period of this Data Breach Coverage Form; and

**b.**  Is reported to us within 30 days of your discovery of the "data breach".

**1. Data Breach Covered Services and Covered Expenses**

**a.  Data Breach Services**

**(1) Consulting Services**

Consulting Services to assist you regarding:

**(a)** Notification requirements pursuant to state and federal laws and regulations;

**(b)** Drafting your notification letters; and

**(c)** Media interface and press release drafting.

**(2) Help Line**

A toll-free telephone line for "potentially-identified persons" with questions about the "data breach".

**(3) Fraud Alert**

A "potentially-identified person" who contacts our Designated Service Provider can place a Fraud Alert on his or her credit file(s) with the main credit bureaus warning potential credit grantors to check with the "potentially-identified person" before extending credit in his or her name or on his or her behalf.

**(4) Identity Restoration Case Management**

An "identified person" who contacts our Designated Service Provider can have the services of an identity restoration professional who will assist that "identified person" to correct his or her credit and other records and, within the constraints of what is possible and reasonable, to restore control over his or her personal identity.

These Data Breach Services will be provided by our Designated Service Provider as described in **Section E.2. Additional Conditions** for a period of 12 consecutive months from the inception of the Data Breach Services. These Data Breach Services are only available within the Coverage Territory

Hanover00044

ZB 7 A617294 00 4109020

and will only be provided for data records created and housed in the United States with data on "potentially-identified persons" with a valid social security number.

**b.** **Data Breach Expense Coverages**

We will pay your reasonable and necessary expenses incurred for the following Covered Expenses up to the limits of insurance described in **Section C – Limits of Insurance**:

**(1)** **Notification to Potentially-Identified Persons** – expenses to provide notification of the "data breach" to "potentially-identified persons":

**(a)** As required by a federal or state statute, regulation or directive or

**(b)** As reasonably necessary to your business.

Covered expenses include but are not limited to the printing, postage and handling of notification letters to "potentially-identified persons".

**(2)** **Forensic Analysis** – expenses to assess:

**(a)** The severity of the "data breach";

**(b)** The nature and extent of the "data breach";

Forensic Analysis expenses do not include the cost of restoration.

**(3)** **Proactive Monitoring Services Expense Coverage** – Expenses for "proactive monitoring services" provided to "potentially-identified persons" through our Designated Service Provider.

**(4)** Services provided for Covered Expenses provided in **b.(1)**, **b.(2)** and **b.(3)** above must be approved by us as described in **Section E.2. Additional Conditions,** Paragraph **d., Service Providers.**

Under **b.(3) Proactive Monitoring Services Expense Coverage,** we will only pay for expenses that you

incur through our Designated Service Provider.

**c.** **Additional Expense Coverage**

We will pay your reasonable and necessary expenses incurred for the following Additional Expense Coverages. These expenses are subject to the limits of insurance described in **Section C – Limits of Insurance.**

**(1)** **Legal Services** – Expenses incurred within the first six months following the discovery of a "data breach" for outside professional legal counsel review of the "data breach" and recommendations as to how you should best respond to it including final legal review of the proposed breach notification letter(s). However, we will not pay for expenses for legal counsel to review any third party liability litigation or notification of potential litigation.

**(2)** **Public Relations** – expenses incurred within the first six months following the discovery of a "data breach" for an outside public relations firm or a crisis management firm for restoring the confidence of your customers and investors in the security of your company and its systems.

**(3)** **Third Party "Data Breach"** – expenses for notification to "potentially-identified persons" with whom you have a direct relationship for a "data breach" when the "data breach" occurs at a third party where you have sent "private personal data" to be under that third party's care, custody and control. This includes a "data breach" that occurs while transmitting or transporting the data to that third party. Covered expenses for this Additional Covered Expense are limited to the printing, postage and handling of notification letters to "potentially-identified persons".

Service providers for Additional Expense Coverage provided in paragraphs **c.(1)**, **c.(2)** and **c.(3)**

Hanover00045

must be approved by us as described in **Section E.2. Additional Conditions**, Paragraph **d.**, **Service Providers.**

**(4) Data Breach Ransom Coverage –** monies extorted from and paid by you because or a threat or connected series of threats to commit an intentional attack on your computer systems that if so committed, would result in a "data breach". This Data Breach Ransom Coverage is subject to the following conditions:

**(a)** you must receive approval from us prior to the payment of any monies;

**(b)** any monies paid must only be to terminate or end the threat;

**(c)** the threat must be one which, if carried out, would have led to a "data breach" that would have been covered under this Coverage Form had the monies not been paid;

**(d)** the threat must have been made during the coverage period of this Data Breach Coverage Form;

**(e)** the applicable Federal, state and/or local law enforcement authority was notified of the threat prior to any payment you make for which you are seeking reimbursement under this Additional Expense Coverage;

**(f)** the threat must not have been committed by any of your employees or former employees, vendors or independent contractors hired by you;

**(g)** you must make every reasonable effort not to divulge the existence of this Data Breach Ransom Coverage; and

**(h)** you agree to keep confidential any amounts paid under this Data Breach Ransom Coverage except for any disclosure we

approve in advance of that disclosure.

**(5) Data Breach Reward Coverage –** monies you pay for information leading to the arrest and conviction of any individual(s) who committed an illegal act(s) related to a "data breach" covered under this Coverage Form. Under this Data Breach Reward Coverage, we will not pay for information that was provide.d by you, your internal or external auditors, any vendor or independent contractor hired by you, any individual or firm hired by you to investigate the illegal act described above or information from any individual(s) with supervisory or management responsibility of any of the individual(s) described above.

**2. Coverage Extension**

The following Coverage Extension applies to Data Breach Services, Data Breach Expense Coverages and Additional Expense Coverages as provided in Paragraphs **1.a.** through **1.c.** above:

**a. Portable Electronic Devices Out of the Coverage Territory**

The coverages applying under Data Breach Services, Data Breach Expense Coverages and Additional Expense Coverages are extended to apply to a "data breach" from a portable electronic device, such as a laptop or personal digital assistant (PDA), while taken out of the Coverage Territory on a temporary basis. This Coverage Extension is limited to "private personal data" that is within your care, custody or control within the Coverage Territory but temporarily stored on that portable electronic device.

The portable electronic device must be owned or leased by you or your employees.

This Coverage Extension is subject to Exclusions, Limits and Insurance and Conditions that apply to Data Breach Services, Data Breach Expense Coverages and Additional Expense Coverages.

**SECTION B – EXCLUSIONS**

Hanover00046

1. We will not cover the following regardless of cause:

   a. **Costs to Research or Correct Deficiencies**

      Any costs to research any deficiency, except as specifically provided under the Data Breach Expense Coverage **1.b.(2) Forensic Analysis**, or any costs to correct any deficiency.

      This includes, but is not limited to, any deficiency in your systems, procedures or physical security that may have contributed to a "data breach".

   b. **Criminal Investigation or Proceedings**

      Any costs arising out of criminal investigations or proceedings.

   c. **Fines, Penalties or Assessments**

      Any "fines, penalties, fees or assessments". This includes but is not limited to fees or surcharges from financial institutions.

   d. **Defense or Legal Liability**

      Any fees, costs, settlements, judgments, or liability of any kind arising in the course of, or as a result of a claim for damages, lawsuit, administrative proceedings, or governmental investigation against or involving you.

   e. **Other Economic Costs**

      Any other costs or expenses not expressly provided for under Data Breach Services, Data Breach Expense Coverages and Additional Expense Coverages provided in Paragraphs **1.a.** through **1.c.** Costs or expenses that we do not cover include but are not limited to expense to reissue credit or debit cards.

   f. **Consequential Loss**

      Any costs, or any other loss, caused by or resulting from delay, loss of use, loss of existing or prospective markets or any other consequential loss.

   g. **Contractually Assumed Liability**

      Legal obligations arising by reason of assumption of liability in a contract or agreement.

   h. **Victim Expenses or Losses**

      Costs or losses incurred by a victim of "data breach" or fraud activity except as provided for under Data Breach Services, Data Breach Expense Coverages and Additional Expenses Coverages provided in Paragraphs **1.a.** through **1.c.**

   i. **Alternative Travel Arrangements or Fees**

      Payment of alternative travel arrangements or additional fees.

   j. **Psychological Counseling**

      Psychological counseling for victims of a "data breach" or fraud activity.

   k. **Legal Advice or Services**

      Legal advice or other legal services, except as provided by the Legal Services Additional Expense Coverage, Paragraph **1.c.(1).**

   l. **Information Recapture**

      Any costs or losses for the recapture of lost, stolen or destroyed information.

2. We will not cover Data Breach Services, Data Breach Expense Coverages or Additional Expense Coverages as provided in Paragraphs **1.a.** through **1.c.** arising out of, caused by, or resulting from, or in consequence of the following:

   a. **Harmful Code**

      Any loss of data that results from "harmful code".

   b. **Dishonesty**

      Any criminal, fraudulent or dishonest act, error or omission, or any intentional or knowing violation of law by you, any of your partners, directors or trustees:

      **(1)** Acting alone or in collusion with others; or

      **(2)** Whether or not occurring during the hours of employment.

   c. **Governmental Action**

      Seizure or destruction of property by order of governmental authority. Such loss or damage is excluded regardless of any other cause or event that

Hanover00047

contributes concurrently or in any sequence to the loss. This exclusion applies whether or not the loss event results in widespread damage or affects a substantial area.

**d. Intentional or Reckless Disregard**

Your intentional or reckless disregard for the security of "private personal data" in your care, custody or control.

**e. Intentional or Willful Complicity**

Your intentional or willful complicity in a "data breach".

**f. Prior Discovery**

Any "data breach" discovered prior to the inception of this Data Breach Coverage Form.

**g. Threats, Extortion or Blackmail**

Any threat, extortion or blackmail including but not limited to, ransom payments and private security assistance except as provided in the Data Breach Ransom Coverage Additional Expense Coverage under Paragraph **1.(c)(4)**.

**h. Indirectly Obtained Data**

Any "data breach" of "private personal data" for which you do not have a direct relationship with the "potentially-identified person", such as records that you aggregate, sell, store, process, transmit or transport for another entity.

**i. Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

**j. War and Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by

**d. Intentional or Reckless Disregard**

governmental authority in hindering or defending against any of these.

## SECTION C – LIMITS OF INSURANCE

1. The most we will pay for the total of all Data Breach Expense Coverages and Additional Expense Coverages combined is the Data Breach Coverage Limit of Insurance shown in the Schedule. The Data Breach Coverage Limit of Insurance is an annual aggregate limit and is the most we will pay for the total of such covered expenses arising out of all "data breach" events discovered by you during the current annual policy period regardless of the number of "data breach" events.

2. The most we will pay for each of the Additional Expense Coverages is the sublimit shown in the Schedule. This sublimit is part of, and not in addition to, the Data Breach Coverage Limit of Insurance. The Additional Expense Coverages sublimit is an annual aggregate limit and is the most we will pay for the total of such covered expenses arising out of all "data breach" events by you during the current annual policy period regardless of the number of "data breach" events.

3. Regardless of the number of years this Data Breach Coverage Form remains in force or the number of premiums paid, no limits of insurance cumulate from policy period to policy period.

4. **Discovery Policy Period Limits Apply**

A "data breach" may be first discovered by you in one policy period but cause covered expenses in one or more subsequent policy periods. If so, all covered expenses arising from such "data breach" will be subject to the Data Breach Coverage Limit of Insurance and the Additional Expense Coverage sublimits described respectively in Paragraphs **1.** and **2.** above that are applicable to the policy period when the "data breach" was first discovered by you.

5. **Time Limits**

**a.** You must report a "data breach" to us on or within 30 days of your discovery of the "data breach".

**b.** You have up to one year from the date of reporting a "data breach" to initiate the services provided to you.

Hanover00048

ZB7 A617294 00 4109020

**c.** A "potentially-identified person" has up to one year from the date he or she receives notification of a "data breach" to initiate the services provided to him or her.

**d.** Once initiated the "potentially-identified person" services will continue to be provided to that person for one year.

**e.** Data Breach Services under **Section A – Coverages,** Paragraph **1.a.** will be provided by our Designated Service Provider for a period of 12 consecutive months from the inception of the Data Breach Services.

## SECTION D – DEDUCTIBLE

The Data Breach Expense Coverages and Additional Expense Coverages provided under this Coverage Form are subject to the Data Breach Coverage Deductible indicated in the Schedule applying to this coverage form.

## SECTION E – CONDITIONS

This Coverage Form is subject to the Common Policy Conditions of the Building and Personal Property Coverage Form CP 00 10, Commercial Property Conditions CP 00 90, and the following Amended Conditions and Additional Conditions:

**1. Amended Conditions**

**a. Loss Condition 3. Duties in the Event of Loss Or Damage** under **Section E. Loss Conditions** of the Building and Personal Property Coverage Form CP 00 10 is replaced by the following:

**4.** Duties in the Event of a Data Breach

You must see that the following are done in the event of a "data breach":

**1.** Notify the police if a law may have been broken.

**2.** Give us prompt notice of the "data breach". As stated in **Section A – Coverages,** paragraph **b.,** you must report the "data breach" to us within 30 days of the date you first discover it.

**3.** As soon as possible, give us, and/or our Designated Service Provider, a description of how, when and where the "data breach" occurred, including all

of the following information as it becomes known to you:

**(a)** The method of "data breach";

**(b)** the approximate data and time of the "data breach";

**(c)** The approximate number of "potentially-identified persons" compromised as a result of the "data breach";

**(d)** A detailed description of the type and nature of the information that was compromised;

**(e)** Whether or not the information was encrypted, and, if so, the level of encryption;

**(f)** Whether or not law enforcement has been notified;

**(g)** If available, the states in which the "potentially-identified persons" are domiciled;

**(h)** If available, who received the "private personal data" as a result of the "data breach"; and

**(i)** Any other access, information or documentation we reasonably require to investigate or adjust your claim.

**4.** Take all reasonable steps to protect "private personal data" remaining in your care, custody or control.

**5.** Preserve all evidence of the "data breach".

**6.** Permit us to inspect the property and records proving the "data breach".

**7.** If requested, permit us to question you under oath at such times as may be reasonably required about any matter relating to this insurance or your

Hanover00049

ZB VA617294 00 4109020

claim, including your books and records. In such event, your answers must be signed.

8. Send us a signed, sworn statement containing the information we request to investigate the claim. You must do this within 30 days after our request. We will supply you with the necessary forms.

9. Cooperate with us in the investigation or settlement of the claim.

b. Property Loss Condition **D. Legal Action Against Us** of the Commercial Property Conditions CP 00 90 Form is replaced by the following:

**D. Legal Action Against Us**

No one may bring a legal action against us under this insurance unless:

1. There has been full compliance with all of the terms of this insurance; and

2. The action is brought within two years after the date of the "data breach" is first discovered by you.

c. Property General Condition **H. Policy Period, Coverage Territory** under Commercial Property Conditions CP 00 90 is replaced by the following:

**H. Policy Period, Coverage Territory**

1. **Policy Period**

This policy applies only to "data breaches" that are first discovered by you during the policy period shown in the Declarations.

2. **Coverage Territory**

The "data breach" must involve "private personal data" that was within your care, custody or control within the United States of America or Puerto Rico.

2. **Additional Conditions**

The following conditions are added:

a. **Due Diligence**

You agree to use due diligence to prevent and mitigate loss covered under this Coverage Form. This includes, but is not limited to, complying with reasonable and industry-accepted protocols for providing and maintaining the following:

1. Physical security for your premises, computer systems and hard copy files;

2. Computer and Internet security;

3. Periodic backups of computer data;

4. Protection, including but not limited to, encryption of data, for transactions such as processing credit card, debit card and check payments; and

5. Disposal of files containing "personal private data", including but not limited to shredding hard copy files and destroying physical media used to store "electronic data".

b. **No Legal Advice Provided**

We are not your legal advisor and do not provide legal counsel to you. None of the services we provide under this Data Breach Coverage Form constitute legal advice to you by us. Our determination of what is or is not covered under this Data Breach Coverage Form does not represent legal advice or counsel from us about what you should or should not do.

c. **Pre-Notification Consultation**

You agree to consult with us prior to the issuance of notification to "potentially-identified persons". We assume no responsibility under this Data Breach Coverage Form for any services promised to "potentially-identified persons" without our prior agreement. You must provide the following at our pre-notification consultation with you:

1. The exact list of "potentially-identified persons" to be notified, including contact information.

2. Information about the "data breach" that may appropriately be communicated with "potentially-identified persons".

Hanover00050

**d. Service Providers**

1. We will only provide Data Breach Services through our Designated Service Provider(s). Any such services that are provided by any other individual or entity will not be covered by this Coverage Form.

2. We will only pay Data Breach Expense Coverages and Additional Expense Coverages (except for Data Breach Ransom Coverage and Data Breach Reward Coverage) that are provided by service providers approved by us prior to the start of any of these services. If we suggest a service provider(s) but you prefer to use an alternative service provider(s), our coverage is subject to the following limitations:

    **(a)** Such alternate service provider(s) must be approved by us; and

    **(b)** Our payment for services provided by any alternative service provider(s) will not exceed the amount that we would have paid using the service provider we had suggested.

3. You will have a direct relationship with any service provider, including our Designated Service Provider, paid for in whole or in part under this Coverage Form. All service providers work for you.

**e. Services**

The following conditions apply as respects any services provided to you or to any "potentially-identified person" or "identified person" by our designees or any service firm paid for under this Data Breach Coverage Form:

1. The effectiveness of such services depends on your cooperation and assistance.

2. All services may not be available or applicable to all "potentially identified persons" or "identified persons". For example, "potentially identified persons" who are minors or foreign nationals may not have credit records that can be provided or monitored.

3. We do not warrant or guarantee that the services paid for in whole or in part by this Coverage Form will end or eliminate all problems associated with a covered "data breach".

**f. Cooperation**

You agree to cooperate with and provide full disclosure of the circumstances surrounding a "data breach" to applicable federal or state regulators, law enforcement personnel, to us, and to our Designated Service Provider(s).

If you fail to cooperate, we will not be obliged under this contract for any services and expenses that cannot be provided due to your failure to cooperate.

**g.** We are not liable for any act or omission by any Designated Service Provider who is not our employee nor the employee of a third party provider of the Data Breach Services described in this Data Breach Coverage Form. We cannot be held responsible for failure to provide, or for the delay in providing, services when such failure of delay is caused by conditions beyond our control.

**h. Other Insurance**

If there is other insurance covering the same "data breach" we will pay only for the amount for Data Breach Services, Data Breach Expense Coverages, and Additional Expense Coverages in excess of the amount due from that other insurance. But we will not pay more than the applicable Limit of Insurance shown in the Schedule.

**SECTION F – DEFINITIONS**

With respect to this Data Breach Coverage Form only, the following definitions are added:

1. **Account Takeover**

    "Account takeover" means the takeover by a third party of one or more existing deposit accounts, credit card accounts, debit card accounts, ATM cards, or lines of credit in the name of an "identified person".

Hanover00051

**2. Data Breach**

"Data breach" means the loss, theft, accidental release or accidental publication of "private personal data" entrusted to you as respects one or more "potentially-identified persons" if such loss, theft, accidental release or accidental publication has or could reasonably result in the fraudulent use of such information.

This definition of "data breach" is subject to the following provisions:

**a.** "Data breach" includes disposal or abandonment of "private personal data" without appropriate safeguards such as shredding or destruction, subject to the following provisions:

   **(1)** Your failure to use appropriate safeguards must be accidental and not intentional, reckless or deliberate and not in violation of your Due Diligence obligations under Paragraph **2. Additional Conditions**, Paragraph **a.**; and

   **(2)** Such disposal or abandonment must take place during the time period for which this Data Breach Coverage Form is effective.

**b.** "Data breach" includes situations where there is a reasonable cause to suspect that such "private personal data" has been lost, stolen, accidentally released or accidentally published, even if there is no firm proof.

**c.** All incidents of "data breach" that are discovered at the same time or arise from the same cause or from a series of similar causes would be considered one "data breach". All theft of "private personal data" caused by any person or in which that person is involved, whether the result of a single act or series of related acts, is considered a single incident of "data breach".

**3. Electronic Data**

"Electronic data" means information, facts or computer programs stored as or on, created or used on, or transmitted to or from software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data.

**4. Fines, Penalties or Assessments**

"Fines, penalties or assessments" means any fines, assessments, surcharges, attorneys' fees, court costs or other penalties which you shall be required to pay as a result of a "data breach" or pursuant to any contract, law, regulation or order.

**5. Harmful Code**

"Harmful code" means any computer virus, program, routine, sub-routine, Trojan horse, worm, script or other code string that is or becomes named by any recognized anti-virus software program which destroys, alters or corrupts data or causes a "data breach", regardless of how the "harmful code" was introduced or enacted on the computer system (including "electronic data") or a network to which it is connected.

**6. Identified Person**

"Identified person" means a "potentially-identified person" who is or appears to be a victim of"identity theft" or "account takeover" that may reasonably have arisen from a covered "data breach".

**7. Identity Theft**

"Identity theft" means the fraudulent use of "private personal data". This includes the fraudulent use of such information to establish credit accounts, secure loans, enter into contracts or commit crimes.

"Identity theft" does not include the fraudulent use of a business name, d/b/a or any other method of identifying a business activity.

"Identity theft" does not include the use of a valid credit card, credit account or bank account. However, "identity theft" does include the fraudulent alteration of account profile information, such as the address to which statements are sent.

**8. Potentially-Identified Person**

Includes copyrighted material of Insurance Services Office, Inc.
With its permission

Hanover00052

ZBV A617294 00 4109020

"Potentially-identified person" means any person who is your current, former or prospective customer, employee, client, member, or patient and whose "private personal data" is lost, stolen, accidentally released or accidentally published by a "data breach" covered under this Coverage Form. This definition is subject to the following provisions:

**a.** "Potentially-identified person" does not include any business or organization. Only an individual person may be a "potentially-identified person".

