IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CITIZENS INSURANCE COMPANY OF AMERICA and MASSACHUSETTS BAY INSURANCE COMPANY, | |
| Plaintiffs, | CIVIL ACTION FILE |
| and | NO. 1:19-CV-05292-MHC |
| WESTFIELD INSURANCE COMPANY, | |
| Plaintiff-Intervenor, | |
| v. | |
| BANYAN TREE MANAGEMENT, LLC; ALBANY DOWNTOWN HOTEL PARTNERS, LLC; and JANE DOE, | |
| Defendants. | |
| BANYAN TREE MANAGEMENT, LLC and ALBANY DOWNTOWN HOTEL PARTNERS, LLC, | |
| Third-Party Plaintiffs, | |
| v. | |
| STARR INDEMNITY & LIABILITY COMPANY, | |
| Third-Party Defendant. | |

| | |
|---|---|
| **STARR INDEMNITY & LIABILITY COMPANY,** | |
|     Third-Party Counterclaim and Crossclaim Plaintiff, | |
| v. | |
| **BANYAN TREE MANAGEMENT, LLC and ALBANY DOWNTOWN HOTEL PARTNERS, LLC,** | |
|     Third-Party Counterclaim Defendants | |
| and | |
| **CITIZENS INSURANCE COMPANY OF AMERICA and MASSACHUSETTS BAY INSURANCE COMPANY,** | |
|     Third-Party Crossclaim Defendants | |

### MOTION FOR LEAVE TO FILE UNDER SEAL

Plaintiffs Citizens Insurance Company of America ("Citizens") and Massachusetts Bay Insurance Company ("Massachusetts Bay") (collectively "Hanover"), pursuant to Section II.H. of this Court's Standing Order (Doc. 4), Appendix H of the Local Rules of the Northern District of Georgia, and the Stipulated Protective Order (Doc. 79 ¶ 16), file this motion for leave to file under seal (1) certain exhibits attached to Hanover's Motion for Summary Judgment and

(2) Hanover's Statement of Undisputed Facts and Memorandum of Law in Support of its Motion for Summary judgment discussing the exhibits.

In support of this Motion, Hanover states as follows:

1. Hanover's Statement of Undisputed Facts, Memorandum of Law in Support of its Motion for Summary Judgment, and corresponding Exhibits G and H refer to and/or include information that Defendant Albany Downtown Hotel Partners, LLC ("Albany") and Defendant Banyan Tree Management, LLC ("Banyan) designated as "Confidential" pursuant to the Stipulated Protective Order (Doc. 79).

2. Section II(J)(2)(e) of Exhibit A to Appendix H of the Civil Local Rules provides that "if any document is included in the provisionally sealed filing because a non-movant has requested protection of the document from public disclosure, including but not limited to documents designated pursuant to a protective order, then for each such document, the non-movant shall bear the burden of establishing good cause for sealing and must provide the information required by subsections 2(d)(ii) through 2(d)(iv) above in its response to the motion for leave to file under seal." App. H. – A20.

3. In addition, pursuant to the Stipulated Protective Order, if a party seeks to use information designated as confidential under this protective order in filings

before the Court, it is the burden of the designating party to show "good cause" to the Court why the confidential information should be filed under seal. (Doc. 79 ¶ 16).

4. As set forth above, Albany and Banyan have designated certain documents utilized by Hanover in support of its summary judgment as confidential. Therefore, pursuant to Section II(J)(2)(e) of Exhibit A to Appendix H of the Civil Local Rules and the Stipulated Protective Order in this case, Hanover files this motion to submit under seal Exhibit G and H and Plaintiff's Statement of Undisputed Facts and Memorandum of Law in Support of its Motion for Summary Judgment, which refer to these documents.

5. If the Court determines that good cause is needed, this motion allows Albany and Banyan, the parties that designated the documents as confidential, an opportunity to provide the Court with good cause as to why the documents should be under seal.

6. Hanover has served its Statement of Undisputed Facts and Memorandum of Law in Support of its Motion for Summary judgment and accompanying exhibits to all Defendants. Therefore, Defendants will have an opportunity to respond and will not be prejudiced.

WHEREFORE, PREMISES CONSIDERED, Hanover respectfully requests that this Honorable Court enter an Order granting its Motion for Leave to File Under Seal or allow Defendants Albany and Banyan, as the designating parties, an opportunity to provide good cause for filing the documents under seal. A proposed order is attached for the Court's consideration.

        Respectfully submitted,

        s/Kenneth W. Boyles, Jr.
        Joel S. Isenberg (Ga. Bar No.: 108253)
        Susan H. McCurry (Ga. Bar No.: 340555)
        Kenneth W. Boyles (Ga. Bar No.: 183309)

        Counsel for Plaintiffs Citizens Insurance Company of America and Massachusetts Bay Insurance Company

**OF COUNSEL:**
ELY & ISENBERG, LLC
3500 Blue Lake Drive
Suite 345
Birmingham, Alabama 35243
Phone: (205) 313-1200
Facsimile: (205) 313-1201
jisenberg@elylawllc.com
smccurry@elylawllc.com
kboyles@elylawllc.com

## CERTIFICATE OF SERVICE

I do hereby certify that a true and accurate copy of the foregoing has been filed with the Clerk of Court and served on all parties of record via the CM/ECF electronic filing system and/or U.S. Mail on this the 23rd day of September, 2021.

Shattuck Ely
Derek Schwahn
FELLOWS LABRIOLA LLP
225 Peachtree Street, NE, Suite 2300
Atlanta, Georgia 30303
Phone: (404) 586-9200
tely@fellab.com
dschwahn@fellab.com

Spencer M. Taylor
BARZE TAYLOR
NOLES LOWTHER LLC
2204 Lakeshore Drive, Suite 330
Birmingham, AL 35209
Phone: (205) 872-1032
staylor@btnllaw.com

C. Michael Johnson
Thomas Wingfield
HALL BOOTH SMITH, P.C.
191 Peachtree Street NE, Suite 2900
Atlanta, GA 30303-1775
Phone: (404) 954-5000
mjohnson@hallboothsmith.com
twingfield@hallboothsmith.com

Richard H. Hill, Jr.
MABRY & McCLELLAND LLP
2200 Century Parkway, NE, Suite 1000
Atlanta, Georgia 30345
Phone: (404) 325-4800
rhill@m-mlegal.com

Charles L. Clay, Jr.
PRATT CLAY LLC
4401 Northside Parkway, Suite 520
Atlanta, GA 30303
Phone: (404) 949-8118
chuck@prattclay.com

Micajah D. Boatright
Roland Christensen
6009 Memorial Drive
Houston, Texas 77007
Telephone: (713) 222-3800
Facsimile: (713) 222-3850
e-service@arnolditkin.com
cboatright@arnolditkin.com
rchristensen@arnolditkin.com

        s/Kenneth W. Boyles, Jr.
        **OF COUNSEL**