## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **CITIZENS INSURANCE COMPANY OF AMERICA and MASSACHUSETTS BAY INSURANCE COMPANY,** | |
| **Plaintiffs,** | **CIVIL ACTION FILE** |
| **and** | **NO. 1:19-CV-05292-MHC** |
| **WESTFIELD INSURANCE COMPANY,** | |
| **Plaintiff-Intervenor,** | |
| **v.** | |
| **BANYAN TREE MANAGEMENT, LLC; ALBANY DOWNTOWN HOTEL PARTNERS, LLC; and JANE DOE,** | |
| **Defendants.** | |
| **BANYAN TREE MANAGEMENT, LLC and ALBANY DOWNTOWN HOTEL PARTNERS, LLC,** | |
| **Third-Party Plaintiffs,** | |
| **v.** | |
| **STARR INDEMNITY & LIABILITY COMPANY,** | |
| **Third-Party Defendant.** | |

**STARR INDEMNITY &
LIABILITY COMPANY,**

      **Third-Party Counterclaim
and Crossclaim Plaintiff,**

**v.**

**BANYAN TREE MANAGEMENT,
LLC and ALBANY DOWNTOWN
HOTEL PARTNERS, LLC,**

      **Third-Party Counterclaim
Defendants**

**and**

**CITIZENS INSURANCE
COMPANY OF AMERICA and
MASSACHUSETTS BAY
INSURANCE COMPANY,**

      **Third-Party Crossclaim
Defendants**

**[PROPOSED]
ORDER**

Upon consideration of Plaintiffs Citizen Insurance Company of America and

Massachusetts Bay Insurance Company's Motion for Leave to File Under Seal, IT

IS HEREBY ORDERED that Plaintiffs' Motion is **GRANTED.**

      **SO ORDERED** this ___ day of September, 2021.

_____
Hon. Mark H. Cohen
United States District Judge