IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CITIZENS INSURANCE ) <br> COMPANY OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BANYAN TREE MANAGEMENT ) <br> LLC; ALBANY DOWNTOWN ) <br> HOTEL PARTNERS, LLC; and ) <br> JANE DOE, ) <br> ) <br> Defendants ) | Civil Action No. <br> 1:19-cv-05292-MHC |

**NOTICE OF SUBSTITUTION OF COUNSEL**

Defendants Banyan Tree Mangement, LLC ("Banyan") and Albany Downtown Hotel Partners, LLC ("Albany") (collectively "Albany/Banyan Defendants"), hereby provides notice that Sharika Zutshi, Esq. will join Shattuck Ely, Esq as counsel of record for Albany/Banyan Defendants. Ms. Zutshi will be substituted in the place of Derek Schwahn, Esq., who has left the Firm of Fellows LaBriola LLP. Substitute counsel's address, phone number, email and bar number are as follows:

        Sharika Zutshi
        Georgia Bar No. 768189
        szutshi@fellab.com
        FELLOWS LABRIOLA LLP

233 Peachtree Street, N.E., Suite 2400
Atlanta, Georgia  30303
(404) 586-9200 Telephone

All further pleadings, orders and notices should be sent to substitute counsel.

Dated: March 11, 2022.                Respectfully submitted,

  /s/*Sharika Zutshi*
Shattuck Ely
Georgia Bar No. 246944
Sharika Zutshi
Georgia Bar No. 768189
**FELLOWS LABRIOLA LLP**
Peachtree Center
Suite 2400 Harris Tower
233 Peachtree Street, N.E.
Atlanta, Georgia 30303
(404) 586-9200
tely@fellab.com
szutshi@fellab.com

*Attorneys for Albany/Banyan Defendants*

3

**CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically provide service to all counsel of record by electronic mail.

This 11th day of March, 2022.

/s/*Sharika Zutshi*