**b.** A "potentially-identified person" must have a direct relationship with you. The following are examples of individuals who do not meet this requirement:

**(1)** If you aggregate or sell information about individuals as part of your business, "potentially-identified persons" do not include the individuals about whom you keep such information.

**(2)** If you store, process, transmit or transport records, "potentially-identified persons" do not include the individuals whose "private personal data" you are storing, processing, transmitting or transporting for another entity.

The above examples are not meant to be all inclusive but are provided as a way to identify those not meeting the requirements of this definition.

**c.** A "potentially-identified person" may reside anywhere in the world. However, the coverage and services provided under this Coverage Form are only applicable and available within the Coverage Territory as defined in **SECTION E-CONDITIONS**, Paragraph **2. Amended Conditions,** Paragraph **c.**

**9.  Private Personal Data**

"Private personal data" means private identifying information that could be used to commit fraud or other illegal activity involving the credit or identity of a "potentially-identified person". This includes, but is not limited to Social Security numbers, driver's license numbers and account numbers correlated with names and addresses.

"Private personal data" does not mean or include information that is otherwise available to the public, such as names and addresses with no correlated Social Security numbers or account numbers.

**10.  Proactive Monitoring Services**

"Proactive monitoring services" means the following services if you offer to provide them to "potentially-identified persons" who contact our Designated Service Provider:

**a.** A credit report;

**b.** credit monitoring; and or

**c.** fraud/public records monitoring service or services.

Hanover00053

ZBY 1617294 00 4109020

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# ASSOCIATES AND FAMILY MEMBERS ADDITIONAL COVERAGE ENDORSEMENT

This endorsement modifies insurance provided under the following:

DATA BREACH COVERAGE FORM

The following Additional Coverage is added to **SECTION A – COVERAGES** of the Data Breach Coverage Form:

**A. ASSOCIATES AND FAMILY MEMBERS ADDITIONAL COVERAGE**

As described in Paragraphs **1.** and **2.** below, we will extend certain **Data Breach Covered Services** to your "associates" and to their "family members" following loss of their "private personal data" under the circumstances described below.  This Additional Coverage does not apply to a "data breach" involving information owned or controlled by you.

**1.** An "associate" or "family member" whose "private personal data" is lost or stolen by circumstances such as the loss of a credit card, debit card, ATM card, checkbook, driver's license, or passport; or the loss of a wallet, purse, or briefcase containing any of the foregoing, may contact our Designated Service Provider for the Fraud Alert service described in **Section A – Coverages,** paragraph **1.a.(3)** of the Data Breach Coverage Form.

**2.** An "associate" or "family member" who, as a result of loss or theft of "private personal data" described in Paragraph **1.** above, becomes a victim of "identity theft" or "account takeover", may contact our Designated Service Provider for the Identity Restoration Case Management services described in **Section A – Coverages**, paragraph **1.a.(4)** of the Data Breach Coverage Form.

We will provide these services for a period of one year following the date we are notified of the initial loss of "private personal data".

**B. DEFINITIONS**

Under **Section F – Definitions**, Paragraph

.

**1. Account Takeover** is replaced with the following:

**1. Account Takeover**

"Account takeover", as respects "associates" or "family members", means the takeover by a third party of one or more existing deposit accounts, credit card accounts, debit card accounts, ATM cards, or lines of credit in the name of an "associate" or "family member".

"Account takeover", as respects "associates" or "family members", includes the unauthorized takeover of one or more of the "associate's" existing deposit accounts, credit card accounts, debit card accounts, ATM cards, or lines of credit by a "family member".

Under **Section F – Definitions**, the following Definitions are added:

**1.** "Associate" means an employee of the business insured under this policy.

**2.** "Family Member" means:

**a.** an "associate's" spouse, or Registered Domestic Partner, or the legal equivalent thereof; or

**b.** a relative under 23 years of age who is a dependent of the "associate.

Hanover00054

ZBY A617294 00 4109020

## IDENTITY THEFT RESOLUTION SERVICES
### (POWERED BY IDENTITY THEFT 911)

Are you or your resident family members at risk for identity theft?  Do you need expert assistance with an identity-related concern?  IDENTITY THEFT RESOLUTION SERVICES from Identity Theft 911 give you one-on-one assistance in the following situations:

**Access Phone Number: 800-628-0250**

If you or a resident family member suffer the loss or theft of private personal data, contact Identity Theft 911 for proactive guidance that can include Fraud Alert service.  If you wish, a fraud specialist can assist and place a free fraud alert on your credit file to reduce the risk of fraudulent accounts opened in your name.   This service also includes additional preventative measures and one-on-one assistance, depending on the risk.

If you or a resident family member suffer the loss or theft of private passenger data, contact Identity Theft 911 for Identity Restoration Case Management services.  A fraud specialist will guide you through the process of restoring your identity and handle all of the work, including completed documentation and notification assistance.   Victims also receive one year of credit monitoring, as well as free fraud monitoring of over 1,000 public databases.

**Learn How to Protect Your Identity**

We recommend that you regularly visit The Hanover Insurance Group and Identity Theft 911 comprehensive resource and knowledge library –     www.hanover-identitytheft911.com    – for the latest media alerts, identity theft tips, in-depth newsletters and much more.

Keep this access information handy in case you ever need help with an identity-related problem.

**Access Phone Number: 800-628-0250**

The Hanover Insurance Group makes no guarantee of results and assumes no liability in connection with either the information or assistance provided by Identity Theft 911.  Any and all external Websites or sources referred to herein are for informational purposes only.

Hanover00055

ZBY A617294 00 4109020

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EARTH MOVEMENT ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
BUSINESS INCOME COVERAGE FORM (AND EXTRA EXPENSE)
BUSINESS INCOME COVERAGE FORM (WITHOUT EXTRA EXPENSE)
BUSINESS INCOME AND EXTRA EXPENSE COVERAGE FORM ACTUAL LOSS SUSTAINED
CAUSES OF LOSS – BASIC FORM
CAUSES OF LOSS – BROAD FORM
CAUSES OF LOSS – SPECIAL FORM
EXTRA EXPENSE COVERAGE FORM

**A. Additional Covered Causes of Loss**

Earth Movement is added as a Covered Cause of Loss for locations described in the Earth Movement Declarations.

Earth Movement means:

1. Earthquake, including any earth sinking, rising or shifting related to such event;

2. Landslide, including earth sinking, rising or shifting related to such event;

3. Volcanic eruption, meaning the eruption, explosion or effusion of a volcano; or

4. Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased.

All Earthquake shocks or Volcanic Eruption events that occur within any 168-hour period will constitute a single Earthquake or Volcanic Eruption "Occurrence". The expiration of this policy will not reduce the 168 hour period.

**B. Exclusions**

In addition to the exclusions found in the Exclusions and Limitation(s) section of the Causes of Loss forms, the following will also apply:

1. The exclusion of collapse in the Causes of Loss – Special Form does not apply to collapse caused by Earthquake or Volcanic Eruption.

2. The Additional Coverage – Collapse, in the Causes of Loss - Broad Form and Causes of Loss – Special Form does not apply to the coverage provided under this endorsement. This endorsement includes coverage for collapse caused by Earthquake or Volcanic Eruption.

For the purpose of this Endorsement, Collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.

Collapse does not apply to:

a. A building or any part of a building that is in danger of falling down or caving in;

b. A part of a building that is standing, even if it has separated from another part of the building; or

c. A building that is standing or any part of a building that is standing, even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

3. We will not pay for loss or damage to land, nor the cost to remediate or restore land. Costs for excavations, grading, backfilling or filling land due to collapse or sinking which results from Earth Movement is not covered under this endorsement.

4. We will not pay for loss or damage caused directly or indirectly by:

a. Tidal wave or tsunami; or

b. The release of water impounded by a dam, levee, dike or flood control device;

that ensues from an Earth Movement "occurrence".

5. The Ordinance or Law exclusion in the Causes of Loss Coverage Form will continue to apply with respect to any loss under the Building and Personal Property Coverage Form, including any loss under this endorsement, unless Ordinance or Law coverage is added by endorsement.

6. We will not pay for loss or damage caused by or resulting from Earth Movement that begins before the inception of this endorsement.

**C. Coinsurance**

The Coinsurance Condition in this policy, if any, does not apply to the coverage provided under this endorsement.

Hanover00056

ZBY A617294 00 4109020

**D.  Additional Coverages and Coverage Extensions**

1.  With respect to Earth Movement coverage, the Newly Acquired or Constructed Property Coverage Extension (and any additional limit for Newly Acquired or Constructed Property under a Limit Of Insurance clause or an endorsement) is amended by adding the following:

    a.  With respect to Earth Movement Coverage, this Coverage Extension does not apply to any building or structure that is not fully enclosed by walls and roof.

    b.  With respect to a building or structure covered under this Coverage Extension, the amounts of coverage stated in the coverage extension do not apply to Earth Movement Coverage. Instead, the most we will pay for loss or damage due to Earth Movement on Newly Acquired or Constructed Property is $100,000 in any one "occurrence" and in any one policy year. This limit is a part of and does not increase the applicable Limit Of Insurance for Earth Movement.

2.  With respect to any applicable Additional Coverages and Coverage Extension in the Coverage Form to which this endorsement is attached, other than those addressed in Paragraph **D.1.** above, amounts payable under such other provisions, as set forth therein, do not increase the Limit Of Insurance for Earth Movement.

**E.  Limits of Insurance**

1.  **Per "Occurrence" Limit Of Insurance**

    The most we will pay for loss or damage caused by Earth Movement in any one "occurrence" is the applicable per "occurrence" Limit Of Insurance shown in the Earth Movement Declarations regardless of the number of locations involved.

2.  **Annual Aggregate Limit Of Insurance**

    The Annual Aggregate Limit Of Insurance in the Earth Movement Declarations is the most we will pay for the total of all loss or damage that is caused by Earth Movement even if there is more than one Earth Movement loss in a 12 month policy period (starting at the beginning of the present annual policy period). If the first Earth Movement event does not exhaust the Limit Of Insurance, then the balance of that Limit is available for a subsequent Earth Movement event, otherwise covered under this Endorsement.

    If a single "occurrence" of Earth Movement begins during one annual policy period and

ends during the following annual policy period, any Limit Of Insurance or Annual Aggregate applicable to that following annual policy period will not apply to that Earth Movement event.

3.  **Maximum Per "Occurrence" Limit Of Insurance**

    Regardless of the number of per "occurrence" Limits shown in the Earth Movement Declarations, the Maximum per "Occurrence" Limit Of Insurance shown in the Earth Movement Declarations is the Most we will pay in any one "Occurrence".

4.  **Maximum Annual Aggregate Limit Of Insurance**

    Regardless of the number of Annual Aggregate Limits show in the Earth Movement Declarations, the most we will pay in any 12 month policy period is the Maximum Annual Aggregate Limit Of Insurance.

5.  **Ensuing Loss**

    In the event of covered ensuing loss (such as fire) results from the Earth Movement, the most we will pay for the total of all loss or damage caused by Earth Movement and other Covered Cause of Loss is the Limit Of Insurance applicable to such other Covered Cause of Loss. We will not pay the sum of the Fire and Earth Movement Limits of Insurance.

    **EXAMPLES – ENSUING LOSS**

    Two examples follow, using these facts: The Commercial Property Coverage Part, in these examples, includes the Causes of Loss – Basic Form (which covers fire) and this Earth Movement Coverage Endorsement. A building is damaged by Earth Movement and by Fire which is caused by the Earth Movement. The value of the damaged building is $1,000,000. The Limit Of Insurance applicable to the building, for the Basic Causes of Loss, is $800,000. The Limit Of Insurance for Earth Movement is $400,000. The Earth Movement Deductible amount is $5,000.

    **EXAMPLE #1**

    The damage due to Earth Movement is $500,000. The damage due to Fire is $500,000.

    Payment for Earth Movement damage is $400,000 ($500,000 damage minus $5,000 Earth Movement deductible = $495,000; Limit is $400,000). Payment for Fire damage is $400,000 ($500,000 damage capped at the difference between the Basic Limit and the Earth Movement Limit).

    Total Loss Payment is $800,000.

Hanover00057

ZBY1A617294 00 4109020

**EXAMPLE #2**

The damage due to Earth Movement is $800,000. The damage due to Fire is $100,000.

Payment for Earth Movement damage is $400,000 ($800,000 damage minus $5,000 Earth Movement deductible = $795,000; Limit is $400,000).

Payment for Fire damage is $100,000 (amount of damage).

Total Loss Payment is $500,000.

**Note:** These Examples are given only to illustrate the situation of Earth Movement and ensuing loss. Therefore, the loss payment stated for Earth Movement damage does not address the situation where another policy also covers the Earth Movement damage.

**F.  Deductible**

1.  The Provisions of Paragraph **F.2.** of this endorsement are applicable to all Coverage Forms except:

    a.  Business Income (And Extra Expense) Coverage Form;

    b.  Business Income (Without Extra Expense) Coverage Form;

    c.  Business Income And Extra Expense – Actual Loss Sustained;

    d.  Extra Expense Coverage Form

2.  The Deductible for coverage provided under this endorsement is the Deductible applicable to Earth Movement as shown in the Earth Movement Declarations.

    a.  **Dollar Deductible**

       Where a Dollar Deductible is shown in the Declarations, we will not pay for loss or damage in any one "occurrence" until the total amount of loss or damage exceed the Dollar deductible shown in the Earth Movement Declarations. We will then pay the amount of loss or damage in excess of the Deductible up to the Earth Movement Limit Of Insurance shown in the Earth Movement Declarations. If only Building or Personal Property suffer loss or damage, the applicable Building or Personal Property deductible will apply. If both Building and Personal Property suffer loss or damage, only the higher deductible will apply.

    b.  **Percentage Deductible**

       Where a Percentage Deductible is shown in the Declarations, the Deductible is calculated separately to each building, personal property and personal property in the open. In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to the percentage (as shown in the Earth Movement Declarations) of the Limits of Insurance applicable to the property that has sustained loss or damage. Percentage Deductibles are separately calculated and applied even if:

       **(1)** Two or more buildings sustain loss or damage;

       **(2)** Personal property at two or more buildings sustains loss or damage; or

       **(3)** A building and the personal property in that building sustains loss or damage.

       We will then pay the amount of loss or damage in excess of the Deductible up to the "occurrence" Limit Of Insurance as shown in the Earth Movement Declarations.

3.  If Earth Movement results in another Covered Cause of Loss and if both Covered Causes of Loss cause loss or damage, then only the higher deductible applies.

**G.  Example – Application of Percentage Deductible – For Specific or Blanket Insurance**

The values, as shown in the most recent statement of Values on file with us are:

Building #1 $500,000

Building #2 $500,000

Business Personal Property at Building #1 $250,000

Business Personal Property at Building #2 $250,000

For this example, assume that the amounts of loss do not exceed the applicable Limits of Insurance (for specific insurance). Also assume that the total amount of loss does not exceed the applicable blanket Limit Of Insurance (for blanket insurance).

Building #1 and Business Personal Property at Building #1 have sustained damage; the amounts of loss are $95,000 (Building) and $5,000 (Business Personal Property).

The Deductible is 10%.

Building:

Step (1): $500,000 x 10% = $50,000

Step (2): $95,000 - $50,000 = $45,000

Business Personal Property:

Step (1): $250,000 x 10% = $25,000.

The loss, $5000, does not exceed the deductible.

Hanover00058

ZBY A617294 00 4109020

The most we will pay is $45,000. The remainder of the building loss, $50,000 is not covered due to application of the Deductible. There is no loss payment for business personal property.

**H. Business Income and Extra Expense Period of Restoration**

This Paragraph **H.,** is applicable only to the following coverage forms:

1. Business Income (And Extra Expense);

2. Business Income (Without Extra Expense);

3. Business Income And Extra Expense – Actual Loss Sustained;

4. Extra Expense Coverage Form.

The "period of restoration" definition stated in the Coverage Form, or in any endorsement amending the beginning of the "period of restoration", applies to each Earth Movement event. A single Earth Movement is defined in Paragraph **A.** of this endorsement.

**I. Definitions**

"Occurrence" means all loss or damage that is attributable to:

a. An act, event, cause or series of similar, related acts, events or causes involving one or more persons; or

b. An act, event, cause or series of similar, related acts, events or causes not involving any person.

Hanover00059

ZBY A617294 00 4109020

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# FLOOD ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
BUSINESS INCOME COVERAGE FORM (AND EXTRA EXPENSE)
BUSINESS INCOME COVERAGE FORM (WITHOUT EXTRA EXPENSE)
BUSINESS INCOME AND EXTRA EXPENSE COVERAGE FORM ACTUAL LOSS SUSTAINED
CAUSES OF LOSS – BASIC FORM
CAUSES OF LOSS – BROAD FORM
CAUSES OF LOSS – SPECIAL FORM
EXTRA EXPENSE COVERAGE FORM

**A. Additional Covered Causes of Loss**

Flood is added as a Covered Cause of Loss only for locations described in the Flood Declarations:

1. Flood means a general and temporary condition of partial or complete inundation of normally dry land areas due to:

   a. Surface water or waves, tides, tidal waves, tsunami, overflow of any body of water or their spray, all whether driven by wind or not;

   b. The unusual or rapid accumulation of runoff of surface waters from any source;

   c. Mudslides or mudflows which are caused by flooding defined in Paragraph **A.1.b.** above. For purpose of this Covered Cause of Loss, a mudslide or mudflow involves a river of liquid and flowing mud on the surface of normally dry land areas as when earth is carried by a current of water and deposited along the path of the current;

   d. Water or waterborne material which backs up through or overflows from a sewer, drain or sump; For the purpose of this endorsement, the term drain includes a roof drain and related fixtures.

   e. Water or waterborne material which overflows or is otherwise discharged from a sump, sump pump or related equipment which is designed to remove subsurface water which is drained from the foundation area;

   f. Water under the ground surface pressing on, or flowing or seeping through:

      (1) Foundations, walls, floor or paved surfaces;

      (2) Basements whether paved or not; or

      (3) Doors, windows or other openings in any building or other structure; or

   g. The release of water impounded by a dam, levee, dike or flood control device.

   All flooding in a continuous or protracted event will constitute a single flood occurrence.

**B. Exclusions, Limitations and Related Provisions**

1. The Exclusions and Limitations(s) section of the Causes of Loss Form apply to coverage provided under this endorsement except as provided in Paragraphs **B. 3.** and **B.4.** below.

2. Coverage described in Paragraphs **A.1.d.** and **A.1.e.** does not apply to loss or damage resulting from an insured's failure to:

   a. Keep a sump pump or its related equipment in proper working condition; or

   b. Perform routine maintenance or repair necessary to keep a sewer or drain free from obstruction.

3. To the extent that a part of the Water Exclusion might conflict with coverage provided under this endorsement, that part of the Water Exclusion does not apply.

4. To the extent that tsunami causes the overflow of tidal waters, the exclusion of earthquake in the Earth Movement exclusion, will not apply to coverage provided under this endorsement.

5. The Ordinance or Law exclusion in the Causes of Loss Coverage Form will continue to apply with respect to any loss under the Building and Personal Property Coverage Form, including any loss under this endorsement, unless Ordinance or Law Coverage is added by endorsement.

6. We do not cover loss or damage by Flood to personal property in the open except to the extent that such coverage, if any is specified in the Flood Declarations.

7. **Property Not Covered**, in the Coverage Form to which this endorsement is attached, is

Hanover00060

ZBY A617294 00 4109020

amended and supplemented as follows with respect to Flood Coverage:

**a.** Property Not Covered Includes boat houses and open structures, and any property in or on the foregoing, if the structure is located on or over a body of water.

**b.** If bulkheads, pilings, piers, wharves, docks, or retaining walls that are not part of a building, have been removed from Property Not Covered and added as Covered Property by separate endorsement, this Flood Coverage Endorsement does not apply to such property.

**c.** The following are removed from Property Not Covered and are therefore Covered Property:

**(1)** Foundations below the lowest basement floor or below the surface of the ground if there is no basement;

**(2)** Underground Pipes, flues and drains; and

**(3)** Retaining walls whether or not part of a building.

**C. Additional Coverages and Coverage Extensions**

**1.** With respect to Flood Coverage, the Debris Removal Coverage (and any additional limit for Debris Removal under a Limit Of Insurance clause or an endorsement) is not applicable and is replaced by the following:

**DEBRIS REMOVAL**

**a.** We will pay your expense to remove debris of Covered Property and other debris that is on described premises, when such debris is caused by or results from Flood. However, we will not pay to remove deposits of mud or earth from the grounds of the described premises.

**b.** We will pay your expense to remove debris of Covered Property that has floated or been hurled off the described premises by Flood.

**c.** This coverage for Debris Removal, as set forth in Paragraphs **C.1.a.** and **C.1.b.** above, does not increase the applicable Limit Of Insurance for Flood. Therefore, the most we will pay for the total of debris removal and loss or damage to Covered Property is the Limit Of Insurance for Flood that applied to the Covered Property at the affected described premises covered under this endorsement.

**2.** With respect to Flood Coverage, the Newly Acquired or Constructed Property Coverage Extension (and any additional limit for Newly Acquired or Constructed Property under a Limit Of Insurance clause or an endorsement) is amended by adding the following:

**a.** With respect to Flood Coverage, this Coverage Extension does not apply to any building or structure that is not fully enclosed by walls and roof.

**b.** With respect to a building or structure covered under this Coverage Extension, the amounts of coverage stated in the coverage extension do not apply to Flood Coverage. Instead, the most we will pay for loss or damage due to Flood on Newly Acquired or Constructed Property is $100,000 in any one "occurrence" and in any one policy year. This limit is a part of and does not increase the applicable Limit Of Insurance for Flood.

**3.** With respect to any applicable Additional Coverages and Coverage Extension in the Coverage Form to which this endorsement is attached, other than those addressed in Paragraphs **C.1 and C.2.** above, amounts payable under such other provisions, as set forth therein, do not increase the Limit Of Insurance for Flood.

**D. Coinsurance**

The Coinsurance Condition in this policy, if any, does not apply to the coverage provided under this endorsement.

**E. Limits of Insurance**

**1. Per "Occurrence" Limit Of Insurance**

The most we will pay for loss or damage caused by Flood in any one "occurrence" is the applicable per "occurrence" Limit Of Insurance shown in the Flood Declarations regardless of the number of locations involved.

**2. Annual Aggregate Limit Of Insurance**

The Annual Aggregate Limit Of Insurance for Flood shown in the Flood Declarations is the most we will pay for the total of all loss or damage that is caused by Flood even if there is more than one Flood event in a 12 month policy period (starting with the beginning of the present annual policy period). If the first Flood does not exhaust the Limit Of Insurance, then the balance of that Limit is available for a subsequent Flood event otherwise covered under this endorsement.

If a single "occurrence" of Flood begins during one annual policy period and ends during the following annual policy period, any Limit Of

Hanover00061

ZBY A617294 00 4109020

Insurance or Annual Aggregate applicable to that following annual policy period will not apply to that Flood event.

**3. Maximum Per "Occurrence" Limit Of Insurance**

Regardless of the number of per "occurrence" Limits shown in the Flood Declarations, the Maximum per "Occurrence" Limit Of Insurance shown in the Flood Declarations is the Most we will pay in any one "Occurrence".

**4. Maximum Annual Aggregate Limit Of Insurance**

Regardless of the number of Annual Aggregate Limits show in the Flood Declarations, the most we will pay in any 12 month policy period is the Maximum Annual Aggregate Limit Of Insurance.

**5. Ensuing Loss**

In the event of covered ensuing loss for example, loss caused by Fire, Explosion or Sprinkler Leakage which results from the Flood, the most we will pay, for the total of all loss or damage caused by Flood, Fire, Explosion, and Sprinkler Leakage is the Limit Of Insurance applicable to Fire. We will not pay the sum of the Fire and Flood Limits of Insurance.

**EXAMPLES – ENSUING LOSS**

Two examples follow, using these facts: The Commercial Property Coverage Part, in these examples, includes the Causes of Loss – Basic Form (which covers fire) and this Flood Coverage Endorsement. A building is damaged by Flood and Fire which is caused by the Flood. The value of the damaged building is $1,000,000. The Limit Of Insurance applicable to the building, for the Basic Causes of Loss, is $800,000. The Limit Of Insurance for Flood is $400,000. The Flood Deductible amount is $5,000.

**EXAMPLE #1**

The damage due to Flood is $500,000. The damage due to Fire is $500,000.

Payment for Flood damage is $400,000 ($500,000 damage minus $5,000 Flood deductible = $495,000; Limit is $400,000).

Payment for Fire damage is $400,000 ($500,000 damage capped at the difference between the Basic Limit and the Flood Limit).

Total Loss Payment is $800,000.

**EXAMPLE #2**

The damage due to Flood is $800,000. The damage due to Fire is $100,000.

Payment for Flood damage is $400,000 ($800,000 damage minus $5,000 Flood deductible = $795,000; Limit is $400,000).

Payment for Fire damage is $100,000 (amount of damage).

Total Loss Payment is $500,000.

**Note:** These Examples are given only to illustrate the situation of flood and ensuing loss. Therefore, the loss payment stated for flood damage does not address the situation where another policy also covers the Flood damage.

**F. Deductible**

**1.** The provisions of Paragraph **F.2.** of this endorsement are applicable to all Coverage Forms except:

  **a.** Business Income (And Extra Expense) Coverage Form;

  **b.** Business Income (Without Extra Expense) Coverage Form;

  **c.** Business Income And Extra Expense – Actual Loss Sustained;

  **d.** Extra Expense Coverage Form

**2.** The Deductible, for coverage provided under this endorsement is the Deductible applicable to Flood as shown in the Flood Declarations.

  **a. Dollar Deductible**

Where a Dollar Deductible is shown in the Declarations, we will not pay for loss or damage in any one "occurrence" until the total amount of loss or damage exceeds the Dollar Deductible shown in the Flood Declarations. We will then pay the amount of loss or damage in excess of the Deductible up to the Flood per "Occurrence" Limit Of Insurance shown in the Flood Declarations. If only Building or Personal Property suffer loss or damage, the applicable Building or Personal Property deductible will apply. If both Building and Personal Property suffer loss or damage, only the higher deductible will apply.

  **b. Percentage Deductible**

Where a Percentage Deductible is shown in the Declarations, the Deductible is calculated separately to each building, personal property and personal property in the open. In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to the percentage (as shown in the Flood Declarations) of the Limits of Insurance applicable to the property that has

Hanover00062

ZBY1A617294 00 4109020

sustained loss or damage. Percentage Deductibles are separately calculated and applied even if:

**(1)** Two or more buildings sustain loss or damage;

**(2)** Personal property at two or more buildings sustains loss or damage; or

**(3)** A building and the personal property in that building sustains loss or damage.

We will then pay the amount of loss or damage in excess of the Deductible up to the "occurrence" Limit Of Insurance shown in the Flood Declarations.

**3.** If Flood results in another Covered Cause of Loss and if both Covered Causes of Loss cause loss or damage, then only the higher deductible applies.

**G. Example – Application of Percentage Deductible – For Specific or Blanket Insurance**

The values, as shown in the most recent statement of Values on file with us are:

Building #1 $500,000

Building #2 $500,000

Business Personal Property at Building #1 $250,000

Business Personal Property at Building #2 $250,000

For this example, assume that the amounts of loss do not exceed the applicable Limits of Insurance (for specific insurance). Also assume that the total amount of loss does not exceed the applicable blanket Limit Of Insurance (for blanket insurance).

Building #1 and Business Personal Property at Building #1 have sustained damage; the amounts of loss are $95,000 (Building) and $5,000 (Business Personal Property).

The Deductible is 10%.

Building:

Step (1): $500,000 x 10% = $50,000

Step (2): $95,000 - $50,000 = $45,000

Business Personal Property:

Step (1): $250,000 x 10% = $25,000.

The loss, $5000, does not exceed the deductible.

The most we will pay is $45,000. The remainder of the building loss, $50,000 is not covered due to application of the Deductible. There is no loss payment for business personal property.

**H. Business Income and Extra Expense Period of Restoration**

This Paragraph **H.,** is applicable only to the following coverage forms:

**1.** Business Income (And Extra Expense);

**2.** Business Income (Without Extra Expense);

**3.** Business Income And Extra Expense – Actual Loss Sustained;

**4.** Extra Expense Coverage Form.

The "period of restoration" definition stated in the Coverage Form, or in any endorsement amending the beginning of the "period of restoration", applies to each Flood event. A single Flood is defined in Paragraph **A.** of this endorsement.

**I. Definitions**

"Occurrence" means all loss or damage that is attributable to:

**a.** An act, event, cause or series of similar, related acts, events or causes involving one or more persons; or

**b.** An act, event, cause or series of similar, related acts, events or causes not involving any person.

Hanover00063

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# GOLD PROPERTY BROADENING ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CAUSES OF LOSS – SPECIAL FORM
BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM
BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM – ACTUAL LOSS SUSTAINED

The following is added to **C. Limits Of Insurance** of Building and Personal Property Coverage Form CP 00 10:

The limits applicable to the Coverages included in this endorsement may either be in addition to or included within the applicable Limits of Insurance. For application of the limits, refer to each coverage within this endorsement.

Refer to **SECTION V – DEFINITIONS** of this endorsement for additional words or phrases which appear in quotation marks as they have special meanings.

## I. COVERAGES

### A. Scheduled Coverages

The coverages in this endorsement amend the coverage provided under the Building and Personal Property Coverage Form, Causes of Loss – Special Form, Business Income (and Extra Expense) Coverage Form and Business Income (and Extra Expense) Coverage - Actual Loss Sustained through new coverages and substitute coverage grants. These coverages are subject to the provisions applicable to this policy, except where amended within this endorsement. If any of the property covered by this endorsement is also covered under any other provisions of the policy of which this endorsement is made a part, or if more than one coverage under this endorsement applies, in the event of loss or damage, you may choose only one of these coverages to apply to that loss. The most we will pay in this case is the limit of insurance applying to the coverage you select. Coverages included in this endorsement apply either separately to each described premises or on an "occurrence" basis. Refer to each coverage within this endorsement for application of coverage.

|     |                                                        | Limits of Insurance | Amended Limits of Insurance | Page |
|-----|--------------------------------------------------------|---------------------|-----------------------------|------|
| 1.  | Additional Covered Property                            | Included            | N/A                         | 3    |
| 2.  | Brands & Labels                                        | Included            | N/A                         | 4    |
| 3.  | Broadened Building Coverage                            | Included            | N/A                         | 4    |
| 4.  | Broadened Business Personal Property                   | Included            | N/A                         | 4    |
| 5.  | Building Limit - Inflation Guard                       | Included            | N/A                         | 5    |
| 6.  | Business Income & Extra Expense from Dependent Properties | $150,000         | $                           | 5    |
| 7.  | Catastrophe Allowance                                  | $50,000             | N/A                         | 5    |
| 8.  | Computer and Funds Transfer Fraud                      | $15,000             | $                           | 6    |
| 9.  | Consequential Loss to Stock                            | Included            | N/A                         | 6    |
| 10. | Contract Penalties                                     | $50,000             | $                           | 6    |
| 11. | Debris Removal                                         | $250,000            | $                           | 6    |
| 12. | Denial of Access to Premises                           | Included            | N/A                         | 7    |
| 13. | E-Commerce                                             | $10,000             | $                           | 7    |
| 14. | Electronic Data Processing Equipment                   | Included            | N/A                         | 8    |
| 15. | Employee Theft including ERISA Compliance              | $100,000            | $                           | 8    |
| 16. | Employee Tools and Work Clothing                       | $25,000             | $                           | 10   |
| 17. | Expediting Expense                                     | $50,000             | $                           | 11   |
| 18. | Extended Business Income                               | 180 Days            | N/A                         | 11   |

Hanover00064

ZB VA617294 00 4109020

| | | | | |
|---|---|---|---|---|
| 19. | Extended Coverage on Property – within 2000 feet | Included | N/A | 11 |
| 20. | Extra Expense | $300,000 | $ | 11 |
| 21. | Fire Protection Equipment Recharge | Included | N/A | 12 |
| 22. | Food Contamination including | $25,000 | $ | 12 |
| | Additional Advertising Expense | $3,000 | $ | 12 |
| 23. | Forgery or Alteration | $30,000 | $ | 12 |
| 24. | Foundations & Underground Pipes | Included | N/A | 13 |
| 25. | International Air Shipments | $50,000 | $ | 13 |
| 26. | Inventory & Loss Appraisal | $250,000 | $ | 14 |
| 27. | Key Replacement & Lock Repair | $20,000 | $ | 14 |
| 28. | Lease Cancellation | $50,000 | $ | 14 |
| 29. | Leasehold Interest – Tenants | $150,000 | $ | 15 |
| 30. | Marring & Scratching | Included | N/A | 15 |
| 31. | Money & Securities | $25,000 | $ | 15 |
| 32. | Money Orders & Counterfeit Money | $25,000 | $ | 16 |
| 33. | Newly Acquired or Constructed Property – Building | $2,000,000 | $ | 16 |
| | Newly Acquired – Business Personal Property | $1,000,000 | $ | 16 |
| 34. | Newly Acquired Locations – Business Income & Extra | | | |
| | Expense | $250,000 | $ | 17 |
| 35. | Non-Owned Detached Trailers | $25,000 | N/A | 17 |
| 36. | Ordinance or Law | $500,000 | $ | 17 |
| 37. | Pollutant Clean-Up and Removal | $100,000 | $ | 20 |
| 38. | Preservation of Property | 90 Days | N/A | 20 |
| 39. | Preservation of Property – Expense | $50,000 | $ | 20 |
| 40. | Property in Transit | $100,000 | $ | 21 |
| 41. | Property Off Premises | $150,000 | $ | 21 |
| 42. | Prototypes | Included | N/A | 21 |
| 43. | Rewards – Arson, Theft, Vandalism | $75,000 | $ | 22 |
| 44. | Sales Representative Samples | $25,000 | $ | 22 |
| 45. | Seasonal Increase – Business Personal Property | Included | N/A | 22 |
| 46. | Sewer Backup | Included | N/A | 23 |
| 47. | Soft Costs | $25,000 | $ | 23 |
| 48. | Temporary Relocation of Property | $100,000 | $ | 23 |
| 49. | Tenant Glass | $15,000 | $ | 23 |
| 50. | Tenant Relocation | $50,000 | $ | 24 |
| 51. | Theft Damage to Building | Included | N/A | 24 |
| 52. | Transit Business Income & Extra Expense | $75,000 | $ | 25 |
| 53. | Undamaged Tenants Improvements and Betterments | $50,000 | $ | 25 |
| 54. | Underground Water Seepage | $50,000 | N/A | 25 |
| 55. | Unintentional Property Reporting Errors | $500,000 | N/A | 26 |
| 56. | Unnamed Locations | $150,000 | $ | 26 |
| 57. | Utility Services – Direct Damage | $100,000 | $ | 27 |
| | Utility Services – Business Income | $100,000 | $ | 27 |
| 58. | Voluntary Parting | $50,000 | $ | 27 |
| 59. | Water Damage, Other Liquids, Powder or Molten | | | |
| | Material Damage | $50,000 | $ | 28 |

Hanover00065

| | | | |
|---|---|---|---|
| **60.** | Windblown Debris | $10,000 | $ 28 |
| **61.** | Worldwide Property Off-Premises | $75,000 | $ 28 |

**B.    Coverages Included within the Blanket Limit of Insurance:**

**Blanket Limit of Insurance**                              $500,000

The Blanket Limit of Insurance shown above applies to all Coverages shown in **Section III. B.** of this Endorsement. At the time of loss, you may elect to apportion this Blanket Limit of Insurance to one or any combination of the Coverages shown, but under no circumstances will the aggregate apportionment be permitted to exceed the Blanket Limit of Insurance shown above. The Blanket Limit of Insurance applies per "occurrence".

| | | **Amended Limits of Insurance** | **Page** |
|---|---|---|---|
| **1.** | Accounts Receivable | $ | 28 |
| **2.** | Deferred Payments | $ | 29 |
| **3.** | Fine Arts | $ | 29 |
| **4.** | Fire Department Service Charge | $ | 30 |
| **5.** | Movement of Property | $ | 30 |
| **6.** | Outdoor Property | $ | 30 |
| **7.** | Personal Effects & Property of Others | $ | 31 |
| **8.** | Research and Development Documentation | $ | 31 |
| **9.** | Valuable Papers and Records (Other Than Electronic Data) | $ | 32 |

## II.    DEDUCTIBLE

We will not pay for covered loss or damage in any one "occurrence" unless the amount of loss or damage exceeds the deductible amount shown in the Declarations of this Policy. We will then pay the amount of loss or damage in excess of the Deductible, up to the Limit of Insurance for all applicable coverages listed under **SECTION I – COVERAGES.** No deductible applies to coverages where specifically designated.

## III.    COVERED PROPERTY
### A. Scheduled Coverages

**1.    Additional Covered Property**

**a.**   The following is added to **A. Coverage**, Paragraph **5. Coverage Extensions** of Building and Personal Property Coverage Form CP 00 10:

**Additional Covered Property**

(1)   You may extend the insurance that applies to your Business Personal Property to also include "theft" or attempted "theft" of your patterns, dies, molds and forms.

**b.    C. Limitations**, Paragraph **3.** of Causes of Loss – Special Form CP 10 30 is replaced by the following:

**3.**   The special limit shown for each category **a.** through **e.**, is the total limit for loss of or damage to all property in that category. The special limit applies to any one "occurrence" of "theft", regardless of the types or number of articles that are lost or damaged in that "occurrence". The special limits

are:

**a.**   $10,000 for furs, fur garments and garments trimmed in fur.

**b.**   $10,000 for jewelry, watches, watch movements, jewels and pearls. This limit does not apply to jewelry and watches worth $100 or less per item.

**c.**   $35,000 for precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals.

**d.**   $5,000 for patterns, dies, molds and forms owned by others. This special limit does not apply to those patterns, dies, molds and forms owned by you or for which you are responsible under written contract existing before loss.

**e.**   $1,000 for stamps, tickets, including lottery tickets held for sale, and letters of credit.

ZB VA 617294 00 4109020

These special limits are part of, not in addition to, the Limit of Insurance applicable to the Covered Property.

This limitation, **C.3.,** does not apply to Business Income coverage or to Extra Expense coverage.

All other provisions of **C. Limitations** of Causes of Loss – Special Form CP 10 30 remain unchanged.

**2. Brands & Labels**

The following is added to **A. Coverage, Paragraph 5. Coverage Extensions** of Building and Personal Property Coverage Form CP 00 10:

**Brands & Labels**

**(1)** If Covered Property that has a brand or label is damaged by a Covered Cause of Loss and we elect to take all or any part of the damaged property at an agreed or appraised value, you may extend the insurance that applies to Your Business Personal Property to:

**(a)** Pay expenses you incur to:

**(i)** Remove the brand or label and then re-label the damaged property to comply with any applicable law; or

**(ii)** Label or stamp the damaged property as Salvage, if doing so will not physically damage the property.

**(b)** Cover any reduction in the salvage value of the damaged property as a result of the removal of the brand or label.

**(2)** Payment under this Extension is included within the Limit of Insurance applicable to your Business Personal Property.

**3. Broadened Building Coverage**

**a.** The following is added to **A. Coverage,** Paragraph **1. Covered Property,** subparagraph **a. Building** of Building and Personal Property Coverage Form CP 00 10:

**(6)** Foundations of machinery, tanks and their component parts including all connections which are below:

**(a)** The lowest basement floor; or

**(b)** The surface of the ground, if

there is no basement.

**(7)** Your personal property in apartments or rooms furnished by you as landlord;

**(8)** The following property if it is located on or within 2000 feet of a covered building or structure:

**(a)** Exterior lighting fixtures or poles;

**(b)** Yard fixtures;

**(c)** Fences; and

**(d)** Retaining Walls whether or not attached to the building

**(9)** Signs, whether or not they are attached to covered buildings or structures;

**(10)** Building glass, including skylights, glass doors and windows, and their encasement frames, alarm tape, lettering and ornamentation;

**(11)** Your new buildings while being built on or within 2000 feet of the described premises; and

**(12)** Driveways, patios and walks.

**b.** Under **C. Limits of Insurance** of Building and Personal Property Coverage Form CP 00 10, the $2,500 limitation on outdoor signs is deleted.

**4. Broadened Business Personal Property**

**a.** The following is added to **A. Coverage,** Paragraph **1. Covered Property,** subparagraph **b. Your Business Personal Property** of Building and Personal Property Coverage Form CP 00 10:

**(8)** Property of others that is in your care, custody or control;

**(9)** "Scientific & professional equipment";

**(10)** Building glass you have a contractual responsibility to insure;

**(11)** "Installation, tools & equipment property"; and

**(12)** Patterns, molds & dies.

**b. A. Coverage,** Paragraph **1. Covered Property,** subparagraph **c. Personal Property of Others** of Building and Personal Property Coverage Form CP 00 10, is deleted.

**5. Building Limit – Inflation Guard**

The following is added to **C. Limits of**

Hanover00067

28 VA617294 00 4109020

Insurance of Building and Personal Property Coverage Form CP 00 10:

**Building Limit – Inflation Guard**

We will pay either the actual cash value or the replacement cost value, based on the valuation method shown in the Declarations, of the damaged portion of the building at the time of loss, but not more than 115% of the Limit of Insurance for Building if:

**a.** The amount of any loss covered by this policy exceeds the Limit of Insurance for Building stated in the Declarations for the damaged Building; and

**b.** The actual repair or replacement is completed within one year of the date of loss.

**6. Business Income & Extra Expense from Dependent Properties**

The following is added to **A. Coverage,** Paragraph **4. Additional Coverages** of Building and Personal Property Coverage Form CP 00 10:

**Business Income & Extra Expense from Dependent Properties**

**(1)** We will pay the actual loss of business income you sustain due to the necessary "suspension" of your "operations" during the "dependent property period of restoration". The "suspension" must be caused by direct physical loss of or damage to "dependent property" caused by or resulting from a Covered Cause of Loss.

**(2)** We will pay the actual and necessary Extra Expense you incur due to direct physical loss of or damage to "dependent property" caused by or resulting from a Covered Cause of Loss.

**(3)** Under this Additional Coverage, the definition of Extra Expense is replaced with the following:

Extra Expense means necessary expenses you incur during the "dependent property period of restoration" that you would not have incurred if there had been no direct physical loss or damage to the premises of any "dependent property" caused by or resulting from a Covered Cause of Loss:

**(a)** To avoid or minimize the

"suspension" of business and to continue "operations"; or

**(b)** To minimize the "suspension" of business if you cannot continue "operations".

**(4)** For Business Income coverage under this Additional Coverage, the Coverage Territory for "dependent property" is expanded to all parts of the world.

**(5)** We will reduce the amount of your:

**(a)** Business income loss, other than extra expense, to the extent you can resume "operations" in whole or in part by using any other available:

**(i)** Source of materials; or

**(ii)** Outlet for your products

**(b)** Extra Expense loss to the extent you can return "operations" to normal and discontinue such extra expense.

**(6)** The most we will pay under this Additional Coverage is $150,000 per "occurrence" regardless of the number of "dependent properties" that are involved, or the Limit of Insurance shown in the Amended Limits Section of this Endorsement.

**(7)** The amount payable under this Additional Coverage is additional insurance.

**7. Catastrophe Allowance**

The following is added to **A. Coverage,** Paragraph **5. Coverage Extensions** of Building and Personal Property Coverage Form CP 00 10:

**Catastrophe Allowance**

**(1)** This Coverage Extension applies when the direct physical loss or damage to Covered Property is the result of an insured event for which Property Claims Service has publicly designated a catastrophe number to the event.

**(2)** You may extend the insurance provided under this Coverage Form if the limits provided under **C. Limits of Insurance** of Building and Personal Property Coverage Form CP 00 10 are insufficient to compensate you for covered loss or damage you incur as a result of the insured Catastrophe event.

Hanover00068

ZBV A617294 00 4109020

**(3)** This Coverage Extension may not be applied to the deductible amount of this policy or any other policy. It also may not be used to cover any loss or damage that would not be covered under this policy.

**(4)** The most we will pay under this Extension in any one "occurrence" is $5,000.

The most we will pay under this Extension during each separate 12 month period of this policy is $50,000.

## 8. Computer and Funds Transfer Fraud

The following is added to **A. Coverage,** Paragraph **4. Additional Coverages** of Building and Personal Property Coverage Form CP 00 10:

### Computer and Funds Transfer Fraud

**(1)** We will pay for loss of and damage to "money", "securities" and "other property" following and directly related to the use of any computer to fraudulently cause a transfer of that property from inside the described "banking premises":

**(a)** To a person (other than a messenger) outside those banking premises; or

**(b)** To a place outside those premises.

**(2)** The most we will pay for loss of "money" and "securities" resulting directly from a "fraudulent instruction" directing a financial institution to transfer, pay or deliver "money" and "securities" from your "transfer account" is $15,000 per "occurrence" or the Limit of Insurance shown in the Amended Limits Section of this Endorsement, regardless of the number of "fraudulent instructions" involved.

## 9. Consequential Loss to Stock

The following is added to **A. Coverage,** Paragraph **5. Coverage Extensions** of Building and Personal Property Coverage Form CP 00 10:

### Consequential Loss to Stock

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to the reduction in value of the remaining parts of "stock" in process of manufacture that are physically undamaged but are unmarketable as a complete product because of direct physical loss or damage from a Covered Cause of Loss to other parts of covered "stock" in process of manufacture at an insured location.

**(2)** Should it be determined that such "stock" retains only a salvage value, we retain the option of paying the full value of the "stock" as agreed within this policy, and taking the damaged property for salvage purposes.

**(3)** Payment under this Coverage Extension is included within the applicable Limit of Insurance.

## 10. Contract Penalties

The following is added to **A. Coverage,** Paragraph **4. Additional Coverages** of Building and Personal Property Coverage Form CP 00 10:

### Contract Penalties

**(1)** We will pay for contractual penalties you are required to pay due to your failure to provide your product or service according to contract terms because of direct physical loss or damage by a Covered Cause of Loss to Covered Property.

**(2)** The most we will pay for all penalties in any one "occurrence" is $50,000 or the Limit of Insurance shown in the Amended Limits Section of this Endorsement.

**(3)** The amount payable under this Additional Coverage is additional insurance.

## 11. Debris Removal

**a.** **A. Coverage** Paragraph **4. Additional Coverages,** subparagraph **a.(4)** of Building and Personal Property Coverage Form CP 00 10 is replaced by the following:

**(4) Debris Removal**

We will pay up to an additional $250,000 for debris removal expense, for each location, in any one "occurrence" of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

**(a)** The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage

Hanover00069

ZB-VA611294 00 4109020

exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

**(b)** The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

If **(4)(a)** and/or **(4)(b)** apply, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $250,000 or the Limit of Insurance shown in the Amended Limits Section of this Endorsement.

**b. A. Coverage** Paragraph **4. Additional Coverages,** subparagraph **a.(5)** of Building and Personal Property Form CP 00 10 is deleted:

**12. Denial of Access to Premises**

The following is added to **A. Coverage, Paragraph 5. Additional Coverages** of Business Income (and Extra Expense) Coverage Form CP 00 30 and Business Income (and Extra Expense) Coverage Form – Actual Loss Sustained 411-0581:

**Denial of Access to Premises**

**(1)** We will pay for the actual loss of Business Income you sustain and necessary Extra Expense you incur when ingress to or egress from the described premises is prevented, due to direct physical loss of or damage to property that is away from but within 2000 feet of the described premises, caused by or resulting from any Covered Cause of Loss covered under this policy.

**(2)** The coverage for Business Income will begin 72 hours after the loss or damage to the premises that causes the denial of access and will apply for a period of up to 30 consecutive days after coverage begins.

**(3)** The coverage for Extra Expense will begin immediately after the loss or damage to the premises that causes the denial of access and will end:

**(a)** 30 consecutive days after

coverage begins; or

**(b)** When your Business Income coverage ends;

whichever is earlier.

**13. E-Commerce**

**a. Electronic Vandalism – Direct Damage**

**(1) A. Coverage,** Paragraph **2. Property Not Covered,** subparagraph **n.** of Building and Personal Property Coverage Form CP 00 10 is deleted.

**(2) A. Coverage,** Paragraph **4. Additional Coverages,** subparagraph **f.** of Building and Personal Property Coverage Form CP 00 10 is replaced by the following:

**f. Electronic Vandalism – Direct Damage**

We cover direct physical loss or damage to covered "computer equipment" at the described premises caused by "electronic vandalism".

**b. Electronic Vandalism - Interruption of Computer Operations**

**(1) A. Coverage,** Paragraph **4. Additional Limitation – Interruption of Computer Operations** of Business Income (and Extra Expense) Coverage Form CP 00 30 and Business Income (and Extra Expense) Coverage – Actual Loss Sustained 411-0581 is deleted.

**(2) A. Coverage,** Paragraph **5. Additional Coverages,** subparagraph **d.** of Business Income (and Extra Expense) Coverage Form CP 00 30, and Business Income (and Extra Expense) Coverage – Actual Loss Sustained 411-0581 is replaced by the following:

**d. Electronic Vandalism – Interruption of Computer Operations**
You may extend the insurance that applies to Business Income & Extra Expense to apply to a "suspension" of "operations" caused by an interruption in computer

ZBIVA617294 00 4109020

operations at the described premises due to "electronic vandalism" originating anywhere in the world.

We will only pay for loss of Business Income or Extra Expense that occurs during the "period of restoration".

**c.** The most we will pay for all loss or damage from both Electronic Vandalism – Direct Damage and Electronic Vandalism – Interruption of Computer Operations in any one "occurrence" is $10,000 or the Limit of Insurance shown in the Amended Limits Section of this Endorsement.

**d.** The amount payable under this Additional Coverage is additional insurance.

**e. Special E-Commerce Exclusions**

We do not cover:

**(1)** Loss of proprietary use of any "electronic data" or "proprietary programs" that have been copied, scanned, or altered;

**(2)** Loss of or reduction in economic or market value of any "electronic data" or "proprietary programs" that have been copied, scanned, or altered; and

**(3)** Theft from your "electronic data" or "proprietary programs" of confidential information through the observation of the "electronic data" or "proprietary programs" by accessing covered "computer equipment" without any alteration or other physical loss or damage to the records or programs. Confidential information includes, but is not limited to, customer information, processing methods, or trade secrets.

**14. Electronic Data Processing Equipment**

The following is added to **A. Coverage, Paragraph 4. Additional Coverages** of Building and Personal Property Coverage Form CP 00 10:

**Electronic Data Processing Equipment**

**(1)** We will pay for direct physical loss or damage to the following Covered Property which is your property or property in your care, custody or control:

**(a)** "Computer equipment"; and

**(b)** Programming documentation and instruction manuals.

**(2)** We will also cover the necessary extra expenses you incur to avoid or minimize the suspension of business and to continue "operations" because of direct physical loss or damage to covered property.

**(3)** The following Exclusions do not apply to this Additional Coverage:

**(a)** Earth Movement; and

**(b)** Water.

**(4)** We will not pay for any loss to the following property:

**(a)** Property you rent, loan or lease to others while it is away from the described premises; or

**(b)** Property you hold for sale, distribute or manufacture.

**(5)** Payment under this Additional Coverage is included within the Limit of Insurance applicable to your Business Personal Property.

**(6) Special Electronic Data Processing Equipment Exclusions**

We do not cover:

**(a)** Any extra expense caused by an error or omission in programming or incorrect instructions to "hardware";

**(b)** Direct physical loss to covered property caused by:

**(i)** "Electrical disturbance";

**(ii)** "Power supply disturbance;"

**(iii)** "Computer virus"; or

**(iv)** "Computer hacking".

**15. Employee Theft including ERISA Compliance**

The following is added to **A. Coverage, Paragraph 4. Additional Coverages** of Building and Personal Property Coverage Form CP 00 10:

**Employee Theft including ERISA Compliance**

**(1)** We will pay for loss or damage to "money", "securities" and "other property" resulting directly from "theft" committed by an "employee", clergy, or any non-compensated person whether identified or not, acting alone

or in collusion with other persons.

For the purposes of this Additional Coverage, "theft" shall also include "forgery".

(2) This Additional Coverage terminates as to any "employee" as soon as:

(a) You; or

(b) Any of your partners, "members", "managers", officers, directors or trustees not in collusion with the "employee";

"Discovered" the "theft" or any other dishonest act committed by the "employee" whether before or after becoming employed by you.

(3) Under this Additional Coverage, "occurrence" means:

(a) An individual act;

(b) The combined total of all separate acts whether or not related; or

(c) A series of acts whether or not related;

Committed by an "employee" acting alone or in collusion with other persons, during the policy period, before such policy period or both.

(4) We will pay only for loss you sustain through acts committed or events occurring anytime which is "discovered" by you:

(a) During the policy period; or

(b) No later than 1 year from the date of termination or cancellation of this insurance. However this extended period to "discover" loss terminates immediately upon the effective date of any other insurance obtained by you, whether from us or another insurer, replacing in whole or in part the coverage afforded under this Additional Coverage, whether or not such other insurance provides coverage for loss sustained prior to its effective date.

(5) You may extend this coverage to apply to loss caused by any "employee" while temporarily outside the Coverage Territory for a period of not more than 90 days.

(6) The most we will pay for all loss resulting directly from an "occurrence" is $100,000 or the Limit of Insurance shown in the Amended Limits Section of this Endorsement. Regardless of the number of years this policy remains in force or the number of premiums paid, no Limit of Insurance cumulates from year to year.

(7) The amount payable under this Additional Coverage is additional insurance.

(8) **Special Employee Theft Exclusions**

We will not pay for:

(a) Loss resulting from "theft" or any other dishonest act committed by:

(i) You; or

(ii) Any of your partners or "members";

Whether acting alone or in collusion with other persons.

(b) Loss caused by an "employee" if the "employee" has also committed "theft" or any other dishonest act prior to the effective date of this policy and you or any of your partners, "managers", officers, directors or trustees, not in collusion with the "employee", learned of that "theft" or dishonest act prior to the policy period shown in the Declarations.

(c) Loss resulting from "theft" or any other dishonest act committed by any of your "employees", "managers", directors, trustees or authorized representatives:

(i) Whether acting alone or in collusion with other persons; or

(ii) While performing services for you or others;

Except when covered under this Additional Coverage.

(d) Loss that is an indirect result of an "occurrence" covered by this Additional Coverage, including, but not limited to, loss resulting from:

(i) Your inability to realize income that you would have realized had there been no loss of or damage to "money", "securities" or "other property";

(ii) Payment of damages of any type for which you are legally liable;

Hanover00072

**(iii)** Payment of costs, fees or other expenses you incur in establishing either the existence or the amount of loss under this Additional Coverage.

**(e)** Fees, costs and expenses incurred by you which are related to any legal action.

**(f)** Loss or that part of any loss, the proof of which as to its existence or amount is dependent upon

    **(i)** An inventory computation; or

    **(ii)** A profit and loss computation.

    However, where you establish wholly apart from such computations that you have sustained a loss, then you may offer your inventory records and actual physical count of inventory in support of the amount of loss claimed.

**(g)** Loss resulting from trading, whether in your name or in a genuine or fictitious account.

**(h)** Loss resulting from fraudulent or dishonest signing, issuing, canceling or failing to cancel, a warehouse receipt or any papers connected with it.

**(i)** Loss resulting from:

    **(i)** The unauthorized disclosure of your confidential information including, but not limited to, patents, trade secrets, processing methods or customer lists; or

    **(ii)** The unauthorized use or disclosure of confidential information of another person or entity which is held by you including, but not limited to, financial information, personal information, credit card information or similar no public information.

**(9) Welfare and Pension Plan ERISA Compliance**

    **(a)** The "employee benefit plan" (hereafter referred to as Plan) is included as an insured under this Additional Coverage.

    **(b)** If any Plan is insured jointly with any other entity under this Additional Coverage, you or the Plan Administrator must select a Limit of Insurance for this Additional Coverage that is sufficient to provide a Limit of Insurance for each Plan that is at least equal to that required if each Plan were separately insured.

    **(c)** With respect to loss sustained or "discovered" by any such Plan, Paragraph **(1)** above is replaced with the following:

    We will pay for loss of or damage to "funds" and "other property" resulting directly from fraudulent or dishonest acts committed by an "employee", whether identified or not, acting alone or in collusion with other persons.

    **(d)** If the first Named Insured is an entity other than a Plan, any payment we make for loss sustained by any Plan will be made to the Plan sustaining the loss.

    **(e)** If two or more Plans are insured under this Additional Coverage, any payment we make for loss:

        **(i)** Sustained by two or more Plans; or

        **(ii)** Of commingled "funds" or "other property" of two or more Plans;

    Resulting from an "occurrence", will be made to each Plan sustaining loss in the proportion that the Limit of Insurance required for each Plan bears to the total Limit of Insurance of all Plans sustaining loss.

    **(f)** The Deductible does not apply to this Additional Coverage.

**16. Employee Tools and Work Clothing**

The following is added to **A. Coverage,** Paragraph **4. Additional Coverages** of Business and Personal Property Coverage Form CP 00 10:

**Employee Tools and Work Clothing**

**(1)** We will pay for direct physical loss of or damage to tools and work clothing of your "employees" damaged by a Covered Cause of Loss while such tools and work clothing are located at an insured location, your job sites or while "in transit" to and from your job

ZB VA617294 00 4109020

sites, while in your vehicle.

(2) The most we will pay for loss or damage under this Additional Coverage is $25,000 per "occurrence" or the Limit of Insurance shown in the Amended Limits Section of this Endorsement, but not more than $500 for any one tool or item of clothing. The amount payable under this Additional Coverage is additional insurance.

(3) The Coinsurance condition does not apply to this Additional Coverage.

## 17. Expediting Expense

The following is added to **A. Coverage, Paragraph 4. Additional Coverages** of Building and Personal Property Coverage Form CP 00 10:

### Expediting Expense

(1) When a Covered Cause of Loss occurs to Covered Property, we will pay for the reasonable and necessary additional expenses you incur to:

  (a) Make temporary repairs;

  (b) Expedite permanent repair or replacement of damaged property; or

  (c) Provide training on replacement machines or equipment.

(2) The most we will pay for loss under this Additional Coverage in any one "occurrence" is $50,000 or the Limit of Insurance shown in the Amended Limits Section of this Endorsement.

(3) The amount payable under this Additional Coverage is additional insurance.

## 18. Extended Business Income

**A. Coverage,** Paragraph **5. Additional Coverages,** subparagraphs **c.(1)(b)** and **(2)(b)** of Business Income (and Extra Expense) Coverage Form CP 00 30 and Business Income (and Extra Expense) Coverage form – Actual Loss Sustained 411-0581 are replaced by the following:

(1)(b) Ends on the earlier of:

  (i) The date you could restore your "operations", with reasonable speed, to the level which would generate the business income amount that would have existed if no direct physical loss or damage had occurred; or

  (ii) 180 consecutive days after the date determined in **(1)(a)** above.

(2)(b) Ends on the earlier of:

  (i) The date you could restore tenant occupancy, with reasonable speed, to the level which would general the "Rental Value" that would have existed if no direct physical loss or damage had occurred; or

  (ii) 180 consecutive days after the date determined in **(2)(a)** above.

## 19. Extended Coverage on Property – within 2000 feet

Under the Building and Personal Property Coverage Form CP 00 10, Business Income (and Extra Expense) Coverage Form CP 00 30 and Business Income (and Extra Expense) Coverage Form – Actual Loss Sustained 411-0581 all provisions that limit the location of property to "within 100 feet" of a described premise are replaced with "within 2000 feet" of a described premise.

## 20. Extra Expense

The following is added to **A. Coverage,** Paragraph **4. Additional Coverages** of Building and Personal Property Coverage Form CP 00 10:

### Extra Expense

(1) When a Covered Cause of Loss occurs to Covered Property at a location described in the declarations, we will pay for the reasonable and necessary extra expense you incur to continue as nearly as possible your normal business operations following the covered loss or damage.

(2) The most we will pay for loss under this Additional Coverage in any one "occurrence" is $300,000 or the Limit of Insurance shown in the Amended Limits Section of this Endorsement.

(3) The amount payable under this Additional Coverage is additional insurance.

(4) No deductible applies to this coverage.

## 21. Fire Protection Equipment Recharge

The following is added to **A. Coverage,** Paragraph **4. Additional Coverages** of Building and Personal Property Coverage

Hanover00074

ZB VA617294 00 4109020

Form CP 00 10:

**Fire Protection Equipment Recharge**

**(1)** We will pay expenses you incur to recharge or refill your fire protection equipment due to the leakage or discharge:

**(a)** To prevent or control loss;

**(b)** Accidentally; or

**(c)** As a result of malfunction of the equipment.

**(2)** The Deductible does not apply to this Additional Coverage. Payment under this Additional Coverage is included within the applicable Limit of Insurance.

**22. Food Contamination**

The following is added to **A. Coverage, Paragraph 5. Coverage Extensions** of Building and Personal Property Coverage Form CP 00 10:

**Food Contamination**

**(1)** If your business at the described premises is ordered closed by the Board of Health or any other governmental authority as a result of the discovery of "food contamination", we will pay:

**(a)** Your expense to clean your equipment as required by the Board of Health or any other governmental authority;

**(b)** Your cost to replace the food which is, or is suspected to be contaminated;

**(c)** Your expense to provide necessary medical tests or vaccinations for your infected "employees". However, we will not pay for any expense that is otherwise covered under a Workers' Compensation Policy;

**(d)** The loss of Business Income you sustain due to the necessary "suspension" of your "operations". The coverage for Business Income will begin 24 hours after you receive notice of closing from the Board of Health or any other governmental authority; and

**(e)** Additional Advertising expenses you incur to restore your reputation.

**(2)** The most we will pay for all loss under

Paragraphs **(1)(a)** through **(1)(d)**, including Business Income is $25,000 or the Limit of Insurance shown in the Amended Limits Section of this Endorsement.

The most we will pay for all loss under Paragraph **(1)(e)** is $3,000 or the Limit of Insurance shown in the Amended Limits Section of this Endorsement.

**(3) Special Food Contamination Exclusion**

We will not pay any fines or penalties levied against you by the Board of Health or any other governmental authority as a result of the discovery of food contamination at the described premises.

**23. Forgery or Alteration**

The following is added to **A. Coverage, Paragraph 4. Additional Coverages** of Building and Personal Property Coverage Form CP 00 10:

**Forgery or Alteration**

**(1)** We will pay for loss resulting directly from "forgery" or alteration of checks, credit cards, debit cards, charge cards, drafts, promissory notes, or similar written promises, orders or directions to pay a sum certain in "money" that are:

**(a)** Made or drawn by or drawn upon you; or

**(b)** Made or drawn by one acting as your agent;

or that are purported to have been made or drawn.

**(2)** If you are sued for refusing to pay any instrument covered in paragraph **(1)** above, on the basis that it has been forged or altered, and you have our written consent to defend against the suit, we will pay for any reasonable legal expenses that you incur and pay in that defense.

**(3)** Under this Additional Coverage, any loss:

**(a)** Caused by any one or more persons; or

**(b)** Involving a single act or series of related acts;

is considered one "occurrence" regardless of the number of checks, credit cards, debit cards, charge cards, drafts, promissory notes, or

Hanover00075

ZBP A617294 00 4109020

similar written promises, orders or directions involved.

**(4) Special "Forgery" or Alteration Exclusion**

This Additional Coverage does not apply to:

Loss arising from any credit, debit or charge card if you have not complied fully with the provisions, conditions or other terms under which the card was issued.

**(5)** The most we will pay for loss, including legal expenses, resulting directly from an "occurrence" under this Additional Coverage is $30,000 or the Limit of Insurance shown in the Amended Limits Section of this Endorsement, but not more than $1,000 for any loss arising from any credit, debit or charge card forgery or "Alteration". Regardless of the number of years this policy remains in force or the number or premiums paid, no Limit of Insurance cumulates from year to year. The Deductible does not apply to this Additional Coverage.

**(6)** The amount payable under this Additional Coverage is additional insurance.

**24. Foundations & Underground Pipes**

**a.** The following is added to **A. Coverage,** Paragraph **5. Coverage Extensions** of Building and Personal Property Coverage Form CP 00 10:

**Foundations & Underground Pipes**

**(1)** You may extend the insurance that applies to Building to apply to loss or damage to:

**(a)** Foundations of buildings, structures, machinery or boilers if their foundations are below:

**(i)** The lowest basement floor; or

**(ii)** The surface of the ground, if there is no basement;

**(b)** Underground pipes, flues and drains; and

**(c)** The cost of excavating, grading, backfilling or filling

when such loss or damage is caused by a Covered Cause of Loss.

**(2)** The most we will pay for loss under this Coverage Extension is the applicable building Limit of Insurance.

**(3)** Payment under this Addition Coverage is included within the applicable Limit of Insurance.

**b. A. Coverage,** Paragraph **2. Property Not Covered,** subparagraphs **f., g.,** and **m.** of Building and Personal Property Coverage Form CP 00 10, do not apply to this coverage.

**25. International Air Shipments**

The following is added to **A. Coverage,** Paragraph **5. Coverage Extensions** of Building and Personal Property Coverage Form CP 00 10:

**International Air Shipments**

**(1)** You may extend the insurance that applies to your Business Personal Property and Personal Property of Others that we ship to apply to that property; while being shipped by air:

**(a)** Anywhere within the Coverage Territory to or from a location outside of the coverage territory; or

**(b)** Between locations outside of the coverage territory;

**(2)** This coverage extension only applies to the shipment of your property which originates and terminates at a location specified in the air waybill.

**(3)** The most we will pay for loss or damage under this Extension in any one "occurrence" is $50,000 or the Limit of Insurance shown in the Amended Limits Section of this Endorsement.

**(4) Special International Air Shipments Exclusion**

This Extension does not apply to:

Business Personal Property if there is other insurance in force covering the same loss.

**26. Inventory & Loss Appraisal**

The following is added to **A. Coverage,** Paragraph **5. Coverage Extensions** of Building and Personal Property Coverage Form CP 00 10:

**Inventory and Loss Appraisal**

**(1)** We will pay all reasonable expenses you incur at our request to assist us in:

Hanover00076

ZBV A617294 00 4109020

**(a)** The investigation of a claim;

**(b)** The determination of the amount of loss, such as taking inventory; or

**(c)** The cost of preparing specific loss documents and other supporting exhibits.

**(2)** Expenses you incur include costs charged to you by others, including property managers, acting on your behalf to assist us with item **(1)** above.

**(3)** The Deductible does not apply to this Extension.

**(4)** Regardless of the number of described premises involved, the most we will pay under this Extension for loss or damage in any one "occurrence" is $250,000 or the Limit of Insurance shown in the Amended Limits Section of this Endorsement.

**(5) Special Inventory and Loss Appraisal Exclusions**

We will not pay for expenses:

**(a)** Incurred to perform your duties in the event of loss under **E. Loss Conditions** of Building and Personal Property Coverage Form CP 00 10;

**(b)** To prove that loss or damage is covered;

**(c)** Billed by and payable to independent or public adjusters, attorneys or any of their affiliated or associated entities;

**(d)** To prepare claims not covered by this policy; or

**(e)** Incurred under any Appraisal provisions within the policy.

## 27. Key Replacement & Lock Repair

The following is added to **A. Coverage, Paragraph 5. Coverage Extensions** of Building and Personal Property Coverage Form CP 00 10:

**Key Replacement & Lock Repair**

**(1)** You may extend the insurance provided under this Coverage Form to cover the reasonable and necessary expense you incur due to a covered "theft" for:

**(a)** Replacement of keys if they are stolen;

**(b)** Lock repair; or

**(c)** Rekeying, replacing or reprogramming undamaged locks to accept new keys or entry codes when the building security has been compromised.

**(2)** The most we will pay under this Extension is $20,000 or the Limit of Insurance shown in the Amended Limits Section of this Endorsement. The Deductible does not apply to this Extension.

## 28. Lease Cancellation

The following is added to **A. Coverage, Paragraph 4. Additional Coverages** of Building and Personal Property Coverage Form CP 00 10:

**Lease Cancellation**

**(1)** We will pay the actual loss of business income you sustain due to the cancellation of a lease by your tenants in a Covered Building due to untenantability that is caused by direct physical loss or damage to that building from a Covered Cause of Loss.

This Additional Coverage only applies if at the time of loss the building was occupied and business was being conducted by the tenant canceling the lease or their sub-lessee; or a lease was signed but the building was not yet occupied by the tenant.

**(2)** We will pay for loss of business income that you sustain after tenantability is restored and until the earlier of:

**(a)** The date you lease the premises to another tenant; or

**(b)** 12 months immediately following the "period of restoration".

**(3)** The amount payable under this Additional Coverage is additional insurance.

**(4)** Regardless of the number of tenants canceling a lease at the described premises, the most we will pay under this Additional Coverage is $50,000 per "occurrence" or the Limit of Insurance shown in the Amended Limits Section of this Endorsement.

**(5) Special Lease Cancellation Exclusions**

We will not pay for:

**(a)** Lease cancelled after the "period

**411-0793 04 14**          Includes copyrighted materials of Insurance Services Offices, Inc. with its permission          **Page 14 of 39**

Hanover00077

of restoration";

**(b)** Lease cancelled, suspended or allowed to lapse by you;

**(c)** Return of pre-paid rent or security and other deposits made by tenants; or

**(d)** Lease cancelled at the normal expiration date.

## 29. Leasehold Interest – Tenants

The following is added to **A. Coverage, Paragraph 4. Additional Coverages**, of Building and Personal Property Coverage Form CP 00 10:

### Leasehold Interest – Tenants

**(1)** We will pay for the loss of prepaid rent you sustain due to the cancellation of your written lease. The cancellation must result from direct physical loss or damage to property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

**(2)** This Additional Coverage only applies if at the time of loss you were occupying and conducting business at the described premises.

**(3)** The amount payable under this Additional Coverage is additional insurance.

**(4)** The most we will pay for loss in any one "occurrence" is the lesser of:

**(a)** The unused pro-rata portion of prepaid rent based on the period of time remaining in your lease, which you have paid at the described premises where your lease was cancelled; or

**(b)** $150,000 or the Limit of Insurance shown in the Amended Limits Section of this Endorsement.

**(5) Special Leasehold Interest Exclusion**

We will not pay for:

**(a)** Lease cancelled, suspended or allowed to lapse by you; or

**(b)** Lease cancelled at the normal expiration date.

## 30. Marring & Scratching

The following is added to **A. Coverage, Paragraph 5. Coverage Extensions** of Building and Personal Property Coverage Form CP 00 10:

**Marring & Scratching**

**(1)** You may extend the insurance that applies to Business Personal Property to apply to damage caused directly by sudden and accidental marring and scratching of:

**(a)** Your "stock";

**(b)** Your printing plates; or

**(c)** Property of others that is in your care, custody or control.

**(2)** This Extension does not apply to:

**(a)** Property at other than the described premises; or

**(b)** Property in transit.

**(3)** Payment under this Extension is included within Limit of Insurance applicable to your Business Personal Property.

## 31. Money & Securities

The following is added to **A. Coverage, Paragraph 4. Additional Coverages** of Building and Personal Property Coverage Form CP 00 10:

**Money & Securities**

**(1)** We will pay for loss of "money" and "securities" while:

**(a)** Inside the described premises;

**(b)** At a "banking premises";

**(c)** Temporarily within your living quarters or the living quarters of any other member, volunteer; or

**(d)** "employee" having use and custody of the property; or

**(e)** "In transit" between **(1)(a), (1)(b)**, or **(1)(c)**

that results directly from:

**(f)** "theft"; or

**(g)** Disappearance or destruction.

**(2)** Under this Additional Coverage, all loss:

**(a)** Caused by one or more persons; or

**(b)** Involving a single act or series of related acts;

is considered one "occurrence".

**(3)** You must keep records of all "money" and "securities" so we can verify the amount of any one loss or damage.

**(4)** The amount payable under this

ZBP A617294 00 4109020

Additional Coverage is additional insurance.

(5) The most we will pay for loss in any one "occurrence" is $25,000 or the Limit of Insurance shown in the Amended Limits Section of this Endorsement.

**(6) Special Money & Securities Exclusions**

We will not pay for loss:

(a) Resulting from accounting or arithmetic errors or omissions;

(b) Resulting from giving or surrendering of property in any exchange or purchase; or

(c) Of property contained in any money-operated device unless the amount of "money" deposited in it is recorded by a continuous recording instrument in the device.

(d) Loss or damage to "money" and "securities" following and directly related to the use of any computer to fraudulently cause a transfer of that property from inside the described "banking premises":

(i) To a person (other than a messenger) outside those premises; or

(ii) To a place outside those premises.

**32. Money Orders & Counterfeit Money**

The following is added to **A. Coverage, Paragraph 4. Additional Coverages** of Building and Personal Property Coverage Form CP 00 10:

**Money Orders & Counterfeit Money**

(1) We will pay for loss resulting directly from your having accepted in good faith, in exchange for merchandise, "money" or services:

(a) Money orders issued by any post office, express company or bank that are not paid upon presentation; or

(b) "Counterfeit money" that is acquired during the regular course of business.

(2) The most we will pay for loss in any one "occurrence" is $25,000 or the Limit of Insurance shown in the Amended Limits Section of this Endorsement.

(3) The amount payable under this Additional Coverage is additional insurance.

**33. Newly Acquired or Constructed Property**

**A. Coverage,** Paragraph **5. Coverage Extensions,** subparagraph **a.** of Building and Personal Property Coverage Form CP 00 10 is replaced by the following:

**a. Newly Acquired or Constructed Property**

**(1) Buildings**

If this policy covers Building, you may extend that insurance to apply to:

(a) Your new buildings while being built on the described premises; and

(b) Buildings you acquire at locations, other than the described premises, intended for:

(i) Similar use as the building described in the Declarations; or

(ii) Use as a warehouse.

The most we will pay for loss or damage under this Extension is $2,000,000 at each building or the Limit of Insurance shown in the Amended Limits Section of this Endorsement.

**(2) Business Personal Property**

(a) If this policy covers Your Business Personal Property, you may extend that insurance to apply to:

(i) Business personal property, including such property that you newly acquire, at any location you acquire other than at fairs, trade shows or exhibitions;

(ii) Business personal property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations; or

The most we will pay for loss or damage under this

Hanover00079

ZBV A617294 00 4109020

Extension is $1,000,000 at each building or the Limit of Insurance shown in the Amended Limits Section of this Endorsement.

**(b)** This Extension does not apply to:

    **(i)** Personal property of others that is temporarily in your possession in the course of installing or performing work on such property; or

    **(ii)** Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities.

**(3)** This insurance may not be used to increase your Business Personal Property Limit. It does not apply to personal property you acquire as part of your usual customary business dealings whether or not such acquisition was related to anticipated seasonal demands. Under the terms of this policy, such property is not considered newly acquired, but falls within the provisions for Business Personal Property.

**(4) Period of Coverage**

With respect to insurance provided under this Coverage Extension for newly Acquired or Constructed Property, coverage will end when any of the following first occurs:

**(a)** This policy expires;

**(b)** 180 days after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

**(c)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

**34. Newly Acquired Locations – Business Income & Extra Expense**

    **A. Coverage,** Paragraph **6. Coverage**

**Extension** of Business Income (and Extra Expense) Coverage Form CP 00 30 and Business Income (and Extra Expense) Coverage Form – Actual Loss Sustained 411-0581, **Newly Acquired Locations** is replaced by the following:

**Newly Acquired Locations**

**a.** You may extend your Business Income and Extra Expense Coverages to apply to property at any location you acquire other than fairs or exhibitions.

**b.** The most we will pay under this Extension, for the sum of Business Income loss and Extra Expense incurred, is $250,000 at each location or the Limit of Insurance shown in the Amended Limits Section of this Endorsement.

**c.** Insurance under this Extension for each newly acquired location will end when any of the following first occurs:

    **(1)** This policy expires;

    **(2)** 180 days expire after you acquire or begin to construct the property; or

    **(3)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property.

**35. Non-Owned Detached Trailers**

**A. Coverage,** Paragraph **5. Coverage Extensions,** subparagraph **f. Non-Owned Detached Trailers,** item **(3)** of Building and Personal Property Coverage Form CP 00 10 is replaced by the following:

**(3)** The most we will pay for loss or damage under this Extension is $25,000, or the Limit of Insurance shown in the Amended Limits Section of this Endorsement.

**36. Ordinance or Law**

The following is added to **A. Coverage,** Paragraph **4. Additional Coverages** of Building and Personal Property Coverage Form CP 00 10:

**Ordinance or Law**

**(1)** This Additional Coverage applies only to buildings which are insured on a Replacement Cost basis.

**(2) Application of Coverage**

This Additional Coverage applies only if both **(a)** and **(b)** below are satisfied and are then subject to the

qualifications set forth in **(c).**

**(a)** The Ordinance or Law:

   **(i)** Regulates the construction or repair of a building or structure, or establishes zoning or land use requirements at the described premises;

   **(ii)** Requires the demolition of undamaged parts of a covered building or structure that is damaged or destroyed by a Covered Cause of Loss; and

   **(iii)** Is in force at the time of loss.

But coverage under this Additional Coverage applies only in response to the minimum requirements of the ordinance or law. Losses and costs incurred in complying with recommended actions or standards that exceed actual requirements are not covered under this coverage.

**(b) (i)** The building sustains direct physical damage that is covered under this Policy and such damage results in enforcement of or compliance with the ordinance or law; or

   **(ii)** The building sustains both direct physical damage that is covered under this Policy and direct physical damage that is not covered under this Policy, and the building damage in its entirety results in enforcement of or compliance with the ordinance or law.

   **(iii)** But if the building sustains both direct physical damage that is covered under this Policy and direct physical damage that is not covered under this Policy, and the damage that is not covered is the subject of the ordinance or law, then there is no coverage under this Additional Coverage.

**(c)** In the situation described in **(b)(ii)** above, we will not pay the full amount of loss otherwise payable under the terms of coverages for Coverage for Loss to Undamaged portion of the Building, Demolition Cost Coverage or Increased Cost of Construction Coverage. Instead, we will only pay the proportion that covered direct physical damage bears to the total direct physical damage.

However, if the covered direct physical damage alone would have resulted in enforcement of the ordinance or law, then we will pay the full amount of the loss otherwise payable under the terms of Coverage for Loss or Damage to the Undamaged Portion of the Building, Demolition Cost Coverage or Increased Cost of Construction Coverage.

**(3)** We will not pay under this Additional Coverage for the costs associated with the enforcement of any ordinance or law which requires an insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

**(4) Coverage**

   **(a) Loss to Undamaged Portion of the Building**

   With respect to the building that has sustained covered direct physical damage; we will pay for the loss in value of the undamaged portion of the building as a consequence of enforcement of an ordinance or law that requires demolition of undamaged parts of the same building. Coverage for Loss to the Undamaged Portion of the Building is included within the Limit of Insurance shown in the Declarations as applicable to the covered building. Coverage does not increase the Limit of Insurance.

   **(b) Demolition Cost**

   With respect to the building that has sustained covered direct physical damage, we will pay the cost to demolish and clear the site of the undamaged parts of the same building, as a consequence of enforcement of an ordinance or law that requires demolition of such undamaged property.

   The Coinsurance Additional Condition does not apply to Demolition Cost Coverage.

ZB VA 617294 00 4109020

**(c) Increased Cost of Construction**

With respect to the building that has sustained covered direct physical damage; we will pay the increased cost to:

**(i)** Repair or reconstruct damaged portions of that buildings; and/or

**(ii)** Reconstruct or remodel undamaged portions of that building, whether or not demolition is required;

When the increased cost is a consequence of enforcement of or compliance with the minimum requirements of the ordinance or law.

However:

This coverage applies only if the restored or remodeled property is intended for similar occupancy as the current property, unless such occupancy is not permitted by zoning or land use ordinance or law.

We will not pay for the increased cost of construction if the building is not repaired, reconstructed or remodeled.

The Coinsurance Additional Condition does not apply to Increased Cost of Construction Coverage.

**(5) Loss Payment**

**(a)** The following loss payment provisions are subject to the apportionment procedure set forth in Section **m.2.(c)** of this Additional Coverage.

**(b)** When there is a loss in value of an undamaged portion of the building to which Coverage for Loss to the Undamaged Portion of the building applies, the loss payment for that building, including damaged and undamaged portions, will be determined as follows:

**(i)** If the property is repaired or replaced on the same premises, we will not pay more than the lesser of:

**1)** The amount you actually spend to repair, rebuild or reconstruct the building,

but not for more than the amount it would cost to restore the building on the same premises and to the same height, floor area, style and comparable quality of the original property insured; or

**2)** The Limit of Insurance shown in the Declarations as applicable to the covered building.

**(ii)** If the property is not repaired or replaced, we will not pay more than the lesser of:

**1)** The actual cash value of the building; or

**2)** The Limit of Insurance shown in the Declarations as applicable to the covered building.

**(c)** The most we will pay for the total of all covered losses for Demolition Cost and Increased Cost of Construction is the Limit of Insurance shown below. Subject to this combined Limit of Insurance, the following loss payment provisions apply:

**(i)** For Demolition Cost, we will not pay for more than the amount you actually spend to demolish and clear the site of the described premises.

**(ii)** For Increased Cost of Construction:

**1)** We will not pay for the increased cost of construction:

**a)** Until the property is actually repaired or replaced, at the same or another premises; and

**b)** Unless the repairs or replacement are made as soon as possible after the loss or damage, not to exceed two years.

**2)** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will

Hanover00082

ZB VA617294 00 4109020

pay for the increased cost of construction is the increased cost of construction at the same premises.

**(iii)** The most we will pay for loss under Demolition Cost and Increased Cost of Construction for each building is $500,000 or the Limit of Insurance shown in the Amended Limits Section of this Endorsement.

**(iv)** Under this endorsement we will not pay for loss due to any ordinance or law that:

**1)** You were required to comply with before the loss, even if the building was undamaged; and

**2)** You failed to comply with

## 37. Pollutant Clean-Up and Removal

**A. Coverage,** Paragraph **4. Additional Coverages,** subparagraph **d.** of Building and Personal Property Coverage Form CP 00 10 is replaced by the following:

### d. Pollutant Clean-Up and Removal

**(1)** We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

**(2)** This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants".

**(3)** But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

**(4)** The most we will pay under this Additional Coverage for each described premises is $100,000, or the Limit of Insurance shown in the Amended Limits Section of this Endorsement, for the sum of all covered expenses arising out

of Covered Causes of Loss occurring during each separate 12-month period of this policy.

**(5)** This Additional Coverage is an additional amount of insurance.

## 38  Preservation of Property

**A. Coverage,** Paragraph **4. Additional Coverage,** subparagraph **b.** of Building and Personal Property Coverage Form CP 00 10 is replaced by the following:

### b.  Preservation of Property

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within 90 days after the property is first moved.

## 39. Preservation of Property – Expense

The following is added to **A. Coverage,** Paragraph **4. Additional Coverages** of Building and Personal Property Coverage Form CP 00 10:

### Preservation of Property – Expense

**(1)** If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay your expenses to move or store the Covered Property.

**(2)** This coverage applies for 90 days after the property is first moved, but does not extend past the date on which this policy expires.

**(3)** The most we will pay under this Additional Coverage is $50,000 or the Limit of Insurance shown in the Amended Limits Section of this Endorsement.

**(4)** Additional Coverage The amount payable under this is additional insurance.

## 40. Property in Transit

**F. Additional Coverage Extensions**, Paragraph **1.** of Causes of Loss – Special Form CP 10 30 is replaced by the following:

### 1.  Property in Transit

ZB VA 617294 00 4109020

**a.** You may extend the insurance that applies to Your Business Personal Property to apply to direct physical loss or damage, caused by a Covered Cause of Loss, to your property or property of others that is in your care, custody or control while "in transit".

**b.** You may extend the insurance that applies to Your Business Personal Property to apply to direct physical loss or damage, caused by a Covered Cause of Loss, to outgoing shipments that have been rejected, while in due course of transit back to you or while awaiting return shipment to you.

**c.** This Extension applies to the property while:

    **(1)** In a vehicle owned, leased or operated by you; or

    **(2)** In the custody of a common carrier or contract carrier.

**d.** The following Exclusions do not apply to this Extension:

    **(1)** Earth Movement; and

    **(2)** Water.

**e.** The most we will pay for loss or damage under this Extension is $100,000 or the Limit of Insurance shown in the Amended Limits Section of this Endorsement.

**f.** This Coverage Extension is additional insurance.

**g. Special Property in Transit Exclusions**

This Extension does not apply to:

    **(1)** Shipments that belong to others that you are transporting for a fee;

    **(2)** Salesperson's samples; or

    **(3)** Loss to "perishable stock" resulting from a breakdown of refrigeration equipment on any vehicle owned, leased or operated by you or while in the custody of a common or contract carrier.

**41. Property Off Premises**

**A. Coverage,** Paragraph **5. Coverage Extensions,** subparagraph **d.** of Building

and Personal Property Coverage Form CP 00 10, is replaced by the following:

**d. Property Off Premises**

    **(1)** You may extend the insurance that applies to Business Personal Property while:

        **(a)** Temporarily at a location you do not own, lease or operate; or

        **(b)** At any fair, trade show or exhibition.

    **(2)** The most we will pay for loss or damage under this Extension is $150,000 or the Limit of Insurance shown in the Amended Limits Section of this Endorsement.

    **(3) Special Property Off Premises Exclusion**

This extension does not apply to property:

        **(a)** In or on a vehicle; or

        **(b)** In the care, custody or control of your salespersons, unless the property is in such care, custody or control at a fair, trade show or exhibition.

**42. Prototypes**

The following is added to **A. Coverage,** Paragraph **5. Coverage Extensions** of Building and Personal Property Coverage Form CP 00 10:

**Prototypes**

    **(1)** You may extend the insurance that applies to your Business Personal Property to apply to direct physical loss or damage, caused by a Covered Cause of Loss, to "prototypes" related to your "research and development operations" that:

        **(a)** You own; or

        **(b)** Are owned by others and in your care, custody or control;

while at a described premises.

    **(2)** We will not pay for loss or damage to "prototypes" until you actually replicate such property. Repairs or replication must be made as soon as reasonably possible after the loss or damage, but in no event later than two years after the loss or damage unless we grant an extension in writing prior to the expiration of the two year period.

Hanover00084

(3) Payment under this Extension is included within your Business Personal Property Limit of Insurance.

## 43. Rewards – Arson, Theft, Vandalism

The following is added to **A. Coverage, Paragraph 4. Additional Coverages,** of Building and Personal Property Coverage Form CP 00 10:

### Rewards – Arson, Theft, Vandalism

(1) We will reimburse you for payment of any reward offered on your behalf and for information that leads to the arrest and conviction of the person or persons responsible for:

(a) Arson;

(b) "Theft"; or

(c) Vandalism

to Covered Property.

(2) The arrest or conviction must involve a covered loss caused by arson, "theft" or vandalism.

(3) The most we will pay under this Additional Coverage is $75,000 or the Limit of Insurance shown in the Amended Limits Section of this Endorsement. The amount we pay is not increased by the number of persons involved in providing the information.

(4) The amount payable under this Additional Coverage is additional insurance.

(5) The deductible does not apply to this Additional Coverage.

## 44. Sales Representative Samples

The following is added to **A. Coverage, Paragraph 4. Additional Coverages** of Building and Personal Property Coverage Form CP 00 10:

### Sales Representative Samples

(1) We will pay for direct physical loss or damage by a Covered Cause of Loss to samples of your "stock" in trade (including containers) while:

(a) In the custody of your sales representative, agent or any "employee" who travels with sales samples;

(b) In your custody while acting as a sales representative; or

(c) "In transit" between the described premises and your sales representatives.

(2) The following Exclusions do not apply to this Additional Coverage:

(a) Earth Movement; and

(b) Water.

(3) The most we will pay for any loss or damage under this Additional Coverage is $25,000 or the Limit of Insurance shown in the Amended Limits Section of this Endorsement.

(4) The amount payable under this Additional Coverage is additional insurance.

(5) We will not pay for loss to the following property:

(a) Property which has been sold;

(b) Jewelry, precious or semiprecious stones, gold, silver, platinum or other precious metals or alloys;

(c) Fur, fur garments or garments trimmed with fur; or

(d) Any property while waterborne.

(6) **Special Sales Representative Sample Exclusion**

We do not cover loss resulting from "theft" from an unattended vehicle, except when it is securely locked its windows are fully closed, and there is visible evidence that entry into the vehicle was forced.

## 45. Seasonal Increase – Business Personal Property

The following is added to **A. Coverage,** Paragraph **5 Coverage Extensions** of Building and Personal Property Coverage Form CP 00 10:

### Seasonal Increase – Business Personal Property

(1) The Limit of Insurance for Business Personal Property will automatically increase by 25% to provide for seasonal variations in your business.

(2) This increase will apply only if the Limit of Insurance shown for Business Personal Property in the Declarations is at least 100% of your average monthly values during the lessor of:

(a) The 12 months immediately preceding the date the loss or damage occurs; or

(b) The period of time you have been in business as of the date the loss

or damage occurs

## 46. Sewer Backup

The following is added to **A. Coverage, Paragraph 4. Additional Coverages** of Building and Personal Property Coverage Form CP 00 10:

### Sewer Backup

**(1)** We will pay for direct physical loss or damage to Covered Property at the described premises, solely caused by or resulting from water or waterborne material carried or moved by water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment. The term drain includes a roof drain and its related fixtures.

**(2)** Payment under this Additional Coverage is included within the applicable Limit of Insurance for Covered Property at the location of loss or damage.

**(3) Special Sewer Backup Exclusion**

We will not pay for:

**(a)** Loss or damage from water or other materials that back-up or overflow from any sewer or drain, sump, sump pump or related equipment when it is caused by or results from any "flood", regardless of the proximity of the back-up or overflow to the "flood" condition; or

**(b)** Failure to keep a sump pump or its related equipment in proper working condition; or

**(c)** Failure to perform routine maintenance or repair necessary to keep a sewer or drain free from obstructions.

## 47. Soft Costs

The following is added to **A. Coverage, Paragraph 5 Coverage Extensions** of Building and Personal Property Coverage Form CP 00 10:

### Soft Costs

**(1)** We will pay the actual "soft cost expenses" that arise out of a delay in the construction, erection or fabrication of a Covered Building that is listed in paragraphs **A.1.a.(5)** of Building and Personal Property Coverage Form CP 00 10 and Section **III.A.3.a.(11)** of this

endorsement resulting from direct physical loss or damage to that Covered Building from a Covered Cause of Loss.

**(2)** We will only pay the necessary "soft cost expenses" that are over and above those costs that would have been incurred had there been no delay.

**(3)** The most we will pay under this Extension in any one "occurrence" is $25,000 or the Limit of Insurance shown in the Amended Limits Section of this Endorsement.

## 48. Temporary Relocation of Property

The following is added to **A. Coverage, Paragraph 4. Additional Coverages** of Building and Personal Property Coverage Form CP 00 10:

### Temporary Relocation of Property

**(1)** We will pay for loss of or damage to Covered Property from a Covered Cause of Loss while it is away from the described premises, if it is being stored temporarily at a location you do not own, lease or operate while the described premises is being renovated or remodeled.

**(2)** This coverage applies for 90 days after the property is first moved, but does not extend past the date on which this policy expires.

**(3)** The most we will pay under this Additional Coverage is $100,000 or the Limit of Insurance shown in the Amended Limits Section of this Endorsement.

**(4)** The amount payable under this Additional Coverage is additional insurance.

## 49. Tenant Glass

The following is added to **A. Coverage, Paragraph 4. Additional Coverages** of Building and Personal Property Coverage Form CP 00 10:

### Tenant Glass

**(1)** If glass in a building you occupy, but do not own, is damaged, we will pay for direct physical loss of or damage to glass.

**(2)** This insurance includes replacement of lettering, artwork, ornamentation, sensors or other items permanently affixed to, or a part of a building at an

IH 04 00 4109020

insured location.

(3) For coverage to apply, the glass must be in your care, custody or control and repairs must be made at your expense.

(4) We will also pay for necessary:

(a) Expenses incurred to put up temporary plates or board up openings when repair or replacement of the damaged glass is delayed;

(b) Repair or replacement of encasing frames; and

(c) Expenses incurred to remove or replace obstructions to repair or replace the damaged glass.

This does not include the cost of removing, replacing or rebuilding window displays.

(5) Paragraph **B. Exclusions** of Causes of Loss Special Form CP 10 30 does not apply to this Additional Coverage, except for:

(a) Paragraph **B.1.b. Earth Movement**;

(b) Paragraph **B.1.c. Governmental Action**;

(c) Paragraph **B.1.d. Nuclear Hazard**;

(d) Paragraph **B.1.f War & Military Action**; and

(e) Paragraph **B.1.g. Water.**

(6) We will not pay for loss or damage caused by or resulting from:

(a) Wear and tear;

(b) Hidden or latent defect;

(c) Corrosion; or

(d) Rust;

whatever its origin or cause.

(7) The most we will pay for loss or damage in an "occurrence" under this Additional Coverage is $15,000 or the Limit of Insurance shown in the Amended Limits Section of this Endorsement.

(8) The amount payable under this Additional Coverage is additional insurance.

**50. Tenant Relocation**

The following is added to **A. Coverage,** Paragraph **4. Additional Coverages** of

Building and Personal Property Coverage Form CP 00 10:

**Tenant Relocation**

(1) In the event that your tenants must temporarily vacate the covered Building at the described premises due to untenantability caused by direct physical loss or damage by a Covered Cause of Loss, we will pay the following expenses you actually incur to move those tenants out of and back into your covered Building.

(2) We will only pay for the following expenses:

(a) Packing, transporting and unpacking the tenant's Business Personal Property including the cost of insuring the move out and back and any necessary disassembly and reassembly or setup of furniture and equipment; and

(b) The net cost to discontinue and re-establish the tenants' utility and telephone services, after any refunds due the tenants.

(3) We will only pay for these expenses that you actually incur within 60 days of the date that the damaged buildings has been repaired or rebuilt.

(4) Regardless of the number of tenants' involved, the most we will pay in any one "occurrence" is $50,000 or the Limit of Insurance shown in the Amended Limits Section of this Endorsement.

**51. Theft Damage to Building**

The following is added to **A. Coverage,** Paragraph **5. Coverage Extensions** of Building and Personal Property Coverage Form CP 00 10:

**Theft Damage to Building**

(1) You may extend the insurance that applies to your Business Personal property to apply to direct physical loss or damage to:

(a) That part of the non-owned building where you are a tenant; and

(b) Non-owned equipment within the building used to maintain or service the building;

Caused by or resulting from "theft" or attempted "theft".

**(2)** This Extension applies only to a premise where you are a tenant and to this premises and non-owned equipment only if you have a contractual obligation to insure.

**(3)** Payment under this extension is included within the Limit of Insurance applicable to your Business Personal property.

**(4)** We will pay nothing if others pay for the repairs or replacement.

## 52. Transit Business Income & Extra Expense

The following is added to **A. Coverage,** Paragraph **5. Additional Coverages** of Business Income (and Extra Expense) Coverage Form CP 00 30 and Business Income (and Extra Expense) Coverage Form – Actual Loss Sustained 411-0581:

### Transit Business Income & Extra Expense

**(1)** We will pay the actual loss of Business Income you sustain and necessary and reasonable Extra Expense you incur caused by direct physical loss of or direct physical damage to Covered Property while "in transit" caused by or resulting from a Covered Cause of Loss.

**(2)** The following Exclusions do not apply to this Additional Coverage:

    **(a)** Earth Movement; and

    **(b)** Water.

**(3)** The most we will pay for loss in any one "occurrence" under this Additional Coverage is $75,000 or the Limit of Insurance shown in the Amended Limits Section of this Endorsement.

**(4)** The amount payable under this Additional Coverage is additional insurance.

## 53. Undamaged Tenants Improvements and Betterments

The following is added to **A. Coverage,** Paragraph **5. Coverage Extensions** of Building and Personal Property Coverage Form CP 00 10:

### Undamaged Tenants Improvements and Betterments

**(1)** You may extend the insurance that applies to your Business Personal Property to apply to your use as a tenant in the undamaged portion of

Improvements and Betterments due to the cancellation of your written lease:

    **(a)** Made part of the building or structure you occupy but do not own; and

    **(b)** You acquired but cannot legally remove.

**(2)** The cancellation must result from:

    **(a)** Direct physical loss or damage to a building at premises described in the Declarations caused by or resulting from any Covered Cause of Loss

**(3)** We will determine the proportionate value of Undamaged Tenants Improvements and Betterments as Follows:

    **(a)** Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

    **(b)** Divide the amount determined in **(a)** above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

**(4)** The most we will pay for loss or damage under this Extension in any one "occurrence" is $50,000 or the Limit of Insurance shown in the Amended Limits Section of this Endorsement.

**(5)** The amount payable under this Coverage Extension is additional insurance.

## 54. Underground Water Seepage

The following is added to **A. Coverage ,** Paragraph **4. Additional Coverages** of Building and Personal Property Coverage Form CP 00 10:

### Underground Water Seepage

**(1)** We will pay for direct physical loss or damage to Covered Property at the described premises, caused by or resulting from water under the ground surface pressing on, or flowing or seeping through:

    **(a)** Foundations, walls, floors or paved surfaces; or

Hanover00088

**(b)** Basements, whether paved or not.

**(2)** The most we will pay for loss in any one "occurrence" under this Additional Coverage is $50,000.

**(3)** The amount payable under this Additional Coverage is additional insurance.

**55. Unintentional Property Reporting Errors**

The following is added to **A. Coverage,** Paragraph **4. Additional Coverages** of Building and Personal Property Coverage Form CP 00 10:

**Unintentional Property Reporting Errors**

**(1)** If "you" unintentionally failed to report or describe a location to "us", coverage provided by this policy will not be invalid. However, "you" must report such errors or omission to "us" in writing as soon as you discover them. "You" also agree to pay the additional premium that would have been earned by "us" if the location was correctly reported to "us".

**(2)** This Additional Coverage only applies to direct loss or damaged caused by a Covered Cause of Loss at the omitted location and does not include any coverage for the perils of flood or earthquake even if flood and earthquake coverage is purchased for this or another policy.

**(3)** You must provide reasonable documentation and clear and convincing evidence explaining the cause of the oversight.

**(4)** For any location you have failed to report to us, this coverage will end when any of the following first occurs:

**(a)** This policy expires; or

**(b)** You report values to us.

**(5)** The most we will pay for any loss under this Additional Coverage in any one policy period regardless of the number of occurrences or reporting errors or omissions is $500,000.

**(6)** The amount payable under this Additional Coverage is additional insurance.

**(7)** This Additional Coverage does not apply to a loss that is covered under **Newly Acquired or Constructed Property** coverage.

**56. Unnamed Locations**

The following is added to **A. Coverage,** Paragraph **5. Coverage Extensions** of Building and Personal Property Coverage Form CP 00 10:

**Unnamed Locations**

**(1)** You may extend the insurance that applies to your Business Personal Property to apply to direct physical loss or damage, caused by a Covered Cause of Loss, to your property or property of others that is in your care, custody or control while it is at other than a described location, but located within the Coverage Territory.

**(2) Special Unnamed Locations Exclusions**

This Extension does not apply to:

**(a)** Loss or damage caused directly or indirectly by "Flood" or Earthquake, even when these Causes of Loss are added to this policy by endorsement.

**(b)** Loss or damage covered under the following Additional Coverages or Extensions:

**(i)** Property in Transit

**(ii)** Sales Representatives Samples; or

**(iii)** Property on Exhibition.

**(c)** Any property that is covered under this Coverage Part or policy, or any other policy, whether collectible or not.

**(3)** The most we will pay for loss or damage in any one "occurrence" under this Extension of Coverage is $150,000, or the Limit of Insurance shown in the Amended Limits Section of this Endorsement, regardless of the number of unnamed locations.

**57. Utility Services**

The following is added to **A. Coverage,** Paragraph **4. Additional Coverages** of Building and Personal Property Coverage Form CP 00 10:

**Utility Services**

**(1)** We will pay for loss of or damage to Covered Property caused by an interruption in service to the described premises. The interruption must result from direct physical loss or damage by a Covered Cause of Loss to property

not on the described premises that provides the services shown below in paragraph **(3)**.

The most we will pay for loss in any one "occurrence" under this Additional Coverage is $100,000 at each described premises or the Limit of Insurance shown in the Amended Limits Section of this Endorsement.

(2) We will pay for the actual loss of Business Income you sustain and necessary Extra Expense you incur caused by the interruption of service at the described premises. The interruption must result from direct physical loss or damage by a Covered Cause of Loss to property not on the described premises that provides the services shown below in paragraph **(3)**.

We will only pay for loss you sustain after the first 24 hours following the direct physical loss or damage to the property described above.

The most we will pay for loss in any one "occurrence" under this Additional Coverage is $100,000 at each described premises or the Limit of Insurance shown in the Amended Limits Section of this Endorsement.

(3) Services:

(a) Water Supply Services, meaning the following types of property supplying water to the described premises:

(i) Pumping stations; and

(ii) Water mains.

(b) Communication Supply Services, meaning the following types of property supplying communication services, including telephone, radio, microwave or television services to the described premises, such as:

(i) Communication transmission lines, including optic fiber transmission lines;

(ii) Coaxial cables; and

(iii) Microwave radio relays except satellites.

(c) Power Supply Services, meaning the following types of property supplying electricity, steam or gas to the described premises:

(i) Utility generating plants;

(ii) Switching stations;

(iii) Substations;

(iv) Transformers; and

(v) Transmission lines.

Services under this Additional Coverage do not include overhead transmission lines that deliver utility services to you. Overhead transmission lines include, but are not limited to:

(vi) Overhead transmission and distribution lines;

(vii) Overhead transformers and similar equipment; and

(viii) Supporting poles and towers.

(4) As used in this additional coverage, the term transmission lines includes all lines which serve to transmit communication service or power, including lines which may be identified as distribution lines.

(5) This coverage is not an additional amount of insurance.

(6) Coverage under this Additional Coverage for loss or damage to Covered Property does not apply to loss or damage to "electronic data", including destruction or corruption of "electronic data".

(7) **Special Utility Services Exclusion**

Coverage under this Additional Coverage does not include loss of "perishable goods" due to "spoilage" that results from:

(a) Complete or partial lack of electrical power; or

(b) Fluctuation of electrical current.

**58. Voluntary Parting**

The following is added to **A. Coverage,** Paragraph **4. Additional Coverages** of Building and Personal Property Coverage Form CP 00 10:

**Voluntary Parting**

(1) We will pay for loss or damage to covered property when you or your "employees" are fraudulently induced to part with Covered Property to or by:

(a) Persons who falsely represent themselves as the proper persons to receive the property; or

ZBV A617294 00 4109020

**(b)** Acceptance of fraudulent bills of lading or shipping receipts.

**(2)** The most we will pay under this additional coverage is $50,000 for any one "occurrence" or the Limit of Insurance shown in the Amended Limits Section of this Endorsement.

## 59. Water Damage, Other Liquids, Powder or Molten Material Damage

**F. Additional Coverage Extensions,** Paragraph **2.** of Causes of Loss – Special Form CP 10 30 is replaced by the following:

**2. Water Damage, Other Liquids, Powder or Molten Material Damage**

   **a.** If loss or damage caused by or resulting from covered water damage or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure, or, in the case of underground pipes, lawns, shrubs or paved areas, to repair damage to the system or appliance from which the water or other substance escapes.

   **b.** Payment under this Additional Coverage is included within the applicable Limit of Insurance. The maximum we will pay for loss or damage to lawns, shrubs or paved areas is $50,000 per "occurrence" or the Limit of Insurance shown in the Amended Limits Section of this Endorsement.

   **THIS IS NOT FLOOD INSURANCE OR PROTECTION FROM AN INUNDATION OF SURFACE WATER, HOWEVER CAUSED.**

## 60. Windblown Debris

The following is added to **A. Coverage,** Paragraph **5. Coverage Extensions** of Building and Personal Property Coverage Form CP 00 10:

**Windblown Debris**

**(1)** We will pay your reasonable expenses to remove the windblown debris (including trees) from the described premises, if it is carried to the described premises from the premises of others by wind, during the policy period.

**(2)** The most we will pay in any one "occurrence" in total for the removal of all windblown debris under this Extension is $10,000 or the Limit of Insurance shown in the Amended Limits Section of this Endorsement.

## 61. Worldwide Property Off-Premises

The following is added to **A. Coverage,** Paragraph **5. Coverage Extensions** of Building and Personal Property Coverage Form CP 00 10:

**Worldwide Property Off-Premises**

**(1)** You may extend the insurance that applies to your Business Personal Property and Personal Property of Others to apply to that property while it is temporarily outside the coverage territory if it is:

   **(a)** Temporarily at a location you do not own, lease or operate;

   **(b)** Temporarily on display or exhibit at any fair, trade show or exhibition;

   **(c)** Samples of your "stock" in trade in the custody of your sales representatives; or

   **(d)** While "in transit" between the described premises and a location described in **(a), (b)** or **(c)** above.

**(2)** The most we will pay for loss or damage under this Extension is $75,000 or the Limit of Insurance shown in the Amended Limits Section of this Endorsement.

**(3)** This Extension provides an additional amount of insurance.

## B. Coverages Included within the Blanket Limit of Insurance

### 1. Accounts Receivable

The following is added to **A. Coverage,** Paragraph **4. Additional Coverages** of Building and Personal Property Coverage Form CP 00 10:

**Accounts Receivable**

**(1)** We will pay for loss or damage caused by or resulting from a Covered Cause of Loss to your records of Accounts Receivable.

Accounts Receivable means:

   **(a)** All amounts due from your customers that you are unable to collect;

   **(b)** Interest charges on any loan

Hanover00091

required to offset amounts you are unable to collect pending our payment of these amounts;

(c) Collection expenses in excess of your normal collection expenses that are made necessary by loss or damage; and

(d) Other reasonable expenses that you incur to re-establish your records of accounts receivable.

(2) The most we will pay under this Additional Coverage for loss or damage in any one "occurrence" at a described premises is subject to the Blanket Coverage Limit of Insurance or the Limit of Insurance shown in the Amended Limits Section of this Endorsement.

(3) **Special Accounts Receivable Exclusions**

We will not pay for loss or damage:

(a) Caused by alteration, falsification, concealment or destruction of records of accounts receivable done to conceal the wrongful giving, taking or withholding of "money", "securities" or "other property".

This exclusion applies only to the extent of the wrongful giving, taking or withholding

(b) Caused by bookkeeping, accounting or billing errors or omissions

(c) That requires any audit of records or any inventory computation to prove its factual existence.

2. **Deferred Payments**

The following is added to **A. Coverage, Paragraph 4. Additional Coverages** of Building and Personal Property Coverage Form CP 0010:

**Deferred Payments**

(1) We will pay for your interest in lost or damaged Personal Property sold by you under a conditional sale or trust agreement or any installment or deferred payment plan after delivery to buyers. The loss or damage must be caused by a Covered Cause of Loss.

(2) When a total loss to that property occurs, deferred payments are valued on the amount shown on your books as due from the buyer.

When a partial loss to that property occurs and the buyer refuses to continue payment, forcing you to repossess, deferred payments are valued as follows:

(a) If the realized or appraised value of the repossessed property is greater than or equal to the amount shown on your books as due from the buyer, we will make no payment; but

(b) If the realized value of the repossessed property is less than the amount shown on your books as due from the buyer, we will pay the difference.

(3) When loss occurs and the buyer continues to pay you, there will be no loss payment.

(4) The most we will pay under this Additional Coverage for loss or damage in any one "occurrence" at a described premises is subject to the Blanket Coverage Limit of Insurance or the Limit of Insurance shown in the Amended Limits Section of this Endorsement.

3. **Fine Arts**

The following is added to **A. Coverage, Paragraph 4. Additional Coverages** of Building and Personal Property Coverage Form CP 00 10:

**Fine Arts**

(1) We will pay for direct physical loss to "fine arts" which are your property or the property of others in your care, custody or control while on the described premises. We also cover your "fine arts" while temporarily on display or exhibit away from the described premises or while "in transit" between the described premises and a location where the "fine arts" will be temporarily on display or exhibit.

(2) The following Exclusions do not apply to this Additional Coverage:

(a) Earth Movement; and

(b) Water.

(3) The most we will pay under this Additional Coverage for loss or damage in any one "occurrence" at a described premises is subject to the Blanket Coverage Limit of Insurance or the Limit of Insurance shown in the Amended Limits Section of this

Endorsement.

**(4)** The amount payable under this Additional Coverage is additional insurance.

**(5) Special Fine Arts Exclusion**

We will not pay for any loss caused by or resulting from:

**(a)** Breakage of statuary, glassware, bric-a-brac, marble, porcelain and similar fragile property. But we will pay if the loss or damage is caused directly by a "specified cause of loss", earthquake or flood; and

**(b)** Any repairing, restoration or retouching of the "fine arts".

## 4. Fire Department Service Charge

**A. Coverage,** Paragraph **4. Additional Coverages,** subparagraph **c.** of Building and Personal Property Coverage Form CP 00 10 is replaced by the following:

**c. Fire Department Service Charge**

**(1)** When the fire department is called to save or protect Covered Property from a Covered Loss, we will pay your actual expenses for your liability for fire department service charges at each described premises.

**(2)** This Additional Coverage applies to your liability for fire department service charges:

**(a)** Assumed by contract or agreement prior to loss; or

**(b)** Required by local ordinance.

**(3)** No deductible applies to this Additional Coverage.

**(4)** The most we will pay under this Additional Coverage for loss or damage in any one "occurrence" at each described premises is subject to the Blanket Coverage Limit of Insurance or the Limit of Insurance shown in the Amended Limits Section of this Endorsement.

**(5)** Such limit is the most we will pay regardless of the number of responding fire departments or fire units, and regardless of the number or type of services performed.

## 5. Movement of Property

The following is added to **A. Coverage,** Paragraph **5. Coverage Extensions** of Building and Personal Property Coverage Form CP 00 10:

**Movement of Property**

**(1)** You may extend the insurance that applies to Covered Property to apply to direct physical loss or damage from a Covered Cause of Loss to your Business Personal Property from an insured location which has been deleted from this policy if:

**(a)** You moved Covered Property from the deleted location to a new premises; and

**(b)** A Limit of Insurance for the new premises has been added to this policy; and

**(c)** The direct physical loss or damage occurs to Covered Property at the prior insured location before the movement of property to the new premises is completed.

**(2)** Insurance under this Coverage Extension will end when any of the following first occurs:

**(a)** The movement of property to the new premises is completed; or

**(b)** 30 days after the effective date of the endorsement adding the new premises.

**(3)** Regardless of the number of described premises involved, the most we will pay under this Extension for loss or damage in any one "occurrence" is subject to the Blanket Coverage Limit of Insurance, or the Limit of Insurance shown in the Amended Limits Section of this Endorsement.

## 6. Outdoor Property

**A. Coverage,** Paragraph **5. Coverage Extensions,** subparagraph **e.** of Building and Personal Property Coverage Form CP 00 10 is replaced by the following:

**e. Outdoor Property**

**(1)** You may extend insurance provided by this Coverage Form to apply to your radio and television antennas (including satellite dishes), trees, shrubs, plants and lawns which are "stock" or are a part of a vegetated roof, including

ZBVA617294 00 4109020

debris removal expense, caused by or resulting from any of the following causes of loss:

(a) Fire;

(b) Windstorm;

(c) Hail;

(d) Lightning;

(e) Explosion;

(f) Riot or Civil Commotion;

(g) Vandalism;

(h) Aircraft or Vehicles;

(i) Theft; or

(j) Falling Objects.

(2) Coverage under this Extension does not apply to property held for sale by you.

(3) We will not pay more than $1,000 for loss or damage to any one tree, shrub or plant under this Extension.

(4) Regardless of the number of described premises involved, the most we will pay under this Extension for loss or damage in any one "occurrence" is subject to the Blanket Coverage Limit of Insurance, or the Limit of Insurance shown in the Amended Limits Section of this Endorsement.

7. **Personal Effects & Property of Others**

**A. Coverage,** Paragraph **5. Coverage Extensions,** subparagraph **b.** of Building and Personal Property Coverage Form CP 00 10 is replaced by the following:

b. **Personal Effects & Property of Others**

(1) You may extend the insurance that applies to Your Business Personal Property to apply to:

(a) Personal effects owned by you, your officers, your partners or members, your managers or officers, your directors, your trustees or your employees.

(b) Personal property of others in your care, custody or control.

(2) We will not pay more than $5,000 in total for loss or damage for any one person, in any one "occurrence". Our payment for

loss or damage to personal property of others will only be for the account of the owner of the property. No deductible applies to this Extension.

(3) Regardless of the number of persons involved, the most we will pay under this Extension is subject to the Blanket Coverage Limit of Insurance or the Limit of Insurance shown in the Amended Limits Section of this Endorsement.

8. **Research and Development Documentation**

The following is added to **A. Coverage,** Paragraph **5. Coverage Extensions** of Building and Personal Property Coverage Form CP 00 10:

**Research and Development Documentation**

(1) You may extend the insurance that applies to Business Personal Property to apply to direct physical loss or damage, resulting from a Covered Cause of Loss, to "research and development documentation" that you own or that is in your care, custody or control at a described premises.

(2) Paragraph **B. Exclusions** of Causes of Loss – Special Form CP 10 30 do not apply to this Coverage Extension, except for:

(a) Paragraph **B.1.c. Governmental Action**;

(b) Paragraph **B.1.d. Nuclear Hazard**;

(c) Paragraph **B.1.f. War and Military Action**;

(d) Paragraph **B.2.h. Dishonesty**;

(e) Paragraph **B.2.i. False Pretense**; and

(f) Paragraph **B.3**.

(3) This Coverage Extension does not apply to loss or damage caused by or resulting from:

(a) Electrical or magnetic injury, disturbance or erasure of electronic recordings that is caused by or results from:

(i) Programming errors or faulty machine instructions; or

(ii) Faulty installation or

Hanover00094

maintenance of data processing equipment or component parts.

**(b)** Errors or omissions in processing or copying. But if errors or omissions in processing or copying results in fire or explosion, we will pay for the direct loss or damage caused by the fire or explosion;

**(c)** Erasure of "research and development documentation"; or

**(d)** Unauthorized instructions to transfer property to any person or place.

**(4)** Coverage provided by this Extension does not apply to "research and development documentation" which exist as "electronic data".

**(5)** We will not pay for loss or damage to "research and development documentation" until you actually replicate such documentation. Repairs or replication must be made as soon as reasonably possible after the loss or damage, but in no event later than two years after the loss or damage unless we grant an extension in writing prior to the expiration of the two-year period.

**(6)** We will not pay for loss or damage to "research and development documentation" applicable to:

**(a)** Products that are obsolete;

**(b)** Existing products you have withdrawn from the market; or

**(c)** Existing products you have not sold in the last twelve months prior to the loss.

**(7)** Regardless of the number of insured locations involved, the most we will pay under this Extension for loss or damage in any one "occurrence" at a described premises is subject to the Blanket Coverage Limit of Insurance or the Limit of Insurance shown in the Amended Limits Section of this Endorsement.

**9. Valuable Papers and Records (Other Than Electronic Data)**

**A. Coverage,** Paragraph **5. Coverage Extensions,** subparagraph **c.** of Building and Personal Property Coverage Form CP 00 10 is replaced by the following:

**c. Valuable Papers and Records (Other Than Electronic Data)**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to direct physical loss or damage to "valuable papers and records" that you own, or that are in your care, custody or control caused by a Covered Cause of Loss. This Extension includes the cost to research, replace or restore the lost information that previously existed on "valuable papers and records" for which duplicates do not exist.

**(2)** The following Exclusions do not apply to this Coverage Extension:

**(a)** Earth Movement; and

**(b)** Water.

**(3)** The most we will pay under this Extension for loss or damage in any one "occurrence" at a described premises is subject to the Blanket Coverage Limit of Insurance or the Limit of Insurance shown in the Amended Limits Section of this Endorsement.

## IV. VALUATION

**A. E. Loss Conditions**, Paragraph **7. Valuation**, subparagraph **b.** of Building and Personal Property Coverage Form CP 00 10 is replaced by the following:

**b.** If the Limit of Insurance for Building satisfies the Additional Condition, Coinsurance, and the cost to repair or replace the damaged building property is $2,500 or less, we will pay the cost of building repairs or replacement.

The cost of building repairs or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

However, the following property will be valued at the actual cash value even when attached to the building:

**(1)** Awnings or floor coverings;

**(2)** Appliances for refrigerating, ventilating, cooking, dishwashing or laundering;

**(3)** Outdoor equipment or furniture; or

**(4)** Retaining walls.

**B.** The following is added to **E. Loss Conditions,**

ZB PA 617294 00 4109020

Paragraph **7. Valuation** of Building and Personal Property Coverage Form CP 00 10:

**f.** "Valuable papers and records" at the cost of restoration or replacement, including the cost of data entry, re-programming, computer consultation services and the media on which the data or programs reside. To the extent that the contents of the "valuable papers and records" are not replaced or restored, the "valuable papers and records" will be valued at the cost of blank materials for reproducing the records and the labor to transcribe or copy the records when there is a duplicate.

**g.** "Money" at its face value.

**h.** "Securities" at their value at the close of business on the day the loss is discovered.

**i.** Accounts Receivable:

    **(1)** If you cannot accurately establish the amount of accounts receivable outstanding as of the time of loss or damage:

        **(a)** We will determine the total of the average monthly amounts of accounts receivable for the 12 months preceding the month in which loss or damage occurs; and

        **(b)** We will adjust that total for any normal fluctuations in the amount of accounts receivable for the month in which the loss or damage occurred or for any demonstrated variance from the average for that month.

    **(2)** The following will be deducted from the total amount of accounts receivable, however that amount is established:

        **(a)** The amount of the accounts for which there is no loss or damage;

        **(b)** The amount of the accounts that you are able to re-establish or collect; an amount to allow for probable bad debts that you are normally unable to collect;

        **(c)** An amount to allow for probable bad debts that you are normally unable to collect; and

        **(d)** All unearned interest and service charges.

**j.** Property "in transit" (other than "stock" you have sold) at the amount of invoice, including your prepaid or advanced freight charges and other charges which may

have accrued or become legally due since the shipment. If you have no invoice, actual cash value will apply.

**k.** "Hardware":

    **(1)** "Hardware" that is replaced will be at the cost of replacing the "hardware" with new equipment that is functionally comparable to the "hardware" that is being replaced.

    **(2)** "Hardware" that is not replaced will be at actual cash value at the time of loss.

    **(3)** In no event will we pay more than the reasonable cost of restoring partially damaged "hardware" to its condition directly prior to the damage.

**l.** "Software":

    **(1)** "Programs and applications" will be at the cost to reinstall the "programs and applications" from the licensed discs that were originally used to install the programs or applications.

        If the original licensed discs are lost, damaged, or can no longer be obtained, the value of "programs and applications" will be based on the cost of the most current version of the "programs or applications".

    **(2)** "Proprietary programs" will be at the cost of reproduction from duplicate copies. The cost of reproduction includes, but is not limited to, the cost of labor to copy or transcribe from duplicate copies.

        If duplicate copies do not exist, the value of "proprietary programs" will be based on the cost of research or other expenses necessary to reproduce, replace, or restore lost "proprietary programs".

    **(3)** "Electronic data" will be at the cost of reproduction from duplicate copies. The cost of reproduction includes, but is not limited to, the cost of labor to copy or transcribe from duplicate copies.

        If duplicate copies do not exist, the value of "electronic data" will be based on the cost of research or other expenses necessary to reproduce, replace, or restore lost files, documents and records.

    **(4)** "Media" will be at the cost to repair or replace the "media" with material of the same kind or quality.

Hanover00096

ZB VA617294 00 4109020

**m.** "Fine Arts"

We will pay the lesser of:

**(1)** The market value at the time of loss or damage;

**(2)** The reasonable cost of repair or restoration to the condition immediately before the covered loss or damage; or

**(3)** The cost of replacement with substantially identical property.

For pairs or sets, we will either:

**(a)** Repair or replace any part to restore the value and condition of the pair or set to that immediately before the covered loss or damage; or

**(b)** Pay the difference between the value of the pair or set before and after the covered loss or damage.

**n.** Property of Others – our payment for loss of or damage to personal property of others will only be for the account of the owners of the property. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

**o.** We may elect to defend you against suits arising from claims of owners or property. We will do this at our expense.

**p.** Labor, materials and services that you furnish or arrange on personal property of others are valued based on the actual cost of the labor, materials and services.

**q.** Finished "stock" you manufactured at the selling price less discounts and expenses you otherwise would have had.

**r.** "Prototypes"

We will not pay more than the lesser of the following amounts:

**(1)** The replacement cost of such property used for the same product, but only if replacement cost is shown as applicable to Personal Property in the Declarations.

However, when replacement with identical property is impossible or unnecessary, the amount of loss will be based on the cost to replace with similar property used to perform the same functions. Property of others will be valued in the same manner, but we

will not pay more than the amount for which you are legally liable; or

**(2)** The amount you actually spend to repair or replace lost or damaged "prototypes" used for the same purpose.

**s.** "Research and development documentation":

We will not pay more than the least of the following amounts:

**(1)** Your cost actually spent to reproduce lost or damaged "research and development documentation" from back-up files or original source documents;

**(2)** The reasonable cost necessary to research, repair, restore, recreate, reconstitute, reproduce or replace "research and development documentation", used for the same product, to their condition immediately before the loss or damage;

**(3)** If identical "research and development documentation" cannot be purchased, the cost to purchase such documentation of comparable kind, functionality and quality; or

**(4)** The amount you actually spend to research, repair, restore, recreate, reconstitute, reproduce or replace "research and development documentation", used for the same product.

But we will not pay more than the cost to restore "research and development documentation" to its condition immediately prior to the loss.

**V. DEFINITIONS**

The following is added to Paragraph **H.** of Building and Personal Property Coverage Form CP 00 10:

**H. Definitions**

**1.** "Antiques" means an object having value because its:

**a.** Craftsmanship is in the style or fashion of former times; and

**b.** Age is 100 years or older.

**2.** "Banking premises" means the interior of that portion of any building occupied by a banking institution or similar safe depository.

**3.** "Communicable disease" means a bacterial micro-organism transmitted through human contact with food.

Hanover00097

ZBP A617294 00 4109020

4. "Computer equipment" means:

   a. "Hardware" owned by you or in your care, custody or control;

   b. "Software"; or

   c. "Protection and control equipment".

5. "Computer hacking" means an unauthorized intrusion by an individual or group of individuals, whether employed by you or not, into "hardware" or "software", a Web site, or a computer network and that results in but is not limited to:

   a. Deletion, destruction, generation, or modification of "software";

   b. Alteration, contamination, corruption, degradation, or destruction of the integrity, quality or performance of "software;

   c. Observation, scanning, or copying of "electronic data", "programs and applications", and "proprietary programs";

   d. Damage, destruction, inadequacy, malfunction, degradation, or corruption of any "hardware" or "media" used with "hardware'"; or

   e. Denial of access to or denial of services from "hardware", "software", computer network, or Web site including related "software".

6. "Computer Virus" means the introduction into "hardware", "software", computer network, or Web site of any malicious, self-replicating electronic data processing code or other code and that is intended to result in, but is not limited to:

   a. Deletion, destruction, generation, or modification of "software";

   b. Alteration, contamination, corruption, degradation, or destruction of the integrity, quality, or performance of "software";

   c. Damage, destruction, inadequacy, malfunction, degradation, or corruption of any "hardware" or "media" used with "hardware"; or

   d. Denial of access to or denial of services from "hardware", "software", computer network, or Web site including related "software".

7. "Counterfeit money" means an imitation of "money" that is intended to deceive and to be taken as genuine.

8. "Denial of service attack" means the

malicious direction or a high volume of worthless inquiries to Website or e-mail destinations, effectively denying or limiting legitimate access regardless of whether or not damage to "computer equipment" results.

9. "Dependent property" means property operated by others whom you depend on to:

   a. Deliver materials or services to you, or to others for your account. But any property which delivers any of the following services is not a dependent property with respect to such services:

      (1) Water supply services;

      (2) Power supply services; or

      (3) Communication supply services, including services relating to Internet access or access to any electronic network;

   b. Accept your products or services;

   c. Manufacture products for delivery to your customers under contract of sale; or

   d. Attract customers to your business.

10. "Dependent property period of restoration" means the period of time that:

   a. Begins 72 hours after the time of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the premises of the "dependent property"; and

   b. Ends on the date when the property at the premises of the "dependent property" should be repaired, rebuilt or replaced with reasonable speed and similar quality.

   "Dependent property period of restoration" does not include any increased period required due to the enforcement of any ordinance or law that:

   c. Regulates the construction, use or repair, or requires the tearing down of any property; or

   d. Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "pollutants".

   The expiration date of this policy will not cut short the "dependent property period of restoration".

11. "Discover" or "Discovered" means:

Hanover00098

    **a.** The time when you first become aware of facts which would cause a reasonable person to assume that a loss of a type covered by this policy has been or will be incurred, regardless of when the act or acts causing or contributing to such loss occurred, even though the exact amount or details may not be known.

    **b.** "Discover" or "Discovered" also means the time when you first receive notice of an actual or potential claim in which it is alleged that you are liable to a third party under circumstances which, if true, would constitute a loss under this policy.

**12.** "Electrical disturbance" means electrical or magnetic damage, disturbance of electronic recordings, or erasure of electronic recordings.

**13.** "Electronic data" means files, documents, information and "programs and applications" in an electronic format and that are stored on "media".

**14.** "Electronic vandalism" means "computer hacking", "computer virus" or a "denial of service attack". "Electronic vandalism" does not include the theft of any property or services.

**15.** "Employee" means:

    **a.** Any natural person:

      **(1)** While in your service and for the first 30 days immediately after termination of service;

      **(2)** Who you compensate directly by salary, wages or commissions; and

      **(3)** Who you have the right to direct and control while performing services for you;

    **b.** Any natural person who is furnished temporarily to you:

      **(1)** To substitute for a permanent "employee" as defined in paragraph **a.(1),** who is on leave; or

      **(2)** To meet seasonal or short-term work load conditions;

    while that person is subject to your direction and control and performing services for you, excluding, however, any such person while having care and custody of property outside the premises;

    **c.** Any natural person who is leased to you under a written agreement between you and a labor leasing firm, to perform duties related to the conduct of your business, but does not mean a temporary "employee" as defined in paragraph **a.(2)**;

    **d.** Any natural person who is:

      **(1)** A trustee, officer, employee, administrator or manager, except an administrator or manager who is an independent contractor, of any "employee benefit plan"; and

      **(2)** A director or trustee of yours while that person is engaged in handling "funds" or "other property" of any "employee benefit plan";

    **e.** Any natural person who is a former "employee", partner, "manager", director or trustee retained as a consultant while performing services for you;

    **f.** Any natural person who is a guest student or intern pursuing studies or duties, excluding, however, any such person while having care and custody or property outside the described premises;

    **g.** Any "employee" of an entity merged or consolidated with you prior to the effective date of this policy; or

    **h.** Any of your "managers", directors or trustees while:

      **(1)** Performing acts within the scope of the usual duties of an "employee"; or

      **(2)** Acting as a member of any committee duly elected or appointed by resolution of your board of directors or board of trustees to perform specific, as distinguished from general, directorial acts on your behalf.

    "Employee" does not mean any agent, broker, factor, commission merchant, consignee, independent contractor or representative of the same general character not specified in Paragraph **15.** of this section.

**16.** "Employee benefit plan" means any welfare or pension benefit plan shown that you sponsor and which is subject to the Employee Retirement Income Security Act of 1974 (ERISA) and any amendments thereto.

Hanover00099

2BYA817294 00 4109020

**17.** "Fine arts" means paintings, etchings, pictures, tapestries, rare art glass, art glass windows, valuable rugs, statuary, sculptures, "antique" jewelry, bric-a-brac, porcelains and similar property of rarity, historical value or artistic merit.

**18.** "Flood" means a general and temporary condition of partial or complete inundation of normally dry land areas due to:

**a.** The overflow of inland or tidal waters;

**b.** The unusual or rapid accumulation of runoff of surface waters from any source; or

**c.** Mudslides or mudflows which are caused by flooding as defined in **b.** above. For the purpose of this Covered Cause of Loss, a mudslide or mudflow involves a river of liquid and flowing mud on the surface of normally dry land areas as when earth is carried by a current of water and deposited along the path of the current.

**19.** "Food contamination" means an incidence of food poisoning to one or more of your customers as a result of:

**a.** Tainted food you purchased;

**b.** Food which has been improperly stored, handled or prepared; or

**c.** A "communicable disease" transmitted through one or more of your "employees".

**20.** "Fraudulent instruction" means:

**a.** An electronic, telegraphic, cable, teletype, telefacsimile or telephone instruction which purports to have been transmitted by you, but which was in fact fraudulently transmitted by someone else without your knowledge or consent;

**b.** A written instruction issued by you, which was forged or altered by someone other than you without your knowledge or consent or which purports to have been issued by you, but was in fact fraudulently issued without your knowledge or consent; or

**c.** An electronic, telegraphic, cable, teletype, telefacsimile, telephone or written instruction initially received by you which purports to have been transmitted by an employee but which was in fact fraudulently transmitted by someone else without your or the employee's knowledge or consent

**21.** "Forgery" means the signing of the name of another person or organization with intent to deceive; it does not mean a signature which consists in whole or in part of one's own name signed with or without authority, in any capacity, for any purpose.

**22.** "Funds" means "money" and "securities".

**23.** "Hardware" means a network of electronic machine components (microprocessors) capable of accepting instructions and information, processing the information according to the instructions, and producing desired results. "Hardware" includes but is not limited to:

**a.** Mainframe and mid-range computers and servers;

**b.** Personal computers and workstations;

**c.** Laptops, palmtops, notebook PCs, other portable computer devices and accessories including, but not limited to, multimedia projectors; and

**d.** Peripheral data processing equipment, including but not limited to, printers, keyboards, monitors, and modems.

**24.** "Installation, tools and equipment property" means:

**a.** Materials, supplies, machinery, fixtures and equipment that will become a permanent part of your installation while:

**(1)** Located at the site of installation;

**(2)** "In transit" by you to or from the described premises and the job site; or

**(3)** While in temporary storage awaiting installation.

**b.** Commercial tools and equipment usual to your business and used in your installation which are:

**(1)** Your property; or

**(2)** The property of others in your care, custody or control.

Commercial tools and equipment does not include:

**(3)** Aircraft or watercraft;

**(4)** Any property while waterborne, airborne or underground;

**(5)** Property you have loaned, rented or leased to others;

**(6)** Property that is permanently mounted to a vehicle; or

**(7)** Property held for sale.

Hanover00100

**25.** "In transit" means in the course of shipment from or to the premises shown in the Declarations. It includes such shipments while temporarily stopped or delayed, incidental to the delivery.

**26.** "Manager" means a person serving in a directorial capacity for a limited liability company.

**27.** "Member" means an owner of a limited liability company represented by its membership interest who, if a natural person, may also serve as a "manager".

**28.** "Mechanical breakdown" means the malfunction or failure of moving or electronic parts, component failure, faulty installation, or blowout.

**29.** "Media" means an instrument that is used with "hardware" and on which "electronic data", "programs and applications", and "proprietary programs" can be recorded or stored. "Media" includes, but is not limited to, films, tapes, cards, discs, drums, cartridges, cells, DVDs, or CD-ROMs.

**30.** "Money" means:
  **a.** Currency, coins and bank notes in current use and having a face value; and
  **b.** Travelers checks, register checks and money orders held for sale to the public.

**31.** "Occurrence" means all loss or damage that is attributable to:
  **a.** An act, event, cause or series of similar, related acts, events or causes involving one or more persons; or
  **b.** An act, event, cause or series of similar, related acts, events or causes not involving any person.

**32.** "Operations" means your business activities occurring at the described premises.

**33.** "Other property" means tangible property other than "money" and "securities" that has intrinsic value. "Other property" does not include computer programs, electronic data or any property specifically excluded under this policy.

**34.** "Perishable goods" means personal property:
  **a.** Maintained under controlled temperature or humidity conditions for preservation; and
  **b.** Susceptible to loss or damage if the controlled temperature or humidity

conditions change.

**35.** "Power supply disturbance" means interruption of power supply, power surge, blackout, or brownout.

**36.** "Programs and applications" means operating programs and applications that you purchase and that are:
  **a.** Stored on "media"; or
  **b.** Pre-installed and stored in "hardware".

Applications includes, but is not limited to, programs for word processing, spreadsheet calculations, and graphic design.

**37.** "Proprietary programs" means proprietary operating programs and applications that you developed or that you had developed specifically for use in your "operations" and that are:
  **a.** Stored on "media"; or
  **b.** Installed and stored in "hardware".

**38.** "Protection and control equipment" means:
  **a.** Air conditioning equipment used exclusively in the operation of the "hardware";
  **b.** Fire protection equipment used for the protection of the "hardware", including automatic and manual fire suppression equipment and smoke and heat detectors; and
  **c.** Uninterruptible power supply system, line conditioner, and voltage regulator.

**39.** "Prototype" means an original version of a newly designed product that is an outcome of your "research and development operations". A "prototype" includes sample designs, experimental models or displays that are associated with or integral to the manufacture of the original version of a newly designed product.

**40.** "Rental value" means Business Income that consists of:
  **a.** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred as rental income from tenant occupancy of the premises described in the Declarations as furnished and equipped by you, including fair rental value of any portion of the described premises which is occupied by you; and
  **b.** Continuing normal operating expenses incurred in connection with that

premises, including:

(1) Payroll; and

(2) The amount of charges which are the legal obligation of the tenant(s) but would otherwise be your obligations.

41. "Research and development documentation" means written evidence of facts, information, processes, concepts or formulas that are directly related to the development of new products or enhancement of existing products. Written evidence includes written papers, plans, manuscripts, written or inscribed documents or plans.

"Research and development documentation" does not include "valuable papers and records", accounts receivable or "media", "software" or "data".

42. "Research and development operations" means your business activities that are directly related to the development of new products or the enhancement of existing products.

43. "Scientific and professional equipment" means medical, engineering, veterinary, measurement, recording, analyzing or similar equipment.

44. "Securities" means negotiable and nonnegotiable instruments or contracts representing either "money" or property and includes:

a. Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and

b. Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you.

but does not include "money".

45. "Soft cost expenses" means additional:

a. Realty taxes and other assessments that you incur for the period of time that construction has been extended beyond the projected completion date;

b. Interest on money borrowed to finance construction, remodeling, renovation or repair; and

c. Advertising, public relations and promotional expenses.

46. "Software" means:

a. "Media";

b. "Electronic data";

c. "Programs and applications"; and

d. "Proprietary programs".

47. "Spoilage" means any detrimental change in physical state of "perishable goods". Detrimental change includes, but is not limited to, thawing of frozen goods, warming of refrigerated goods, solidification of liquid or molten material, chemical reactions to material in process, and reduction in value of time sensitive materials.

48. "Theft" means the unlawful taking of property to the deprivation of the insured.

49. "Transfer account" means an account maintained by you at a financial institution from which you can initiate the transfer, payment or delivery of "money" and "securities":

a. By means of electronic, telegraphic, cable, teletype, telefacsimile or telephone instructions communicated directly through an electronic funds transfer system; or

b. By means of written instructions establishing the conditions under which such transfers are to be initiated by such financial institution through an electronic funds transfer system.

50. "Valuable papers and records" means:

a. Inscribed, printed or written:

(1) Documents;

(2) Manuscripts; and

(3) Records

including abstracts, books, deeds, drawings, films, maps or mortgages; and

b. Similar items stored electronically.

But, "valuable papers and records" does not mean "money" or "securities".

ALL OTHER TERMS, CONDITIONS, AND EXCLUSIONS REMAIN UNCHANGED.

2BYA817294 00 4109020

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# HOSPITALITY PROPERTY BROADENING ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CAUSES OF LOSS - SPECIAL FORM

This endorsement applies only to those locations for which a corresponding premium has been paid.

The following is added to **C. Limits of Insurance** of Building and Personal Property Coverage Form CP 00 10.

The limits applicable to the Coverages included in this endorsement may either be in addition to or included within the applicable Limits of Insurance. For application of the limits, refer to each coverage within this endorsement.

Refer to **SECTION V – DEFINITIONS** of this endorsement for additional words or phrases which appear in quotation marks that have special meaning.

## I.  COVERAGES

### A.  Personal Property of Others Included

**A. Coverage**, Paragraph **1. Covered Property**, subparagraph **c. Personal Property of Others** of Building and Personal Property Coverage Form CP 00 10, is deleted and included as **A. Coverage**, Paragraph **1. Covered Property**, subparagraph **c.(8)**.

### B.  Scheduled Coverages

The coverages in this endorsement amend the coverage provided under the Building and Personal Property Coverage Form and Causes of Loss – Special Form through new coverages and substitute coverage grants. These coverages are subject to the provisions applicable to this policy, except where amended within this endorsement. If any of the property covered by this endorsement is also covered under any other provisions of the policy of which this endorsement is made a part, or if more than one coverage under this endorsement applies, in the event of loss or damage, you may choose only one of these coverages to apply to that loss. The most we will pay in this case is the limit of insurance applying to the coverage you select. Coverages included in this endorsement apply either separately to each described premises or on an "occurrence" basis. Refer to each coverage within this endorsement for application of coverage.

|    |                                                 | Limits of Insurance | Amended Limits of Insurance | Page |
|----|-------------------------------------------------|---------------------|-----------------------------|------|
| 1. | Alternative Key Systems                         | $100,000            | $                           | 2    |
| 2. | Automated External Defibrillators               | $5,000              | $                           | 2    |
| 3. | Customer Reimbursement                          | $50,000             | $                           | 2    |
| 4. | Emergency Evacuation Expense                    | $25,000             | $                           | 3    |
| 5. | Guests Property                                 | $25,000             | $                           | 3    |
| 6. | Paved Surfaces                                  | $50,000             | $                           | 4    |
| 7. | Reservation Systems (Nonaffliliated) – Worldwide| $100,000            | N/A                         | 4    |
| 8. | Spoilage                                        |                     |                             | 4    |
|    | On Premises                                     | $250,000            | N/A                         |      |
|    | In Transit                                      | $25,000             | N/A                         |      |

## II.  DEDUCTIBLE

We will not pay for covered loss or damage in any one "occurrence" unless the amount of loss or damage exceeds the deductible amount shown in the Declarations of this Policy. We will then pay the amount of loss or damage in excess of the Deductible, up to the applicable Limit of Insurance for all coverages listed under **SECTION I – COVERAGES,** Paragraph **B. Scheduled Coverages.** No deductible applies to coverages where specifically designated.

Hanover00103

25 YA617294 00 4109020

"occurrence" or the Limit of Insurance shown in the Amended Limits Section of this Endorsement, but not more than $250 for any one guest.

**4.  Emergency Evacuation Expense**

The following is added to **A. Coverage**, Paragraph **4. Additional Coverages** of Building and Personal Property Coverage Form CP 00 10:

**Emergency Evacuation Expense**

(1) We will pay for the reasonable expenses you incur for the emergency evacuation of your guests from locations scheduled on the policy.

(2) The Emergency Evacuation must be in response to an imminent danger of injury or loss of life to guests from a covered cause of loss.

(3) We will not pay for any expenses arising out of:

(a) Planned evacuation drills,

(b) The evacuation of one or more of the guests due to their medical conditions, or

(c) The threat of a named tropical storm or hurricane that does not come within 250 miles of the insured location.

(4) The most we will pay per insured location in any one "occurrence" under this Additional Coverage, regardless of the number of guests is $25,000 or the Limit of Insurance shown in the Amended Limits Section of this Endorsement.

(5) The amount payable under this Additional Coverage is additional insurance.

(6) No deductible applies to this Additional Coverage.

**5.  Guests Property**

The following is added to **A. Coverage**, Paragraph **4. Additional Coverages** of Building and Personal Property Coverage Form CP 00 10:

**Guests Property**

(1) We will pay for loss of or damage to "guests' property" for which you are legally liable:

(a) While the property is in a safe deposit box inside a building at an insured location; or

(b) While the property is inside a building at an insured location.

If you are sued for refusing to pay for loss of or damage to "guests' property" and you have our written consent to defend against the suit, we will pay up to $5,000 for any reasonable legal expenses that you incur and pay in that defense. The amount we will reimburse for defense of any suit is in addition to the applicable Limit of Insurance shown in the Declarations.

(2) We will not pay for loss or damage:

(a) Resulting from any dishonest or criminal act that you or any of your partners or members commit, whether acting alone or in collusion with other persons.

(b) Resulting from liability you assume under any written agreement. However, this exclusion does not apply under Paragraph **(1)(b)** above to any written agreement entered into with a guest before the "occurrence" of any loss or damage that increases your liability to an amount not exceeding $1,000 or any lesser amount for which you may otherwise be liable under any statue.

(c) To property resulting from fire, however caused

(d) Under Paragraph **(1)(a)** above to property in any wall safe or other container used for safe keeping that is within a guest's quarters.

(e) Under Paragraph **(1)(b)** above to property resulting from the spilling, upsetting or leaking of any food or liquid.

(f) Under Paragraph **(1)(b)** above to property while in your care and custody for laundering, cleaning or other servicing.

(g) Resulting from your release of any other person or organization from legal liability.

(h) Under Paragraph **(1)(b)** above to any vehicle including:

(i) It's equipment or accessories; and

Hanover00105

25 Y A6172 94 00 4109020

**(ii)** Any property contained in or on a vehicle

**(3) B.** Exclusions, Paragraph **2.h.** and **C.** Limitations, Paragraph 1.e. of Causes of Loss – Special Form CP 10 30 do not apply to this Additional Coverage.

**(4)** The most we will pay under this Additional Coverage is $25,000 per "occurrence" or the Limit of Insurance shown in the Amended Limits Section of this Endorsement, but not more than $1,000 for any one guest.

## 6. Paved Surfaces

The following is added to **A. Coverage**, Paragraph **5. Coverage Extensions** of Building and Personal Property Coverage Form CP 00 10:

### Paved Surfaces

**(1)** You may extend the insurance provided under Building to apply to your paved surfaces, including but not limited to bridges, roadways, and parking lots.

**(2)** Regardless of the number of described premises involved, the most we will pay for loss or damage in any one "occurrence" at the described premises is $50,000 or the Limit of Insurance shown in the Amended Limits Section of this Endorsement.

**(3)** Payment for loss or damage to this property is included in the applicable Limit of Insurance.

**(4) A. Coverage**, Paragraph **2. Property Not Covered**, subparagraph **d.** of Building and Personal Property Coverage Form CP 00 10, is deleted.

**(5) Special Paved Surfaces Exclusion**

We will not pay for loss or damage caused by freezing or thawing.

## 7. Reservation Systems (Nonaffiliated) – Worldwide

The following is added to **A. Coverage**, Paragraph **5. Coverage Extensions** of Building and Personal Property Coverage Form CP 00 10:

### Reservation Systems (Nonaffiliated) – Worldwide

**(1)** We will pay the actual loss of "business income" or "extra expense" that you sustain due to direct physical loss or damage at the premises of a franchiser, referral system or other

similar service anywhere in the world, except for:

**(a)** bookings by local travel agencies, upon whom you depend for the booking of reservations, that are not your subsidiaries; or

**(b)** bookings by referral services owned or leased by you.

**(2)** The direct physical loss or damage must be caused by or result from a Covered Cause of Loss.

**(3)** We will use the terms and provisions as set forth under the "Business Income" and "Extra Expense" coverage found elsewhere in this policy to calculate recoverable loss under this coverage. However, this coverage does not include loss for Extended Business Income as set forth therein.

**(4)** As part of your Duties In the Event of Loss or Damage, you are responsible to research, assess, present and document your claim for any loss presented under this coverage. As part of your documentation, you must include reliable data that permits us to verify your claim.

**(5)** The most we will pay under this Coverage Extension is $100,000 in any one policy period. This coverage does not apply separately to each insured location. $100,000 is the maximum you may collect in any one "occurrence" or policy period regardless of the number of insured locations involved or affected by an "occurrence".

**(6)** The amount payable under this Additional Coverage is additional insurance.

## 8. Spoilage

The following is added to **A. Coverage**, Paragraph **5. Coverage Extensions** of Building and Personal Property Coverage Form CP 00 10:

### Spoilage

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to direct physical loss or damage to your "perishable goods" at the described premises; or in a vehicle owned, leased or operated by you while in transit

Hanover00106

caused by or resulting from either of the following causes of loss:

**(a)** Breakdown or Contamination, meaning:

    **(i)** On premises change in temperature or humidity resulting from mechanical breakdown or mechanical failure of refrigerating, cooling or humidity control apparatus or equipment, only while such equipment or apparatus is at the described premises; or

    **(ii)** Change in temperature or humidity resulting from mechanical breakdown or mechanical failure of refrigerating, cooling or humidity control apparatus or equipment, only while such equipment or apparatus is in a vehicle owned, leased or operated by you while in "transit"; or

    **(iii)** Contamination by the refrigerant.

**(b)** Power Outage, meaning change in temperature or humidity resulting from complete or partial interruption of electrical power, either on or off the described premises, due to conditions beyond your control.

**(2)** Coverage under this Extension does not apply to property located on buildings or in the open.

**(3)** The most we will pay for on premises loss or damage under this Coverage Extension in any one "occurrence" is $250,000.

**(4)** The most we will pay for loss or damage to your perishable goods while "in transit" under this Coverage Extension is $25,000 in any one "occurrence".

**(5) Special Spoilage Exclusions**

We will not pay for loss or damage caused by or resulting from:

**(a)** The disconnection of any refrigerating, cooling or humidity control system from the source of power;

**(b)** The deactivation of electrical power caused by the manipulation of any switch or other device used

to control the flow of electrical power or current;

**(c)** The inability of an Electrical Utility Company or other power source to provide sufficient power due to:

    **(i)** Lack of fuel; or

    **(ii)** Governmental order.

**(d)** The inability of a power source at the described premises to provide sufficient power due to lack of generating capacity to meet demand; or

**(e)** Breaking of any glass that is a permanent part of any refrigerating, cooling or humidity control unit; or

**(f)** The failure to maintain adequate fuel levels for the refrigeration, cooling or humidity control apparatus or equipment in a vehicle; or

**(g)** Your or a service representatives failure to inspect a vehicles' refrigeration, cooling or humidity control apparatus or equipment at least quarterly.

**(6)** Coverage Under this Extension will not apply unless:

**(a)** A record of each inspection of refrigeration, cooling or humidity control apparatus or equipment in a vehicle is retained and maintained for at least 24 consecutive months prior to the date of loss; and

**(b)** You provide us with all records.

## IV. BROADENED VALUATION CLAUSE

**A. E. Loss Conditions,** Paragraph **7. Valuation,** subparagraph **a.** of Building and Personal Property Coverage Form CP 00 10 is replaced by the following:

**a.** At replacement cost without deduction for depreciation, except as provided otherwise in this Property Coverage Part.

    **(1)** You may claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim on a replacement cost basis if you notify us of your intent to do so within 180 days after the date loss or damage.

Hanover00107

**(2)** We will not pay on a replacement cost basis for any loss or damage:

**(a)** Until the lost or damaged property is actually repaired or replaced; and

**(b)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

**(3)** We will not pay more for loss or damage on a replacement cost basis than the least of:

**(a)** The Limit of Insurance applicable to the lost or damaged property;

**(b)** The cost to replace, at the same location, the lost or damaged property with other property:

**(i)** Of comparable material and quality; and

**(ii)** Used for the same purpose; or

**(c)** The amount you actually spend that is necessary to repair or replace the lost or damaged property – even if, when replacement is necessary, you choose to make use of other than new property to effect such replacement.

**B. E. Loss Conditions,** Paragraph **7. Valuation,** subparagraph **e.** of Building and Personal Property Coverage Form CP 00 10 is replaced by the following:

**e.** Tenant's Improvements and Betterments at:

**(1)** Actual cash value of the lost or damaged property if you make repairs promptly.

**(2)** A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

**(a)** Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

**(b)** Divide the amount determined in (a) above by the number of days from the installation of improvements to the expiration of the lease.

**(c)** When a written lease does not exist, instead of the method of calculating loss shown in **e.(2)(a)** and **(b)** above, we will determine

the proportionate value of the improvements and betterments as follows:

**(i)** Multiply the original cost by 365 days; and

**(ii)** Divide the amount determined in **(a)** above by the number of days from the installation of improvements to 365 days after the date of the "occurrence".

**(3)** If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in the procedure described in **(2)** above.

**(4)** Nothing, if others pay for repairs or replacement.

**C.** The following is added to **E. Loss Conditions,** Paragraph **7. Valuation** of Building and Personal Property Coverage Form CP 00 10:

**t.** The following property at actual cash value:

**(1)** Used or second hand merchandise held in storage or for sale;

**(2)** Household contents, except personal property in apartments or rooms furnished by you as landlord;

**(3)** Manuscripts;

**(4)** Works of art, "antiques" or rate articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac; and

**(5)** Contractors equipment and tools

**u.** Lottery tickets at their initial cost to you except for winning tickets, at their redeemed present cash value.

**v.** Data, media and computer "software" programs. For media, at the actual costs of repairing or replacing the media with material of like kind and quality. Data and computer "software" programs at the actual cost of reproducing the data or computer "software" program, providing you actually reproduce or replace it.

**w.** Prepackaged "software" programs and electronic data processing equipment that cannot be replaced, at the cost of functionally equivalent "software" or "hardware".

**x.** "Business income", "extra expense" and "resumption of operations":

ZBY A817294 00 4109020

(1) The amount of "business income" loss will be determined based on:

  (a) The Net Income of the business before the direct physical loss or damage occurred;

  (b) The likely Net Income of the business if no loss or damage had occurred but not including any Net Income that would likely have been earned as a result of an increase in the volume of business conditions due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses;

  (c) The operating expenses, including payroll expenses, necessary to resume "operations" with the same quality of service that existed just before the direct physical loss or damage; and

  (d) Other relevant sources of information, including:

    (i) Your financial records and accounting procedures;

    (ii) Bills, invoices and other vouchers; and

    (iii) Deeds, liens or contracts.

(2) The amount of "extra expense" will be determined based on:

  (a) All expenses that exceed the normal operating expenses that would have been incurred by "operations" during the "period of restoration" if no direct physical loss or damage had occurred. We will deduct from the total of such expenses:

    (i) The salvage value that remains of any property bought for temporary use during the "period of restoration", once "operations" are resumed; and

    (ii) Any "extra expense" that is paid for by other insurance,

except for insurance that is written subject to the same plan, terms, conditions and provisions as this insurance; and

  (b) All necessary expenses that reduce the "business income" loss that otherwise would have been incurred.

(3) Resumption of Operations

  We will reduce the amount of your:

  (a) "Business income" loss, other than "extra expense", to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or "stock") at an insured location or elsewhere.

  (b) "Extra expense" loss to the extent you can return "operations" to normal and discontinue such "extra expense".

  If you do not resume "operations", or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

V. **DEFINITIONS**

The following is added to Paragraph **H.** of Building and Personal Property Coverage Form CP 00 10:

**H. Definitions**

  1. "Business income" means:

    a. Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred if no physical loss or damage had occurred; and

    b. Continuing normal operating expenses incurred, including payroll.

  2. "Guests' Property" means "money", "securities" and other property belonging to your guest.

ALL OTHER TERMS, CONDITIONS, AND EXCLUSIONS REMAIN UNCHANGED.

Hanover00109

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# NEW YORK CHANGES TO PROPERTY BROADENING ENDORSEMENT

This endorsement modifies insurance provided under the following:

BRONZE PROPERTY BROADENING ENDORSEMENT
SILVER PROPERTY BROADENING ENDORSEMENT
GOLD PROPERTY BROADENING ENDORSEMENT
PLATINUM PROPERTY BROADENING ENDORSEMENT
CONDOMINIUM PROPERTY BROADENING ENDORSEMENT

**SECTION III – COVERED PROPERTY**, Paragraph **A. Scheduled Coverages**, subparagraph **39. Rewards – Arson, Theft, Vandalism** of Bronze Property Broadening Endorsement, subparagraph **43. Rewards – Arson, Theft, Vandalism** of Silver/Gold/Platinum Property Broadening Endorsement and subparagraph **48. Rewards – Arson, Theft, Vandalism** of Condominium Property Broadening Endorsement is deleted in its entirety.

ALL OTHER TERMS, CONDITIONS, AND EXCLUSIONS REMAIN UNCHANGED.

Hanover00110